United States Bankruptcy Court for the:

_____ District of  Delaware

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**    Toshiba Samsung Storage Technology Korea Corporation

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ☐ Federal Employer Identification Number (EIN)   __ __ – __ __ __ __ __ __ __

   ☒ Other  124-86-17441 . Describe identifier  Business Registration Number

   **For individual debtors:**

   ☐ Social Security number:  xxx – xx– ____  ____  ____

   ☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – __ __ __ __

   ☐ Other _____ . Describe identifier _____

3. **Name of foreign representative(s)**    Dae Sung Cho

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**    South Korea (Seoul Central District Court)

5. **Nature of the foreign proceeding**

   *Check one:*

   ☒ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☒ Yes

Debtor    <u>Toshiba Samsung Storage Technology Korea Corporation</u>    Case number *(if known)*    _____
        Name

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

<u>South Korea</u>

**Debtor's registered office:**

<u>88</u>     <u>Sinwon-ro</u>
Number     Street

_____
P.O. Box

<u>Suwon city Yoengtong-gu Gyoenggi-do 16681</u>
City    State/Province/Region    ZIP/Postal Code

<u>South Korea</u>
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

<u>88</u>     <u>Sinwon-ro</u>
Number     Street

_____
P.O. Box

<u>Suwon city Yoengtong-gu Gyoenggi-do 16681</u>
City    State/Province/Region    ZIP/Postal Code

<u>South Korea</u>
Country

**10. Debtor's website** (URL)

<u>http://www.tsst.co.kr/ENG/</u>

**11. Type of debtor**

*Check one:*

☒  Non-individual (*check one*):

    ☒  Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐  Partnership

    ☐  Other. Specify _____

☐  Individual

Debtor   Toshiba Samsung Storage Technology Korea Corporation                    Case number *(if known)*
                     Name

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☒ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

LG Electronics, Inc. and LG Electronics U.S.A., Inc. v. Toshiba Samsung Storage Technology Korea Corporation, C.A. No. 12-1063 (LPS) (CJB)                    .

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

✖ _____          Dae Sung Cho
Signature of foreign representative          Printed name

Executed on      7/5/2016
                    MM  / DD / YYYY

✖ _____          _____
Signature of foreign representative          Printed name

Executed on _____
                    MM  / DD / YYYY

**14. Signature of attorney**

✖ _____          Date  7/5/2016
Signature of Attorney for foreign representative          MM / DD /YYYY

Curtis S. Miller
Printed name

Morris, Nichols, Arsht & Tunnell LLP
Firm name

1201 N. Market St., P.O. Box 1347
Number        Street

Wilmington                              DE        19899
City                                       State    ZIP Code

(302) 658-9200                          cmiller@mnat.com
Contact phone                          Email address

Bar No. 4583                                          Delaware
Bar number                                           State

# EXHIBIT A

**Registered No. 2016-P 630**

# CERTIFICATE



**CERTIFIED PUBLIC TRANSLATOR'S OFFICE**

**102-403 (Gyeonji-dong, Daeseong Skyrex) #95, Sambong-ro, Jongno-gu, Seoul, Korea 110-170**

(Commisson No. 14301088891, Jongno-gu Office Register No. 2015-8)

## Seoul Central District Court

## Bankruptcy Department No. 6

## DECISION

Case No. 2016 *Hoehap*100090 Rehabilitation

| Applicant and Debtor | Toshiba Samsung Storage Technology Korea Corporation |
|---|---|
| | 14th Fl. 102, Sinwon-ro 88 (Sin-dong, Digital Empire 2), Youngtong-gu, Suwon |
| | Representative director Lee, Joo Hyung |
| Legal representative | Choi, Hyo Jong, attorney at law |

**Order**



1.  The Rehabilitation Procedures be commenced for Debtor

2.  Cho, Dae Sung (Resident registration number 630801-1173413, residing at ⋯ is hereby appointed as the custodian of Debtor.

3.  The term of office of the custodian shall be 30 days from the date of authorization of the draft rehabilitation plan.

4.  The list of rehabilitation creditors, secured rehabilitation creditors and shareholders shall be submitted from June 16, 2016 through June 30, 2016.

5.  The list of rehabilitation claim, rehabilitation security right, and shares shall be reported to the court from July 1, 2016 through July 15, 2016.

6.  The inspection period for rehabilitation claims and rehabilitation security rights shall be from July 16 through July 29, 2016.

7.  The draft rehabilitation plan shall be submitted to the court by August 26, 2016

**Ground**

## 1. Fact recognized

Based on the record presented to the court and questioning of the representative of Debtor, it is recognized that:

A.  Debtor was incorporated on January 29, 2014 to conduct the business of research & development, manufacture, sale, export/import and provision of operation and

1

maintenance technology service for optical disc devices ("ODD"), and the application equipment and related parts.

B.  Debtor is a non-listed company with a total number of issued outstanding shares of 2,145,713 shares (with par value of KRW5,000) and paid-in capital of 10,728,565,000 KRW of which Toshiba Samsung Storage Technology Corporation, a Japanese corporation, owns 50.1% of its stock, while Optis owns the remaining 49.9%. The representative director of Optis Co., Ltd. concurrently serves as representative of Debtor.

C.  The following table shows the assets, liabilities and profit/loss of Debtor for the last 5 years. As shown below, the total liabilities exceed the total assets as of the date of this application.

\<assets and liabilities for the last 5 years\>

|  | | | | | (in Korean Won) |
|---|---|---|---|---|---|
|  | 2016. 3. 31 | 2015. 3. 31 | 2014. 3. 31 | 2013. 3. 31 | 2012. 3. 31 |
| Current assets | 33,271,600,838 | 91,170,154,343 | 98,107,581,114 | 183,359,893,365 | 326,620,853,654 |
| Non-current assets | 31,490,773,338 | 56,257,655,939 | 65,360,526,068 | 44,169,213,531 | 49,223,140,697 |
| Total assets | 64,762,374,176 | 147,427,810,282 | 163,468,107,182 | 227,529,106,896 | 375,843,994,351 |
| Current liabilities | 86,649,662,302 | 120,015,246,988 | 131,612,069,899 | 169,475,545,943 | 234,871,656,558 |
| Non-current liabilities | 4,513,602,755 | 2,456,483,671 | 3,166,391,207 | 885,599,640 | 12,293,082,798 |
| Total liabilities | 91,163,265,057 | 122,471,730,659 | 134,778,461,106 | 170,361,145,583 | 247,164,739,356 |



\<Sales and profit/loss for the last 5 years\>

|  | | | | | (in millions of Korean Won) |
|---|---|---|---|---|---|
|  | 2016. 3. 31 | 2015. 3. 31 | 2014. 3. 31 | 2013. 3. 31 | 2012. 3. 31 |
| Sales | 382,728 | 554,508 | 814,761 | 996,825 | 1,468,473 |
| Net profit (loss) | (53,304) | (89,055) | (28,478) | (70,207) | 13,340 |

D.  Debtor is experiencing financial difficulties due to lack of liquidity as a result of the sharp decline in the ODD market and failure to shift to new business models and to optimize the workforce.

## 2.  Judgment

Based on the facts recognized above, Debtor has a reasonable ground to file an application with the court for commencing the rehabilitation procedures pursuant to Article 34 (1) of Debtor Rehabilitation and Bankruptcy Act ("DRB Act"), because it would be impossible for Debtor to repay its obligations as they become due and payable, without any serious hindrance to the continuation of its business; and it is feared that bankruptcy may accrue to the Debtor, and there is no ground to dismiss the application filed for Commencing Rehabilitation Procedure pursuant to Article 42 of DRB Act.

### 3. Conclusion

The court hereby authorizes the commencement of Rehabilitation Procedure for the Debtor, and appoints Cho, Dae Sung, a third party, as the custodian after hearing the opinions of the Custodial Committee pursuant to Article 74 of DRB Act, and further issues Orders with respect to the periods in which the list of rehabilitation creditors, secured rehabilitation creditors and shareholders shall be submitted and the list of rehabilitation claim, rehabilitation security right, and shares shall be reported and the rehabilitation claims and rehabilitation security rights entered therein shall be inspected, and the draft rehabilitation plan shall be submitted to the court as specified in Order in accordance with Article 50 (1) of DRB Act.

Date: June 16, 2016 11:00 a.m.

Chief judge Kim Jung Man (seal)

Judge Shim Tae Gyu (seal)

Judge Cha Seung Hwan (seal)



3

# This is the original Document.

June 16, 2016

Seoul Central District Court

Court Secretary Kang Ho Sung (Seal)



> ※ You can check the authenticity of this document either by referring to the document number on the computer monitors placed in the Customer Service Center of each court, or by inquiring the judges about the document number indicated below.

# 서 울 중 앙 지 방 법 원

## 제 6 파 산 부

## 결              정

사        건        2016회합100090  회생

신 청 인 겸      도시바삼성스토리지테크놀러지코리아 주식회사

채   무   자      수원시 영통구 신원로 88, 102동 14층(신동, 디지털엠파이어2)

대표이사 이주형

신청대리인 변호사 최효종

## 주        문



1. 채무자에 대하여 회생절차를 개시한다.
2. 조대성[주민등록번호 : 630801-1173413, 주소 :
3. 관리인의 임기를 이 사건 회생계획안의 인가결정일로부터 30일까지로 한다.
4. 회생채권자, 회생담보권자 및 주주의 목록 제출기간을 2016. 6. 16.부터 2016. 6.
   30.까지로 한다.
5. 회생채권, 회생담보권 및 주식의 신고기간을 2016. 7. 1.부터 2016. 7. 15.까지로
   한다.
6. 회생채권, 회생담보권의 조사기간은 2016. 7. 16.부터 2016. 7. 29.까지로 한다.
7. 회생계획안의 제출기간을 2016. 8. 26.까지로 한다.

## 이        유

1. 인정사실

   이 사건 기록과 채무자의 대표자 심문결과에 의하면 다음 사실을 인정할 수 있다.

   가. 채무자는 2004. 1. 29. 광디스크 드라이브, 그 응용제품 및 주요 관련 부품의 연

- 1 -

구, 개발, 제조, 판매, 수출입과 유지관리 기술서비스의 제공업 등을 목적으로 설립되어 광디스크드라이브 개발, 판매 및 수출입업을 주로 영위하고 있다.

나. 채무자는 비상장법인으로 발행주식수는 보통주 2,145,713주(1주당 금액 5,000원)이고, 납입자본금은 10,728,565,000원이며, 일본법인인 도시바삼성스토리지테크놀러지 주식회사가 위 주식의 50.1%, 주식회사 옵티스가 49.9%를 각 보유하고 있으며, 주식회사 옵티스의 대표이사가 채무자의 대표이사를 겸임하고 있다.

다. 채무자의 최근 5년간 자산·부채 현황과 매출·손익 현황은 아래 표 기재와 같고, 채무자는 신청일 기준으로 부채가 자산을 초과하고 있다.

<5년간 자산·부채 현황>　　　　　　　　　　　　　　　　(단위 : 원)

| 구 분 | 2016. 3. 31 | 2015. 3. 31. | 2014. 3. 31. | 2013. 3. 31. | 2012. 3. 31. |
|---|---|---|---|---|---|
| 유동자산 | 33,272,600,838 | 91,170,154,343 | 98,107,581,114 | 183,359,893,365 | 326,620,853,654 |
| 비유동자산 | 31,490,773,338 | 56,257,655,939 | 65,360,526,068 | 44,169,213,531 | 49,223,140,697 |
| 자산총액 | 64,763,374,176 | 147,427,810,282 | 163,468,107,182 | 227,529,106,896 | 375,843,994,351 |
| 유동부채 | 86,649,662,302 | 120,015,246,988 | 131,612,069,899 | 169,475,545,943 | 234,871,656,558 |
| 비유동부채 | 4,513,602,755 | 2,456,483,671 | 3,166,391,207 | 885,599,640 | 12,293,082,798 |
| 부채총액 | 91,163,265,057 | 122,471,730,659 | 134,778,461,106 | 170,361,145,583 | 247,164,739,356 |



<5년간 매출·손익 현황>　　　　　　　　　　　　　　　　(단위 : 백만 원)

| 구 분 | 2015. 4. 1.~ 2016. 3. 31 | 2015. 4. 1.~ 2016. 3. 31 | 2015. 4. 1.~ 2016. 3. 31 | 2015. 4. 1.~ 2016. 3. 31 | 2015. 4. 1.~ 2016. 3. 31 |
|---|---|---|---|---|---|
| 매출액 | 382.728 | 554,508 | 814,761 | 996,825 | 1,468,473 |
| 당기순이익 (당기손실) | (53,304) | (89,055) | (28,478) | (70,207) | 13,340 |

라. 채무자는 광디스크 드라이브 수요의 급격한 감소로 매출이 급감하고 영업손실이 발생하였고, 신사업 진출과 인력 구조조정의 진행이 부진하여 손실이 누적되면서 유동성 부족으로 재정적 파탄에 이르게 되었다.

2. 판단

위 인정사실에 의하면, 채무자는 사업의 계속에 현저한 지장을 초래하지 아니하고는 변제기에 있는 채무를 갚을 수 없는 상황에 처해 있을 뿐만 아니라, 채무자에 파산의 원인인 사실이 생길 염려가 있으므로, 채무자 회생 및 파산에 관한 법률(이하 '법'이라고 한다) 제34조 제1항에 정해진 회생절차 개시사유가 있고, 달리 법 제42조 각 호에

－ 2 －

정해진 회생절차 개시신청의 기각사유가 있음을 인정할 만한 자료가 없다.

3. 결론

그렇다면 이 사건 신청은 이유 있으므로 채무자에 대하여 회생절차를 개시하기로 하고, 제74조에 따라 관리위원회의 의견을 참작하여 제3자인 조대성을 관리인으로 선임하기로 하며, 회생채권자·회생담보권자·주주 목록의 제출기간, 회생채권·회생담보권·주식의 신고기간, 회생채권·회생담보권의 조사기간, 회생계획안 제출기간에 관하여는 법 제50조 제1항에 따라 주문과 같이 결정한다.

2016. 6. 16. 11:00

재판장    판사        김정만

판사        심태규

판사        차승환

– 3 –

# 정본입니다.

2016. 6. 16.

서울중앙지방법원



법원사무관 강호성 

> ※ 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급번호조회 메뉴를 이용하거나, 당당 재판부에 대한 문의를 통하여 이 문서 하단에 표시된 발급번호를 조회하시면, 문서의 위,변조 여부를 확인하실 수 있습니다.

위 번역문은 원문과 상위없이
번역 되었음을 서약합니다

I swear that the attached translation is true
to original

2016년 06월 28일

June 28th, 2016

번역 행정사 :

Signature: *Yun Ok Park*

---

등부 2016년 제 P  630

Registered No. 2016-P  630

증 명 서

Certificate

위 번역문은 본인이 상기와 같이
원본과 상위없이 번역 하였기에
행정사법 제 20조 2항에 의거
번역사실 증명서에
서명 날인 하였다

The attached document was translated by me
and further certify that the translation
is accurate to the original and subscribed
my name in accordance with Paragraph 2,
Article 20 of Code of Korea Administrator



2016년 06월 28일
사무소에서 위 증명을 한다.

This is hereby confirmed on this 28th day
of June 2016 at the office.

번역행정사 박윤옥
비즈트랜스 번역행정사사무소

Certified Public Translator Yun-ok Park
Biztrans Certified public translator's office

대한민국 서울특별시 종로구
삼봉로 95, 102동 403호
(견지동, 대성스카이렉스)

102-403 (Gyeonji-dong, Daeseong Skyrex)
#95, Sambong-ro, Jongno-gu, Seoul, Korea 110-170



행정자치부
종로구청 인가
외국어번역행정사 박윤옥
자격증번호 : 1430108891
전화 : 02-733-1135

Certified by Ministry of
Government Administration and Home Affairs
Certified Public Translator  Yun-ok Park
(Commission No. : 14301088891)
T : 82-2-733-1135

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION, | Case No. 16-_____ (    ) |
| Debtor in a Foreign Proceeding.[1] | |

**VERIFIED LIST PURSUANT TO RULE 1007(a)(4) OF THE**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE**

I, Dae Sung Cho, pursuant to 28 U.S.C. § 1746, the foreign representative (the "Foreign Representative") of the above-captioned debtor (the "Debtor"), who has filed for protection under the Debtor Rehabilitation and Bankruptcy Act in the Seoul Central District Court in Seoul, Korea (the "Korean Proceeding"), hereby submit this verified list pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure (the "Verified List") under penalty of perjury under the laws of the United States as follows:

**Administrator of the Debtor in Foreign Proceeding**

1.      I, Dae Sung Cho, am the only authorized Foreign Representative in the Korean Proceeding.  I certify pursuant to 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States that to the best of my knowledge, information and belief, other than the Korean Proceeding, there are no foreign proceedings pending with respect to the Debtor.

2.      My address is: 88 Suwon-ro, Yeongtong-gu 14th Flr., Bldg #102, Digital Empire 2, Suwon-si, Gyoenggido, 443-734.

---

[1]     The last four digits of Toshiba Samsung Storage Technology Korea Corporation's Business Registration Number are 7441.  The Debtor's main corporate and mailing address is 88 Suwon-ro, Yeongtong-gu 14th Flr., Bldg #102, Digital Empire 2, Suwon-si, Gyoenggido, 443-734.

**Litigation Parties in the United States**

3.      I certify pursuant to 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States to the best of my knowledge, information, and belief, that attached hereto as **Exhibit 1** is a true and correct copy of a list of the names and addresses of all parties to litigation which has been commenced and is pending in the United States in which the Debtor is a party at the time of the filing of this Petition.

**Entities Against Whom Provisional Relief is Sought Pursuant to 11 U.S.C. § 1519**

4.      I certify pursuant to 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States to the best of my knowledge, information, and belief, that attached hereto as **Exhibit 2** is a true and correct copy of a list of the names and addresses of substantially all entities against whom provisional relief is sought pursuant to 11 U.S.C. § 1519.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 5th day of July, 2016

By: _/s/ Dae Sung Cho_____
Name: Dae Sung Cho
Title:   Foreign Representative of Toshiba Samsung
            Storage Technology Korea Corporation

10205533.1

2

## Exhibit 1

**Parties to Litigation Pending in the United States**

| Name | Company | Addr1 | Addr2 | Addr3 | Delivery Code | City | State | Zip | Country | Matter No. | Fax No. | Client Represented | Telephone No. | E-mail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Donnie W. Reed | NextLevel LLC | 1101 Market Street | Suite 2801 | | | Philadelphia | PA | 19107 | | mn078707 | 215-922-2952 | CMP Consulting Services, Inc.; IO, Inc.; LMX, Cadmaxar, Hermann & Bernstein, LLP; Rickie Benavolence; Patrick Keyes; Matthew Bisani; Warner Company, Inc.; Heather Trembley; Drew Allison; Daniel Deininger; | 215-923-9500 | dreed@nextlaw.com |

| Attorney(s) | Firm | Address | Suite | City | State | Zip | Code | Party Represented | Phone | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| Matthew McBurney; Nathaniel John Wood | Crowell & Moring LLP; Crowell & Moring LLP | 1001 Pennsylvania Ave NW; 515 S Flower St. | | Washington; Los Angeles | DC; CA | 20004; 90071 | mef78767; mef78767 | Hewlett-Packard Company; Ingram Micro Inc.; Synnex Corporation; Hewlett-Packard Company | 202-624-2500; 213-622-4750 | nmcburney@gmail.com; nwood@crowell.com |
| David Bedford Esau | Carlton Fields PA | 525 Okeechobee Blvd. | Suite 1200 | West Palm Beach | FL | 33401 | mef78767 | Acer Inc.; Acer America Corporation; Gateway, Inc.; Gateway U.S. Retail, Inc. | | desau@carltonfields.com |
| Eric Big Se Hoang; James Lin Kahwm Tseng | Trethorneloodge Law Group LLP | 100 Marine Parkway | Suite 200 | Redwood Shores | CA | 94065 | mef78767 | Acer Inc.; Acer America Corporation; Gateway, Inc.; Gateway U.S. Retail, Inc. | 981-659-7070; 650-508-5070 | eric.gix@big.de; heloo@trtsoffices.com |
| Fatima Alloo; Jan Miller M. Keating; Michael Tushin; Robert J. Pfister; Larry Gabriel; Michael Davis; Steven Gubner; David Mark Stern; Jonathan Wolas; John F. Coren Jr. | Klee Tuchin Bogdanoff & Stern LLP | 1599 Avenue of the Stars | Suite 500 | Los Angeles | CA | 90067 | mef78767 | Allied H. Siegel as Trustee for the Circuit City Stores, Inc. Liquidating Trust; Peter Kravitz as Trustee for the RSH Liquidating Trust | 310-407-4000; 818-827-9000 | ckeating@ktbslaw.com; mtushin@ktbslaw.com; rpfister@ktbslaw.com |
| Ezra Brutzkus Gubner LLP | Ezra Brutzkus Gubner LLP | 21650 Oxnard St | Suite 500 | Woodland Hills | CA | 91367 | mef78767 | Allied H. Siegel as Trustee for the Circuit City Stores, Inc. Liquidating Trust; Peter Kravitz as Trustee for the RSH Liquidating Trust | 310-407-6060; 818-827-9000 | lgubner@ebg-law.com |
| Idris Ochoa Nita Rafiolo Richardson; Steve Holtzman | Klee Tuchin Bogdanoff & Stern LLP; Ezra Brutzkus Gubner LLP | 21650 Oxnard St | Suite 500 | Woodland Hills | CA | 91367 | mef78767 | Peter Kravitz as Trustee for the RSH Liquidating Trust | 310-407-6060; 818-827-9000 | dstern@ktbslaw.com |
| Steve Holtzman | Boies Schiller & Flexner LLP | 1999 Harrison St. | Suite 900 | Oakland | CA | 94612 | mef78767 | Sony Corporation; Sony Optiarc America, Inc.; Sony Optiarc, Inc. | 510-874-1460 | jconn@bsfllp.com |
| Ian Simmons; Anneli R. Olafsa; John Kerkorian; Nathan Eimer; Sarah Hartnagel; Vanessa Jacobsen; Samuel Miller; Anthony Belagki; Mark Popolsky; Emily Geier; Eric Wille | O'Melveny & Myers LLP | 1625 I St. | | Washington | DC | 20006 | mef78767 | Sony Corporation; Sony Optiarc America, Inc.; Sony Optiarc, Inc.; LG Electronics, Inc.; Sansung Electronics Co., Ltd.; Toshiba Corporation; Koninklijke Philips N.V.; Lite-On It Corporation; Philips & Lite-On Digital Solutions Corporation; Philips & Lite-On Digital Solutions USA, Inc.; NEC Corporation; Quanta Storage Inc.; BenQ Corporation; BenQ America, Corp.; LG Electronics USA, Inc.; Samsung Electronics America, Inc.; Panasonic Corporation of North America; Sony Electronics, Inc. | 202-383-5414 | iansimmons@omm.com; sangrab@omm.com; jkerkorian@omm.com; neimer@eimerstahl.com; shartnagel@eimerstahl.com; vjacobsen@eimerstahl.com; smiller@eimerstahl.com; anthony.belagki@sowgray.com; mark.popolsky@sowgray.com; emily.geier@sowgray.com; eric.wille@sowgray.com |
| Michelle Visser; David Rätzer; Lauri Rätzer; Kevin Feldor | Elmer Stahl LLP; Safco Smith LLP; Ropes & Gray LLP; Ropes & Gray LLP; Ropes & Gray LLP | 224 S. Michigan Ave; 555 California St.; 2099 Pennsylvania Ave; 800 Boylston St; Three Embarcadero Center | Suite 1100; Suite 2600 | Chicago; San Francisco; Washington; Boston; San Francisco | IL; CA; DC; MA; CA | 60604; 94104; 20006; 02199; 94111 | mef78767; mef78767; mef78767; mef78767; mef78767 | LG Electronics, Inc.; LG Electronics USA, Inc.; Hitachi-LG Data Storage, Inc. also known as HP Inc.; Hitachi-LG Data Storage, Korea, Inc.; Hitachi-LG Data Storage, Inc. also known as HP Inc.; Hitachi-LG Data Storage, Korea, Inc. | 312-460-7800; 415-772-1200; 202-508-4600; 617-051-5000; 415-315-6347 | michelle.visser@ropesgray.com; james.kim@ropesgray.com; john.tabbacal@ropesgray.com |
| Jhmea Frost | O'Melveny & Myers LLP | 1999 Avenue of the Stars | | Los Angeles | CA | 90067 | mef78767 | Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc. | 202-383-5300 | pfrost@omm.com |
| Stephen McIntyre; Brendan McGroarie | O'Melveny & Myers LLP; Lurnam & Watkins LLP | 400 S. Hope St.; 505 Montgomery Street | | Los Angeles; San Francisco | CA; CA | 90071; 94111 | mef78767; mef78767 | Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Toshiba Samsung Storage Technology Corporation | 310-553-6700; 213-430-6000; 415-395-8184 | smcintyre@omm.com; brendan.mcgroarie@lw.com |
| Stuart Plunkett; Evan Warhol; James Khadd; John Twitchy; Kimberly Murphy; Shawny Turner; Thomas Quistl; William Laverty | Baker Botts LLP | 101 California St. | | San Francisco | CA | 94111 | mef78767 | Koninklijke Philips N.V., Lite-On It Corporation; Philips & Lite-On Digital Solutions Corporation; Philips & Lite-On Digital Solutions USA, Inc.; Philips & Lite-On Digital Solutions North American Corporation; Lite-On Sales & Distribution Inc. | 415-291-6023 | stuart.plunkett@bakerbotts.com |
| Cira Sibby; Jon Serrano; Aharon Kaye; Mary Beth Hennessey; Lily Chen; Doug Ogata Milligan; Matthew DuBarta; Robert Pingo; Sean Lee; Harlen Rebke; Mark O'Bryant; Paul Henny; Cheol Chang | Baker Botts LLP; Katten Muchin Rosenman LLP; Katten Muchin Rosenman LLP; Katten Muchin Rosenman LLP; Winston & Strawn LLP; Blank Rome LLP | 1001 Page Mill Rd.; 525 West Monroe Street; 1999 Harrison St; 2029 Century Park East; 101 California St.; 801 S. Figueroa St; 2029 Century Park East | Ste 2500 | Palo Alto; Chicago; Oakland; Los Angeles; San Francisco; Los Angeles; Los Angeles | CA; IL; CA; CA; CA; CA; CA | 94304; 60661; 94612; 90067; 94111; 90017; 90067 | mef78767; mef78767; mef78767; mef78767; mef78767; mef78767; mef78767 | Koninklijke Philips N.V., Lite-On It Corporation; Philips & Lite-On Digital Solutions Corporation; Philips & Lite-On Digital Solutions USA, Inc.; Teac Corporation; Teac America, Inc.; NEC Corporation; Quanta Storage Inc.; BenQ Corporation; BenQ America Corp. | 650-739-7500; 312-862-5477; 415-293-5810; 319-788-4582; 415-591-1583; 213-624-6999; 424-239-3434 | cira.sibby@bakerbotts.com; jon.serrano@kattenlaw.com; aharon.kaye@kattenlaw.com; lily.chen@kattenlaw.com; stuart.rebke@bakerbotts.com; dbove@winston.com; paul.henny@winston.com; cheol@blankrome.com |

| Party / Contact | Firm / Company | Address | Suite / Floor | City | State | Zip | Country | Phone | Fax | Email | Representing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Joel Wainman; Lisa Vann; Nicholas Choutas; A. Paul Victor; David Greenspan; Jeffrey Kessler; Elizabeth Cate; George Mastoris; James Lerner; Kali Bracey; Melissa Nott; Susannah Torpey | Dickstein Shapiro LLP | 1825 I Street | | Washington; Washington | DC; DC | 20006; 20006 | | 202-420-2201 | | | BenQ Corporation; BenQ America Corp.; BenQ Corporation; BenQ America Corp. |
| Aldo Badini | Winston & Strawn LLP | 200 Park Ave | | New York | NY | 10166 | | 212-294-4700 | 212-294-4700 | abadini@winston.com | Panasonic Corporation; Panasonic Corporation of America, Panasonic Corporation of North America |
| Matthew Osman | Winston & Strawn LLP | 275 Middlefield Rd | Suite 205 | Menlo Park | NY | 94025 | | 650-858-6500 | 650-858-6500 | | Panasonic Corporation of America, Panasonic Corporation of North America |
| Jeffrey Newhouse | Dewey Leboeuf LLP | 1301 Avenue of the Americas | | New York | NY | 10018 | | 212-259-6387 | 212-259-6387 | mxxman@jd.com | Panasonic Corporation of North America |
| | Ogletree Deakins Nash Smoak and Stewart P | 901 E. Byrd St | Suite 1300 | Richmond | VA | 23219 | | 804-652-2330 | 804-652-2330 | jeffrey.newhouse@ogletreedeakins.com | Panasonic North America, Inc.; Pioneer Electronics (USA) Inc.; Pioneer Corporation; Pioneer High Fidelity Taiwan Co., Ltd.; Pioneer Digital |
| Eric Enson | JONES DAY | 555 West Fifth St | Suite 4600 | Los Angeles | CA | 90013 | | 213-489-3939 | 213-489-3939 | ryenson@jonesday.com | Panasonic North America, Inc.; Pioneer Electronics (USA) Inc.; Pioneer Corporation; Pioneer High Fidelity Taiwan Co., Ltd.; Pioneer Digital Design & Manufacturing Company; Pioneer Corporation |
| Jeffrey LaVine; Kathleen Wallace; Matthew Ascione; Sven O'Shea | JONES DAY | 555 South Flower St | 50th Floor | Los Angeles; Los Angeles | CA; CA | 90071; 90071 | | | | | |
| Daniel Richmond; Jeffrey Gittelman; Lelunia Seyler; Kimberly Koldewey; Connie Peebles; John William David; Jonald G. Pohlman; Joseph Rhoa; Robert Gilbert; Steven Lieberman; Michael Burbage; Sidney Motykla; Sol Park; Lara Kropf; Marguerite Dunn; Karl Olson; Saipin Brown | O'Brien Partners LLP; Barrack Rodos & Bacine; Bona Zack LLP; The Rosemont Law Group; Litigation Law Group; Law Offices of John W. Davis; Parker Ibrahim Berg | 525 13th Ave; 2001 Market St; 15 East Adams Rd; 44 Montgomery St; 1800 Concord Ave; 501 W. Broadway; 235A Hesketh Ave | Suite 151; Suite 800; Suite 1210 | New York; Philadelphia; San Francisco; Alameda; San Diego; Carlsbad | NY; PA; CA; CA; CA; CA | 10175; 19103; 19504; 94104; 94501; 92101; 92008 | | | 212-682-4427; 215-963-0600; 415-398-4700; 415-546-6801; 510-337-1431; 619-342-7279; 888-526-8415 | John One 1; Gregory Stewart; Gregory Stewart; Gregory Stewart; Konelawg Inc.; John W. Davis; Debbie Breese | |
| | Mintz & Vandiving PC | 901 N Glebe Rd | | Arlington | VA | 22203 | | 703-816-4100 | 703-816-4100 | | Toshiba Samsung Storage Technology Korea Corporation |
| | Rothwell Emel Macbeth PC | 607 14th St | | Washington | DC | 20005 | | 202-783-6031 | 202-783-6031 | | LG Electronics |
| | USDOJ Antitrust Division | 450 Golden Gate Ave | Room 18-0101 | San Francisco | CA | 94102 | | 415-436-6700 | 415-436-6700 | andrew.mryzikala@usdoj.gov | U.S. Department of Justice, Antitrust Division |
| | Ram Olson Cereghino & Kozecznki LLP | 101 Montgomery St | Suite 1800 | San Francisco | CA | 94104 | | 415-433-7211 | 415-433-7211 | karen@rocklaw.com | Fankwest College of Applied Arts and Technology; Toshiba Corporation; Toshiba Samsung Storage Technology Corporation; Toshiba America Information Systems, Inc. |
| | Lathem & Watkins | 505 Montgomery Street | Suite A205 | San Francisco | CA | 94111; 92618 | | 415-395-8095 | 415-395-8095 | belinda.lee@lw.com | Hewlett-Packard Company |
| Belinda Lee | BENG America Corp. | 18725 Birchwood | | Irvine | CA | | | | | | |
| c/o CT Corporation System; Registered Agent | BENG America Corp. | 515 S. Flower Street | 40th Floor | Los Angeles | CA | 90017 | | | | | |
| Robert Blau Malkey | Hitachi LLC | 18 Jun-Road | | Taipei | | 114 | Taiwan | 213-622-9900 | | | |
| | Hiroshi-LG Data Storage Inc. | 94 S Milipinas | | Tokyo | | 90021 | Japan | | | | |
| | Koninklijke Philips Electronics NV | | | Seoul | | 100-0500; 100-0022; 100-0493 | Japan; Netherlands; Netherlands; Netherlands; Netherlands; South Korea | | | | |
| | LG Electronics Inc. | | 5550 A-2; Yosodo-dong | Taipei | NJ | 150-721; 07632 | | | | | |
| c/o CSC Lawyers Inc.; Registered Agent | LG Electronics USA Inc. | 2720 Gateway Oaks Drive | Suite 100 | Sacramento | CA | 95833; 95833; 11482; 114 | Taiwan; R.O.C | | | | |
| c/o CSC Lawyers Inc.; Registered Agent | LG International (America) Inc.; Lite-On IT Corporation; Lite-On IT Corporation of Taiwan | 2710 Gateway Oaks Drive; 12-18F, 392, Jid Kaamu Road; 12F, 392, Huey Kuang Road | Suite 150N; Taipei City | Sacramento; TAP; TAP | CA | | | | | | |
| Richard K. Hermann; Kenneth Laurence Dorsney; Mary Matterer | Mintz Jones LLP | 500 Delaware Avenue | Suite 1500 | Wilmington | DE | 19801; 104-8001; 571-8501; 07094 | | 302-571-1750 | 302-571-1750 | rhermann@morrisjames.com; kdorsney@morrisjames.com; mmatterer@morrisjames.com | LG Electronics Inc. |
| | NEC Corporation | 7-1 Shiba 5-chome | Minato-ku | Tokyo | | 108 | Japan | | | | |
| c/o CT Corporation System; Registered Agent | Panasonic Corporation of North America | | Kadoma | Osaka | NJ | 90017 | Japan | | | | |
| Registered Agent | Panasonic Corporation of North America | 818 W. Seventh Street | | Los Angeles | | 144 | R.O.C | | | | |
| c/o CSC Lawyers Inc.; Registered Agent | Philips & Lite-On Digital Solutions Corporation | 2730 Gateway Oaks Drive | Suite 100 | Sacramento | CA | 95833 | | | | | LG Electronics Inc. |
| c/o CSC Lawyers Inc.; Registered Agent | Philips & Lite-On Digital Solutions USA Inc. | 2730 Gateway Oaks Drive | Suite 100 | Sacramento | CA | 95833 | | | | | |

| Registered Agent / Contact | Company | Address | Suite/Unit | District | City | State | Zip | Country | Phone | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| | Philips & Lite-On Digital Solutions USA Inc. | 42000 Christy Street | | | Fremont | CA | 94538 | | | |
| | Pioneer Corporation | saiwai-ku | | | Kawasaki-shi | | | Japan | | |
| | Pioneer Digital Design & Manufacturing Comp | 1-1 Shin-ogura | saiwai-ku | | Kawasaki-shi | | | Japan | | |
| c/o CSG Lawyers Inc. Registered Agent | Pioneer Electronics (USA) Inc. | 2710 Gateway Oaks Drive | Suite 150N | | Sacramento | CA | 95833 | | | |
| c/o CSG Lawyers Inc. Registered Agent | Pioneer High Fidelity Taiwan Co, Ltd. | 13th Fl. No. 44 | | Chang Shan North Road | Taipei City | | 114 | R.O.C | | |
| Jessica Chou, Litigant for Service | Pioneer High Fidelity Taiwan Co, Ltd. | 8F No. 407 | | Ruguang Rd. Indhu District | | | | Taiwan | | |
| | Pioneer North America Inc. | 2710 Gateway Oaks Drive | Suite 150N | | Sacramento | CA | 95833 | | | |
| | Quanta Storage America Inc. | 1310 Orleans Avenue | Suite A | | Sunnyvale | CA | 94087 | | | |
| | Quanta Storage America Inc. | 2708 Bayview Drive | | | Fremont | CA | 94538 | | | |
| | Quanta Storage Inc. | 4864 Glacier Court | | | Fremont | CA | 94538 | | | |
| | Quanta Storage Inc. | 3F No. 188 Wenhua 2nd Rd. | Guishan Shiang | | Taoyuan County | | 333 | | Taiwan | | |
| Jerry L. Colgate | Rothwell Rigg | 607 14th Street NW | | | Washington | DC | 20005 | | 202-783-6040 | jcolgate@rothwellfigg.com |
| | Samsung Electronics Co, Ltd. | 1320-10, Seocho-2-Dong | Seocho-Gu | | Seoul | | 137-857 | | South Korea | | LG Electronics Inc. [ Pro Hac Vice ] |
| | Samsung Electronics America Inc. | 85 Challenger Road | | | Ridgefield Park | NJ | 07660 | | | |
| Ryoro Sennawa/Managing Director | Samsung Electronics Co, Ltd. | Samsung Main Building 250 | Taeyeongro-2-ga, Jung-gu | | Seoul | | 100-742 | | Korea | | |
| | Samsung Storage Technology Corporation | 1-1 Babaeeu, 1-chome | Mizoko-ku | | Tokyo | | | | Japan | | |
| c/o CSG Lawyers Inc. Registered Agent | Sony Computer Entertainment America Inc. | 2730 Gateway Oaks Drive | Suite 100 | | Sacramento | CA | 95833 | | | |
| c/o CSG Lawyers Inc. Registered Agent | Sony Computer Entertainment America Inc. | 919 East Hillsdale Blvd. | | | Foster City | CA | 94404 | | | |
| | Sony Corp. | Arenco-ku | | | Osaka | | 543-8522 | | Japan | | |
| | Sony Corporation | 16530 Via Esprillo | | | TYV | | 108-0075 | | Japan | | |
| | Sony Electronics Inc. | | | | San Diego | CA | 92127 | | | |
| c/o CSG Lawyers Inc. Registered Agent | Sony Electronics Inc. | 2710 Gateway Oaks Drive | Suite 150N | | Sacramento | CA | 95833 | | | |
| | Sony Electronics Inc. | 2730 Gateway Oaks Drive | Suite 100 | | Sacramento | CA | 95833 | | | |
| | Sony Electronics Inc. | 550 Madison Avenue | | | New York | NY | 10022 | | | |
| | Sony Electronics Inc. | 4-16-1 Okata | Atsugi-shi | | Kanagawa | | 243-0021 | | Japan | | |
| | Sony NEC Optiarc Inc. | 17209 N. 73rd Street | | | San Jose | CA | 96112 | | | |
| c/o CSG Lawyers Inc. Registered Agent | Sony Optiarc America Inc. | 2730 Gateway Oaks Drive | Suite 100 | | Sacramento | CA | 95833 | | | |
| | Sony Optiarc Inc. | 4-16-1 Okata | Atsugi-shi | | | | 243-0021 | | Japan | | |
| | TEAC America Inc. | 2730 Gateway Oaks Drive | Suite 100 | | Sacramento | CA | 95833 | | | |
| c/o CSG Lawyers Inc. Registered Agent | TEAC America Inc. | 7733 Telegraph Road | | | Montebello | CA | 90640 | | | |
| | TEAC Corporation | 47 Dohai | 1-chome | Tama-shi | | Tokyo | | 206-8530 | | Japan | 609-526-5133 | |
| (Pikhang Jimmie) H. Lih Esquire | Toshiba America Law Group LLP | 303 Twin Dolphin Drive | Suite 200 | | Redwood Shores | CA | 92716-1897 | | | 650-517-0288 | jlh@lihp.com |
| c/o CT Corporation System Registered Agent | Toshiba America Information Systems | 818 W. Seventh Street | | | Los Angeles | CA | 95017 | | | |
| | Toshiba America Information Systems Inc. | 1-1 Babaeeu, 1-chome | Mizoko-ku | | Tokyo | | 105-6001 | | Japan | | |
| | Toshiba Corporation | Digital Group 2, 485-1, Shin-dong | Youngtong-gu | | Youngsan | | | | Korea | | |
| | Toshiba Samsung Storage Technology Corp | 1-1 Babaeeu, 1-chome | | | Onmegi-do | | 443-734 | | Korea | | |
| | Toshiba Samsung Storage Technology Corp | 486 Shin-dong | Yeongtongdaero-gu | Suwon-si | | Onmegi-do | | 105-6001 | | Korea | 202-639-8755 | jlevine@ve.com |
| Jason Allan Levine / Jason Shapiro / Brian Tolledain / Margaret Barboza | Vinson Elkins LLP | 1455 Fl. Bldg. 102 Digital Empire 2 | 3200 Pennsylvania Avenue NW | | Washington | DC | 20037 | | | 202-639-6504 | |
| | Rothwell Rigg Ernst & Manbeck PC | 607 14th St. | Suite 800 | | Washington | DC | 20005 | | | 202-783-6040 | |

## Exhibit 2

**Entities Against Whom Provisional Relief is Sought Pursuant to 11 U.S.C. § 1519**

| Name | Company | Add1 | Add2 | Add3 | Delivery Code | City | State | Zip | Country | Matter No. | Fax No. | Telephone No. | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Name | Firm | Address | Suite | City | State | Zip | Date | Phone | Party | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| Matthew McBurney | Crowell & Moring LLP | 1001 Pennsylvania Ave NW, 515 S Flower St | | Washington | DC | 20004 | mm070707 | 212-602-5900 | Hewlett-Packard Company; Ingram Micro Inc.; Synnex Corporation | mmcburney@crowell.com |
| Nathaniel John Wood | Crowell & Moring LLP | | | Los Angeles | CA | 90071 | mm070707 | 213-622-4750 | Hewlett-Packard Company | nwood@crowell.com |
| David Bedford Esau | Carlton Fields PA | 525 Okeechobee Blvd. | Suite 1200 | West Palm Beach | FL | 33401 | mm070707 | 561-659-7070 | Acer Inc.; Acer America Corporation; Gateway, Inc.; Gateway U.S. Retail, Inc. | desau@carltonfields.com |
| Eric Singer Haug | | | | | | | | | | |
| James Lin Kaneen Tseng | Techknowledge Law Group LLP | 100 Marine Parkway | Suite 200 | Redwood Shores | CA | 94065 | mm070707 | 650-517-5200 | Acer Inc.; Acer America Corporation; Gateway, Inc.; Gateway U.S. Retail, Inc. | esolja@tklg-llp.com |
| Fabrina Afso | Techknowledge Law Group LLP | 100 Marine Parkway | Suite 200 | Redwood Shores | CA | 94065 | mm070707 | 650-517-5200 | Acer Inc.; Acer America Corporation; Gateway, Inc.; Gateway U.S. Retail, Inc. | fafso@tklg-llp.com |
| Callan M Keating | Klee Tuchin Bogdanoff & Stern LLP | 1999 Avenue of the Stars | | Los Angeles | CA | 90067 | mm070707 | 310-407-4000 | | ckeating@ktbslaw.com |
| Michael Tuchin | | | | | | | | | | |
| Robert Pfister | | | | | | | | | | |
| Larry Gabriel | | | | | | | | | | |
| Steven Golubchik | Ezra Brutzkus Gubner LLP | 21550 Oxnard St | Suite 500 | Woodland Hills | CA | 91367 | mm070707 | 818-827-9000 | Alfred H. Siegel as Trustee for the Circuit City Stores, Inc. Liquidating Trust; Peter Kravitz as Trustee for the RSH Liquidating Trust | sgolubchik@ebg-law.com |
| Jonathan Weiss | | | | | | | | | | |
| Peter Kravitz | Max Tuchin Bogdanoff & Stern LLP | 1999 Avenue of the Stars | Suite 500 | Los Angeles | CA | 90067 | mm070707 | 310-407-4000 | Peter Kravitz as Trustee for the RSH Liquidating Trust | pkravitz@ktbslaw.com |
| James Matthews | Ezra Brutzkus Gubner LLP | 21550 Oxnard St | | Woodland Hills | CA | 91367 | mm070707 | 818-827-9000 | Peter Kravitz as Trustee for the RSH Liquidating Trust | |
| John T Carver Jr | | | | | | | | | | |
| Beth Owens Pfe Rotzig Richardson | Boies Schiller & Flexner LLP | 1999 Harrison St. | Suite 900 | Oakland | CA | 94612 | mm070707 | 510-874-1460 | Sony Corporation; Sony Optarc America, Inc.; Sony Optarc, Inc.; Sony Computer Entertainment America, Inc.; Sony Electronics Inc. | jowens@bsfllp.com |
| Steve Holtman | | | | | | | | | | |
| Iris Simmonov | O'Melveny & Myers LLP | 1625 I St. | | Washington | DC | 20006 | mm070707 | 202-383-5414 | Sony Corporation; Sony Optarc America, Inc.; Sony Optarc, Inc.; LG Electronics, Inc.; Samsung Electronics Co., Ltd.; Toshiba Samsung Storage Technology Corporation; Koninklijke Philips N.V.; Lite-On It Corporation; Philips & Lite-On Digital Solutions Corporation; Philips & Lite-On Digital Solutions USA, Inc.; NEC Corporation; Quanta Storage Inc.; BenQ Corporation; BenQ America Corp.; LG Electronics USA, Inc.; Hitachi-LG Data Storage, Inc.; Hitachi-LG Data Storage Korea, Inc.; Samsung Electronics America, Inc.; Panasonic Corporation of North America | isimmons@jcem.com |
| Ahmed R. Kludze | | | | | | | | | | |
| Amir Nasseri | | | | | | | | | | |
| Nathan Elmer | | | | | | | | | | |
| Vanessa Jacobsen | Elmer Stahl LLP | 224 E. Michigan Ave | Suite 1100 | Chicago | IL | 60604 | mm070707 | 312-860-7600 | LG Electronics, Inc.; LG Electronics USA, Inc. | |
| Samuel Miller | Salley Austin LLP | 555 California St. | Suite 2600 | San Francisco | CA | 94104 | mm070707 | 415-772-1200 | LG Electronics, Inc. | |
| Anthony Bisegui | | | | | | | | | | |
| Emily Chen | Ropes & Gray LLP | 2099 Pennsylvania Ave | | Washington | DC | 20006 | mm070707 | 202-508-4600 | Hitachi-LG Data Storage, Inc. also known as HP Inc.; Hitachi-LG Data Storage, Korea, Inc. | |
| Jane Willis | Ropes & Gray LLP | 800 Boylston St | | Boston | MA | 02199 | mm070707 | 617-951-9300 | Hitachi-LG Data Storage, Inc. also known as HP Inc.; Hitachi-LG Data Storage, Korea, Inc. | |
| Michelle Visser | Ropes & Gray LLP | Three Embarcadero Center | | San Francisco | CA | 94111 | mm070707 | 415-315-4875 | Hitachi-LG Data Storage, Inc. also known as HP Inc.; Hitachi-LG Data Storage Korea, Inc. | michelle.visser@ropesgray.com |
| David Biderman | | | | | | | | | | |
| Leah Martin | O'Melveny & Myers LLP | 1625 I St. | | Washington | DC | 20006 | mm070707 | 202-383-5300 | Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc. | |
| Kevin Feder | | | | | | | | | | |
| James Pearl | O'Melveny & Myers LLP | 1999 Avenue of the Stars | | Los Angeles | CA | 90067 | mm070707 | 310-553-6700 | Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc. | |
| Stephen McIntyre | O'Melveny & Myers LLP | 400 S. Hope St. | | Los Angeles | CA | 90071 | mm070707 | 213-430-6000 | Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Toshiba Samsung Storage Technology Corporation | |
| Brendan McShane | Latham & Watkins LLP | 505 Montgomery Street | | San Francisco | CA | 94111 | mm070707 | 415-395-8164 | | |
| Stuart Plunkett | Baker Botts LLP | 101 California St. | | San Francisco | CA | 94111 | mm070707 | 415-291-6203 | Koninklijke Philips N.V.; Lite-On It Corporation; Philips & Lite-On Digital Solutions Corporation; Philips & Lite-On Digital Solutions USA, Inc. | stuart.plunkett@bakerbotts.com |
| Evan Werbel | | | | | | | | | | |
| James Sicilia | | | | | | | | | | |
| John Taladay | Baker Botts LLP | 1299 Pennsylvania Ave | | Washington | DC | 20004 | mm070707 | 202-639-1323 | Koninklijke Philips N.V.; Lite-On It Corporation; Philips & Lite-On Digital Solutions Corporation; Philips & Lite-On Digital Solutions USA, Inc.; Philips Electronics North America Corporation; Lite-On Sales & Distribution, Inc. | |
| Stacey Turner | | | | | | | | | | |
| Tiffany Gelott | | | | | | | | | | |
| William Lavery | | | | | | | | | | |
| Gina Bibby | Baker Botts LLP | 1001 Page Mill Rd. | | Palo Alto | CA | 94304 | mm070707 | 650-739-7500 | Koninklijke Philips N.V.; Lite-On It Corporation; Philips & Lite-On Digital Solutions Corporation; Philips & Lite-On Digital Solutions USA, Inc. | |
| Jon Swenson | | | | | | | | | | |
| Alberto Rodriguez | | | | | | | | | | |
| Mary Ellen Hennessy | Katten Muchin Rosenman LLP | 525 West Monroe Street | | Chicago | IL | 60661 | mm070707 | 416-628-8547 | Tec Corporation, Teac America, Inc. | |
| Lily Dinh | Katten Muchin Rosenman LLP | 1999 Harrison St | | Oakland | CA | 94612 | mm070707 | 416-293-5510 | Teac Corporation, Teac America, Inc. | |
| Stuart Richter | Katten Muchin Rosenman LLP | 2029 Century Park East | Ste 2600 | Los Angeles | CA | 90067 | mm070707 | 310-788-4582 | Teac Corporation, Teac America, Inc. | |
| David Kaur Milligan | | | | | | | | | | |
| Jennifer Perrigan | | | | | | | | | | |
| Matthew DeGloria | | | | | | | | | | |
| Paul Griffin | | | | | | | | | | |
| Sean Monnan | Winston & Strawn LLP | 101 California St. | | San Francisco | CA | 94111 | mm070707 | 415-591-1563 | NEC Corporation | |
| Jeffrey Bengel | | | | | | | | | | |
| Paul Hanna | Manning Kass Ellrod Ramirez Trester LLP | 801 S. Figueroa St. | | Los Angeles | CA | 90017 | mm070707 | 213-624-6900 | Quanta Storage Inc. | |
| Cheryl Chang | Blank Rome LLP | 2029 Century Park East | | Los Angeles | CA | 90067 | mm070707 | 424-239-3434 | Bensi Corporation; Denoi America Corp. | |

| Contact / Role | Entity | Address | Suite | City / District | State | ZIP | Country | Phone | Email |
|---|---|---|---|---|---|---|---|---|---|
| c/o CSC Lawyers Inc, Registered Agent | Philips & Lite-On Digital Solutions USA Inc. | 2730 Gateway Oaks Drive | Suite 100 | Sacramento | CA | 95833 | | | |
| | Philips & Lite-On Digital Solutions USA Inc. | 42000 Christy Street | | Fremont | CA | 94538 | | | |
| | Philips Corporation | | | | | 212-301 | Japan | | |
| c/o CSC Lawyers Inc, Registered Agent | Pioneer Digital Design & Manufacturing Corp | 1-1 Shin-ogura | Kawasaki-shi | Kanagawa | | 212-0031 | Japan | | |
| | Pioneer Electronics (USA) Inc. | 2710 Gateway Oaks Drive | Suite 150N | Sacramento | CA | 95833 | | | |
| c/o CSC Lawyers Inc, Registered Agent | Pioneer High Fidelity Taiwan Co. Ltd. | 12th Fl. No. 44 | Ching Shan North Road | Taipei City | | 114 | Taiwan | | |
| | Pioneer High Fidelity Taiwan Co. Ltd. | 8F No. 467 | Ruiguang Rd. Neihu District | Sec. 2 Taipei | R.O.C. Taiwan | | Taiwan | | |
| c/o CSC Lawyers Inc, Registered Agent, Jeanne Orfao LW/Agent for Service | Pioneer North America Inc. | 2710 Gateway Oaks Drive | Suite 150N | Sacramento | CA | 95833 | | | |
| | Quanta Storage America Inc. | 1310 Holbrook Avenue | Suite A | Sunnyvale | CA | 94087 | | | |
| | Quanta Storage America Inc. | 2726 Skyview Drive | | Fremont | CA | 94538 | | | |
| | Quanta Storage America Inc. | 4944 Clipper Court | | Fremont | CA | 94538 | | | |
| Jenny L. Colgate | Quanta Storage Inc. | 3F No. 188 Wenhua 2nd Rd. | Guishan Shang | Taoyuan County | | 333 | Taiwan | 202-783-6001 | jcolgate@rothwellfigg.com |
| | Rohwell Figg | 607 14th Street NW | Suite 800 | Washington | DC | 20005 | | | |
| Ayers Seitzman/Managing Director, c/o CSC Lawyers Inc, Registered Agent | Samsung Electronic Co. Ltd. | 1320-10, Seocho 2-Dong | Seocho-Gu | Seoul | South Korea | 137-857 | South Korea | | |
| | Samsung Electronics America Inc. | 85 Challenger Road | | Ridgefield Park | NJ | 07660 | | | |
| | Samsung Electronics Co. Ltd. | Samsung Main Building 250 | | Seoul | | 100-742 | Korea | | |
| | Samsung Storage Technology Corporation | 1-1 Shibaura, 1-chome | | Tokyo | | | Japan | | |
| c/o CSC Lawyers Inc, Registered Agent | Sans Consumer Entertainment America Inc. | 2730 Gateway Oaks Drive | Suite 100 | Sacramento | CA | 95833 | | | |
| | Sony Corp | 916 East Hillsdale Blvd. | | Foster City | CA | 94404 | | | |
| | Sony Corporation | 22-22 Nagaikedai | Amirc-ku | Osaka | | 546-0032 | Japan | | |
| | Sony Electronics Inc. | 1-7-1, Konan | | Minato-ku | | 108-0075 | Japan | | |
| | Sony Electronics Inc. | 16530 Via Esprillo | | San Diego | CA | 92127 | | | |
| c/o CSC Lawyers Inc, Registered Agent | Sony Electronics Inc. | 2710 Gateway Oaks Drive | Suite 150N | Sacramento | CA | 95833 | | | |
| | Sony Electronics Inc. | 2730 Gateway Oaks Drive | Suite 100 | Sacramento | CA | 95833 | | | |
| | Sony Electronics Inc. | 550 Madison Avenue | 8th Floor | New York | NY | 10022 | | | |
| | Sony HEC Opticarc Inc. | 4-16-1 Okata | | Atsugi-shi | Kanagawa | 243-0021 | Japan | | |
| | Sony Optiarc America Inc. | 1730 N. First Street | | San Jose | CA | 95112 | | | |
| c/o CSC Lawyers Inc, Registered Agent | Sony Optiarc Inc. | 2730 Gateway Oaks Drive | Suite 100 | Sacramento | CA | 95833 | | | |
| | Sony Optiarc Inc. | 4-16-1 Okata | | Atsugi-shi | Kanagawa | 243-0021 | Japan | | |
| | TEAC America Inc. | 7733 Telegraph Road | Suite 100 | Montebello | CA | 90017 | | | |
| c/o CSC Lawyers Inc, Registered Agent | TEAC America Inc. | 818 W. Seventh Street | | Los Angeles | CA | 90017 | | | |
| | TEAC Corporation | 1-47 Ochiai | 1-chome | Tama-shi | Tokyo | | 206-8530 | Japan | | |
| (Hikergi James H. Lai Esquire) | Technecolor James Group LLP | 100 Matrix Parkway | | Irvine | CA | 92618-3987 | | | |
| | Toshiba America Information Systems Inc. | 9740 Irvine Blvd. | | Irvine | CA | 92618 | | | |
| c/o CT Corporation System, Registered Agent | Toshiba America Information Systems Inc. | 818 W. Seventh Street | | Los Angeles | CA | 90017 | | | |
| | Toshiba Corporation | 1-1 Shibaura, 1-chome | Minato-ku | | Tokyo | | 105-8001 | Japan | | |
| | Toshiba Samsung Storage Technology | Digital Empire 2, 486-1, Sinohong | | Gyonggi-do | | 443-734 | Korea | | |
| | Toshiba Samsung Storage Technology Corp | 1-1 Shibaura, 1-chome | Tama-shi | | Tokyo | | 105-8001 | Japan | | |
| | Toshiba Samsung Storage Technology Corp Korea | 14th Fl. Bldg. 102 Digital Empire 2 | Yeongtong-gu Sowhe-si | Yeongtongdaero-gil Sowhe-si | Gyonggi-do | | 443-734 | Korea | | |
| | Vineet Eldine LLP | 2200 Pennsylvania Avenue NW | | Washington | DC | 20037 | | 202-639-6755 | jlevine@mwe.com |
| Jason Allen Levine | Rothwell Figg Ernst & Manbeck PC | 607 14th St. | | Washington | DC | 20005 | | 202-783-6040 | jlevine@mwe.com |
| Jason Shupila | OLA Piper LLP | 2000 University Avenue | | East Palo Alto | CA | 94303-2248 | | | |
| Blina Yotova | Dell Inc. | One Dell Way | | Round Rock | TX | 78682 | | | |
| Manuel Battaglia | Catalyst Proprietary Systems Inc. | 1860 Blake Street | 7th Floor | Denver | CO | 80202 | | | |
| | Knol Contrack Inc. | 8023 Columbine Court | | Eden Prairie | MN | 55347 | | | |
| | Compliance, System One Holdings, LLC | 915 Wilshire Boulevard | Suite 2152 | Los Angeles | CA | 90017 | | | |
| | Convergence Research | Two Embarcadero Center | 20th Floor | San Francisco | CA | 94111 | | | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| TOSHIBA SAMSUNG STORAGE | ) | Case No. 16-_____  (   ) |
| TECHNOLOGY KOREA CORPORATION, | ) | |
| | ) | |
| Debtor in a Foreign Proceeding.[1] | ) | |
| | ) | |

## FOREIGN REPRESENTATIVE'S STATEMENT
## REGARDING KNOWN FOREIGN PROCEEDINGS

I, Dae Sung Cho, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States as follows:

1.      I am the duly appointed foreign representative (the "Foreign Representative") of Toshiba Samsung Storage Technology Korea Corporation ("TSST-K" or the "Debtor") in connection with the pending proceeding (the "Korean Proceeding") filed under the Debtor Rehabilitation and Bankruptcy Act in the Seoul Central District Court in Seoul, Korea (the "Korean Court").

2.      I respectfully submit this statement, as required under section 1515(c) of title 11 of the United States Code (the "Bankruptcy Code"), in support of the verified chapter 15 petition filed by the Foreign Representative seeking recognition by the United States Bankruptcy Court for the District of Delaware of the Korean Proceeding as a foreign main proceeding.

3.      Pursuant to the requirements of section 1515(c) of the Bankruptcy Code, to my knowledge, the Korean Proceeding is the only insolvency proceeding of any kind pending with respect to TSST-K and, thus, is the only known "foreign proceeding" with respect to TSST-K, as that term is defined in section 101(23) of the Bankruptcy Code.

---

[1]      The last four digits of Toshiba Samsung Storage Technology Korea Corporation's Business Registration Number are 7441.  The Debtor's main corporate and mailing address is 88 Suwon-ro, Yeongtong-gu 14th Flr., Bldg #102, Digital Empire 2, Suwon-si, Gyoenggido, 443-734.

I declare under penalty of perjury under the laws of the United States of America that, based upon my knowledge, information and belief as set forth herein, the foregoing is true and correct.

Executed this 5th day of July, 2016.

*/s/ Dae Sung Cho*
By: Dae Sung Cho

*Foreign Representative of Toshiba Samsung Storage Technology Korea Corporation*

10205464.1

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| TOSHIBA SAMSUNG STORAGE | ) | Case No. 16-_____ (   ) |
| TECHNOLOGY KOREA CORPORATION, | ) | |
| | ) | |
| Debtor in a Foreign Proceeding.[1] | ) | |
| | ) | |

### <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(4), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests. Toshiba Samsung Storage Technology Corporation (Japan) owns 50.1%, and Optis Company, Ltd. (Korea) owns 49.9%, of the shares of Toshiba Samsung Storage Technology Korea Corporation.

Dated: July 5, 2016
Wilmington, Delaware

MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Curtis S. Miller*
Curtis S. Miller (No. 4583)
Daniel B. Butz (No. 4227)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE  19801
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email:  cmiller@mnat.com
           dbutz@mnat.com
           tminott@mnat.com

*Attorneys for the Foreign Representative*

10205438.1

---

[1]    The last four digits of Toshiba Samsung Storage Technology Korea Corporation's Business Registration Number are 7441.  The Debtor's main corporate and mailing address is 88 Suwon-ro, Yeongtong-gu 14th Flr., Bldg #102, Digital Empire 2, Suwon-si, Gyoenggido, 443-734.

## <u>VERIFICATION OF CHAPTER 15 PETITION</u>

Pursuant to 28 U.S.C. § 1746, Dae Sung Cho declares as follows:

I am the duly appointed foreign representative (the "<u>Foreign Representative</u>") of Toshiba Samsung Storage Technology Korea Corporation (the "<u>Debtor</u>") in connection with the pending proceeding (the "<u>Korean Proceeding</u>") filed under the Debtor Rehabilitation and Bankruptcy Act in the Seoul Central District Court in Seoul, Korea (the "<u>Korean Court</u>").  I have full authority to verify the foregoing chapter 15 petition for recognition of a foreign main proceeding, including each of the attachments thereto (collectively, the "<u>Petition</u>"), and I am informed and believe that the allegations contained therein are true and accurate to the best of my knowledge, information and belief.  A true and accurate copy of the Order dated June 16, 2016 by the Korean Court (the "<u>Korean Commencement Order</u>") is attached as **Exhibit A** to the Petition.

I declare under penalty of perjury under the laws of the United States of America that, based upon my knowledge, information and belief as set forth herein, the foregoing is true and correct.

Executed this 5th day of July, 2016.

*/s/ Dae Sung Cho*
By: Dae Sung Cho

*Foreign Representative of Toshiba Samsung Storage Technology Korea Corporation*

10205436.1