# EXHIBIT A



**LG Electronics Inc.**
Intellectual Property Center
Tel: +82-2-2102-0001
Fax: +82-2-2102-0231

San 4-1, Nakseongdae-Dong, Gwanak-Gu, Seoul 151-919, Korea
Tel : 82-2-2102-0011   Fax: 82-2-2102-0231

July 27, 2012

Mr. Sang heung Shin
CEO
Toshiba Samsung Storage Technology Korea Corporation
14th Floor, Bldg. No.102, Digital Empire2,
486, Sin-dong, Yeongtong-gu Suwon-si, Gyeonggi-do
Korea 443-734

RE: LGE Optical Disc Drive Patent License

Dear Mr. Shin:

LG Electronics, Inc. ("LGE") is the owner of patents essential to DVD ROM, DVD Writer but not limited to DVD+R/+RW, DVD-R/-RW and DVD RAM, BD Playback Drive and BD Recorder Drive.

It is noted that your company manufactures, sells, and otherwise disposes of DVD ROM, DVD Writer, DVD RAM, BD Playback Drive, BD Combination Drive and BD Recorder Drive that utilize LGE's patents.

We hereby enclose the royalty rate and the lists of LGE's patents essential to DVD ROM, DVD Writer, BD Playback Drive and BD Recorder Drive. Until and unless your company enters into a licensing agreement with LGE, your company will not be licensed under the relevant LGE's patents relating to DVD ROM, DVD Writer, BD Playback Drive, BD Combination Drive and BD Recorder Drive. Accordingly, we hereby request your company to obtain a license under LGE's patents for the manufacture and/or sale of such products.

We urge you to contact us to resolve this matter by **August 10, 2012**. If you have any questions on this matter, please do not hesitate to contact me (jayh.lee@lge.com) or Jinhyun Kim(jhyun.kim@lge.com).

Sincerely,

Jeong Hwan Lee
Executive Vice President
Intellectual Property Center

Encl.: Royalty rate and LGE's patent lists

LGE confidential

July 27, 2012
Jeong Hwan Lee

**Exhibit A**

LGE Standard Royalty Rate for DVD Drive and BD Drive

| Format & Product | Royalty Rate |
| --- | --- |
| DVD ROM | $0.75 / format |
| DVD +R, +RW, -R, -RW Recorder | $1.25 / format each |
| DVD RAM | $2.5 / format |
| BD Playback Drive | $2.5 / unit |
| BD Combination Drive | $3.0 / unit |
| BD Recorder Drive | $4.0 / unit |

LGE Confidential

July 27, 2012
Jeong Hwan Lee

**Exhibit B**

DVD Drive Essential Patents

| # | Patent number | Family | Technical Field | DVD-ROM | DVD-R(W) | DVD+R(W) | DVD-RAM |
|---|---|---|---|---|---|---|---|
| 1 | US RE36919 | CN, DE, EP, JP | Scrambling And/Or Descrambling - Initial | ● | ● | ● | ● |
| 2 | US RE37052 | CN, DE, EP, JP | Copy Prevention Information - Cgms In | ● | | | |
| 3 | US 5737287 | JP, KR | Physical Format | | ● | ● | |
| 4 | US 5991250 | CN, JP, KR, NL | Lossless Linking | | ● | ● | |
| 5 | US 6069864 | KR | Write Strategy_Write Pulse Duration | | | ● | |
| 6 | US 6101162 | JP, KR | Background Formatting | | | | |
| 7 | US 6385736 | KR | Conversion Lsn Into Psn And Sra/Sa Of | | | | ● |
| 8 | US 6463024 | KR | Slipping Replacement In Reverse Order | | | | ● |
| 9 | US 6477126 | BR, CN, EP, JP, HK, KR | Selective Allocation Between Psa(Primary | | | | ● |
| 10 | US 6493301 | KR | Relation Between Pdl Entry Condition | | | | ● |
| 11 | US 6510114 | CN, KR | Variable Spare Area With Starting Point | | | | ● |
| 12 | US 6519215 | DE, JP, KR | First Available Good Block For Defective | | | | ● |
| 13 | US 6526522 | JP, KR | Conversion Sdl To Pdl (G2 List) | | | | ● |
| 14 | US 6529458 | KR | Defect Management Without | | ● | | |
| 15 | US 6542450 | DE, JP, KR | Variable Allocation Of Spare Area In | | | | ● |
| 16 | US 6564293 | KR | Replacement Between Primary Spare Area | | ● | | ● |
| 17 | US 6564345 | CN, HK, KR | Defect Management For Real Time Data | | ● | | ● |
| 18 | US 6625094 | BR, CN, EP, JP, KR | Allocation Procedure For Real Time Data | | | | ● |
| 19 | US 6654330 | CN, KR | Variable Spare Area With Starting Point | | | | ● |
| 20 | US 6671775 | KR | Replacement Between Primary Spare Area | | | | ● |
| 21 | US 6691265 | CN, HK, KR | Defect Management Depending On Data | | | | ● |
| 22 | US 6714497 | CN, KR | Variable Spare Area With Starting Point | | | | ● |
| 23 | US 6782488 | BR, CN, HK, EP, JP, KR | Defect Management Based On Data Type | | ● | | ● |
| 24 | US 6788631 | KR | Variable Recording Capacity Information | | | | ● |
| 25 | US 6901041 | KR | Defect Management In File System | | ● | | ● |
| 26 | US 6918004 | KR | Replacement Between Primary Spare Area | | | | ● |
| 27 | US 6920103 | DE, JP, KR | Variable Allocation Of Spare Area | | | | ● |
| 28 | US 7065016 | BR, CN, EP, JP, KR | File System Structure For Real Time Data | | ● | | ● |
| 29 | US 7139935 | BR, CN, HK, EP, JP, KR | Defect Management For Defective Block | | | | ● |
| 30 | US 7146527 | BR, CN, HK, EP, JP, KR | Defect Management For Defective Block | | | | ● |
| 31 | US 7200101 | KR | Information For Indicating A Variable | | | | ● |
| 32 | US 7218592 | BR, CN, EP, JP, KR | File System For Real Time Data And | | ● | | ● |
| 33 | US 7251760 | CN, HK, KR | Defect Management For Real Time | | ● | | ● |

LGE Confidential

July 27, 2012
Jeong Hwan Lee

DVD Drive Essential Patents

| | Patent number | Family | Technical Field | Format | | | |
|---|---|---|---|---|---|---|---|
| | | | | DVD-ROM | DVD-R(W) | DVD+R(W) | DVD-RAM |
| 34 | US 7342857 | AU, BR, CN, EP, HK, ID, IN, JP, KR, MY, MX, RU, SG, TW, VT | At Least One Of Two Ws(Write Strategy) | | ● | | |
| 35 | US 7342858 | DE, JP, KR | Variable Allocation Of Spare Area | | | | ● |
| 36 | US 7345970 | AU, BR, CA, CN, EP, HK, ID, JP, KR, MX, RU, SG, TW | Bit Position For Applicable Speeds | | ● | | |
| 37 | US 7360014 | KR | Replacement Between Primary Spare Area | | | | ● |
| 38 | US 7380159 | BR, CN, HK, EP, JP, KR | Defect Management For Defective Block | | | | ● |
| 39 | US 7380162 | BR, CN, HK, EP, JP, KR | Defect Management For Defective Block | | | | ● |
| 40 | US 7380178 | BR, CN, HK, EP, JP, KR | A Data Structure For Defect Management | | | | ● |
| 41 | US 7391688 | KR | Defect Management In File System | | ● | | |
| 42 | US 7415642 | CN, HK, KR | Defect Management Depending On Data | | ● | | ● |
| 43 | US 7623428 | CN,EP, JP, KR, TW | Formatting Status For Each Layer | | | ● | |
| 44 | US 7623430 | CN,EP, JP, KR, TW | Formatting Status And Last Written | | | ● | |
| 45 | US 7701819 | AU, BR, CN, EP, HK, ID, IN, JP, KR, MY, MX, RU, SG, TW, VT | At Least One Of Two Ws(Write Strategy) | | ● | | |
| 46 | US 8006308 | AU, BR, CA, CN, EP, IN, ID, JP, KR, MX, RU, TW | Flag Bit In Adip Or Control Data Zone | | | ● | |

LGE Confidential

July 27, 2012
Jeong Hwan Lee

BD Drive Essential Patents

| # | Patent number | Family | Technical Field | Format BD-ROM | Format BD-R/RE |
|---|---|---|---|---|---|
| 1 | US 5991250 | CN, JP, KR, NL | Lossless Linking | | ● |
| 2 | US 6069864 | KR | Write Strategy_Write Pulse Duration | | ● |
| 3 | US 6101162 | JP, KR | Background Formatting | | ● |
| 4 | US 6414923 | JP, KR | Stream Writing | | ● |
| 5 | US 6477126 | BR, CN, EP, JP, HK, KR | Selective Allocation Between Psa And Psa | | ● |
| 6 | US 6510114 | CN, KR | Variable Spare Area With Starting Point | | ● |
| 7 | US 6542450 | DE, JP, KR | Variable Allocation Of Spare Area In | | ● |
| 8 | US 6564293 | KR | Replacement Between Psa And Ssa | | ● |
| 9 | US 6564345 | CN, HK, KR | Defect Management For Real Time Data | | ● |
| 10 | US 6625094 | BR, CN, EP, JP, KR | Allocation Procedure For Real Time Data | | ● |
| 11 | US 6654330 | CN, KR | Variable Spare Area With Starting Point | | ● |
| 12 | US 6754860 | CN, HK, KR | Pba | | ● |
| 13 | US 6782488 | BR, CN, HK, EP, JP,KR | Defect Management | | ● |
| 14 | US 6788631 | KR | Variable Recording Capacity Information | | ● |
| 15 | US 6813107 | CN,KR | Layout Of Information Zone_Inner And | | ● |
| 16 | US 7016287 | KR | Modulation/Demodulation - 17Pp | ● | ● |
| 17 | US 7088648 | AU, BR, CA, CN, EP, ID, IN, JP, MX, RU, KR, TW | Linear Replacement + Dfl | | ● |
| 18 | US 7102989 | AU, BR, CA, CN, EP, HK, ID, IN, JP, KR, MX, RU, TW | Bca - Basic Information_Disc Id | ● | ● |
| 19 | US 7158463 | KR | Minimum T Length - Two Converters | | ● |
| 20 | US 7188271 | AU, BR, CA, CN, EP, HK, ID, IN, JP, KR, MX, RU, TW | Dma Fill-In Function | ● | ● |
| 21 | US 7196992 | EP, CN, JP, KR | Linking Frames And Identifier | ● | ● |
| 22 | US 7230901 | KR | Adip Word | | ● |
| 23 | US 7233550 | AU, BR, CA, CN, FP, IN, ID, JP, KR, MX, RU, TW | Dma Fill-In Time | | ● |
| 24 | US 7249233 | BR, CA, CN, EP, IN, JP, KR, MX, RU | Crd(Continuous Re-Allocated Defect) | | ● |
| 25 | US 7257075 | CN, ID, TW, JP, MX, IN, RU, AU, EP, BR, KR | Same Size'S Two Linking Frames (With | ● | |
| 26 | US 7266075 | CN, ID, TW, JP, MX, IN, RU, AU, EP, BR, KR | Linking Frames_Scrambling | ● | |
| 27 | US 7289404 | BR,CN, EP,IN, JP, KR, MX, RU, TW | Tdma1 / Tdma2 | | ● |
| 28 | US 7317670 | AU, BR, CA, CN, EP, ID, IN, JP, MY, MX, RU, TW, KR | Tai - Tdma Access Indicator | | ● |
| 29 | US 7327646 | JP, KR | Reduction Of Spare Area | | ● |
| 30 | US 7342857 | AU, BR, CN, EP, HK, ID, IN, JP, KR, MY, MX, RU, SG, TW, VT | At Least One Of Two Ws(Write Strategy) | | ● |
| 31 | US 7342858 | DE, JP, KR | Variable Allocation Of Spare Area | | ● |
| 32 | US 7352674 | EP, JP, KR | Wobble Structure | | ● |
| 33 | US 7355934 | AU, BR, CA, CN, EP, IN, ID, JP, KR, MX, RU, TW | Tdfl Pointer | | ● |
| 34 | US 7457210 | KR | Minimum T Length - Two Converters | ● | |
| 35 | US 7478288 | CN, EP, KR | Dfl Entry | | ● |
| 36 | US 7480764 | AU, CA, CN, EP, ID, IN, JP, MX, RU, TW, KR | Pac | ● | |
| 37 | US 7483349 | AU, BR, CA, CN, FP, IN, ID, JP, KR, MX, RU, TW | Tdma Area_Tdds + Tdfl | | ● |
| 38 | US 7483355 | AU, BR, CA, CN, EP, HK, IN, JP, MX, RU, TW, KR | P-Dfl In Dma After Finalization | | ● |
| 39 | US 7496005 | AU, BR, CA, CN, EP, IN, JP, MY, RU, TW | Pac | ● | |
| 40 | US 7499383 | KR | Spare Area Reduction | | ● |
| 41 | US 7500137 | CN, EP, IN, JP, MX, TW, KR | Low(Logical Overwrite) | | ● |
| 42 | US 7502288 | BR, CN, EP, IN, JP, KR, MY, RU, TW | Srm With Low (Logical Overwrite) | | ● |
| 43 | US 7505382 | CN, HK, JP, KR | Adip Word To Physical Sectors | | ● |
| 44 | US 7516273 | AU, BR, CA, CN, EP, IN, ID, JP, KR, MY, MX, RU, TW | Terminating Sequential Recording And | | ● |

LGE Confidential

July 27, 2012
Jeong Hwan Lee

BD Drive Essential Patents

| # | Patent number | Family | Technical Field | Format BD-ROM | Format BD-R/RE |
|---|---|---|---|---|---|
| 45 | US 7525889 | CN, ID, TW, JP, MX, IN, RU, AU, EP, BR, KR | Linking Frames_Dummy Data | ● | |
| 46 | US 7542395 | AU, BR, CA, CN, EP, IN, ID, JP, KR, MY, MX, RU, TW | Pfi (Physical Format Information) Order - | | ● |
| 47 | US 7542405 | CN, EP, JP, TW, KR | Linking Frames With Sync | ● | |
| 48 | US 7544891 | BR, CN, EP, ID, JP, TW, KR | Format Of The Space Bitmap | | ● |
| 49 | US 7570557 | AU, BR, CA, CN, EP, IN, ID, JP, KR, MY, MX, RU, TW | Disc Closing | | ● |
| 50 | US 7577080 | CN, ID, TW, JP, MX, IN, RU, AU, EP, BR, KR | Linking Frames_Scrambling | ● | |
| 51 | US 7594147 | CN, EP, JP, KR | Dfl Entry | | ● |
| 52 | US 7596064 | AU, BR, CA, CN, EP, IN, ID, JP, KR, MY, MX, RU, TW | Pfi (Physical Format Information) Order - | | ● |
| 53 | US 7613085 | BR, CN, EP, HK, IN, JP, KR, MX, RU, TW | Tdma1 / Tdma3 (Tdma/Dma Access | | ● |
| 54 | US 7613874 | CN, EP, KR | Low(Logical Overwrite) | | ● |
| 55 | US 7619961 | EP, CN, JP, KR | Linking Frames And Identifier | ● | |
| 56 | US 7630283 | AU, BR, CA, CN, EP, ID, JP, KR, RU, TW | Tdfl Repeat | | ● |
| 57 | US 7643390 | AU, BR, CA, CN, EP, ID, IN, JP, MX, RU, TW, KR | Tdma1 / Tdma2 | | ● |
| 58 | US 7663997 | AU, BR, CA, CN, EP, IN, ID, JP, KR, MY, MX, RU, TW | Previous Location Address | | ● |
| 59 | US 7668054 | AU, BR, CA, CN, FP, IN, ID, JP, KR, MX, RU, TW | Crd Entry | | ● |
| 60 | US 7675829 | BR, CN, EP, IN, JP, MY, RU, TW, KR | Srm With Low (Logical Overwrite) | | ● |
| 61 | US 7684293 | AU, BR, CA, CN, EP, IN, ID, JP, KR, MY, MX, RU, TW | Tdfl Rebuilding | | ● |
| 62 | US 7688697 | AU, BR, CA, CN, EP, ID, IN, JP, MX, RU, TW, KR | Bca_Di(Disc Information) _ Medium Type | ● | |
| 63 | US 7701819 | AU, BR, CN, EP, HK, ID, IN, JP, KR, MX, RU, SG, TW, VT | At Least One Of Two Ws(Write Strategy) | | ● |
| 64 | US 7706230 | CN, EP, IN, JP, MY, TW, KR | Class And Version Information | ● | |
| 65 | US 7742372 | BR, CN, KR, MX, TW | Defect Management | | ● |
| 66 | US 7764581 | AU, BR, CN, FP, IN, ID, JP, KR, MX, RU, TW | Spare Area Size | | ● |
| 67 | US 7765233 | CN, ID, JP, KR, MX, RU | Data Structure | | ● |
| 68 | US 7783829 | AU, BR, CA, CN, EP, IN, ID, JP, KR, MY, MX, RU, TW | Terminating Sequential Recording And | | ● |
| 69 | US 7813243 | AU, BR, CA, CN, EP, IN, ID, JP, KR, MX, RU, TW | Tdfl Pointer | | ● |
| 70 | US 7826320 | BR, CN, EP, ID, JP, TW, KR | Tdfl/Sbm With Tdds | | ● |
| 71 | US 7831986 | AU, BR, CA, CN, EP, IN, ID, JP, KR, MY, MX, RU, TW | Collision Free Disc Structure_Smooth | | ● |
| 72 | US 7849358 | CN, EP, JP, KR, MX, TW | Data Format | | ● |
| 73 | US 7911900 | AU, BR, CA, CN, EP, IN, ID, KR, MY, MX, RU, TW | Closing Session And Padding | | ● |
| 74 | US 7929391 | AU, BR, CA, CN, EP, ID, IN, JP, MX, RU, TW, KR | Tdma1 / Tdma2 | | ● |
| 75 | US 7936648 | BR, CN, EP, IN, JP, KR, MY, RU, TW | Srm With Low (Logical Overwrite) | | ● |
| 76 | US 7936649 | AU, BR, CA, CN, EP, ID, IN, JP, MX, RU, TW, KR | Crd Entry | | ● |
| 77 | US 7944783 | KR | Spare Area Reduction | | ● |
| 78 | US 7969841 | AU, BR, CA, CN, EP, IN, ID, JP, KR, MY, MX, RU, TW | Disc Closing | | ● |
| 79 | US 7978582 | AU, BR, CA, CN, EP, ID, IN, JP, MX, RU, KR | Disc Information | ● | |
| 80 | US 8045430 | AU, BR, CA, CN, EP, IN, ID, JP, KR, MX, RU, TW | Tdma Area_Tdds + Tdfl | | ● |
| 81 | US 8072853 | AU, BR, CA, CN, EP, IN, ID, JP, KR, MX, RU, TW | Tdfl Pointer | | ● |
| 82 | US 8085636 | BR, CN, EP, JP, KR, RU, TW | Class And Version Information | | ● |
| 83 | US 8107336 | AU, BR, CA, CN, EP, IN, ID, JP, KR, MY, MX, RU, TW | Previous Location Address - Flag | | ● |