# EXHIBIT C

Registered No. 2016-P 632

# CERTIFICATE



**CERTIFIED PUBLIC TRANSLATOR'S OFFICE**

**102-403 (Gyeonji-dong, Daeseong Skyrex) #95, Sambong-ro, Jongno-gu, Seoul, Korea 110-170**

(Commisson No. 14301088891, Jongno-gu Office Register No. 2015-8)

# Seoul Central District Court

# Bankruptcy Department No. 6

## DECISION

Case No. 2016 *Hoehap*100090 Rehabilitation

| Applicant and Debtor | Toshiba Samsung Storage Technology Korea Corporation<br><br>14th Fl. 102, Sinwon-ro 88 (Sin-dong, Digital Empire 2), Youngtong-gu, Suwon<br><br>Representative director Lee Joo Hyung |
|---|---|
| Legal representative | Choi, Hyo Jong, attorney at law |

## Order



Before the court makes the decision on commencement of Rehabilitation Procedures, Debtor shall not perform an act falling any of the followings without the prior written authorization of the court.

1.  The act of repaying or pledging as collateral any monetary debts accruing before 17:30 p.m. May 14, 2016;

2.  The act of selling any assets (including real property, automobiles, heavy equipment, patent and other property subject to registration), or assigning or transferring or pledging as collateral any assets, properties or leasehold right which value is KRW10 million or higher, except the sale of products and raw materials in the ordinary course of business

3.  The act of leasing assets for any purpose (including discount of notes)

4.  Hiring of employees other than required for production activities

## Grounds

The court hereby grants an order of preservation disposition on Debtor's business and assets as above pursuant to Article 43(1) of Debtor Rehabilitation and Bankruptcy Act.

Date: May 13, 2016

Chief judge Kim, Jung Man (seal)

Judge Shim, Tae Gyu (seal)

Judge Cha, Seung Hwan (seal)




# 서 울 중 앙 지 방 법 원

## 제 6 파 산 부

## 결              정

| | |
|---|---|
| 사        건 | 2016회합100090  회생 |
| 신 청 인 겸 | 도시바삼성스토리지테크놀러지코리아 주식회사 |
| 채   무   자 | 수원시 영통구 신원로 88, 102동 14층(신동, 디지털엠파이어2) |
| | 대표이사 이주형 |
| | 신청대리인 변호사 최효종 |



### 주         문

이 사건에 관하여 회생절차 개시신청에 대한 결정이 있을 때까지 채무자는 아래 1.
내지 4.의 각 행위를 하여서는 아니된다. 다만 미리 이 법원의 허가를 받았을 때에는
그 제한을 받지 아니한다.

1. 2016. 5. 13. 17:30 이전의 원인으로 생긴 일체의 금전채무에 관한 변제 또는 담보
   제공
2. 부동산, 자동차, 중기, 특허권 등 등기 또는 등록의 대상이 되는 채무자 소유의 일
   체의 재산 및 1,000만 원 이상의 기타 재산에 관한 소유권의 양도, 담보권·임차권
   의 설정 기타 일체의 처분(그러나 계속적이고 정상적인 영업활동에 해당하는 제품,
   원재료 등의 처분행위는 예외)
3. 명목 여하를 막론한 차재(어음할인 포함)
4. 노무직, 생산직을 제외한 임직원의 채용

### 이         유

채무자 업무 및 재산에 관하여 보전처분을 명함이 상당하므로, 채무자 회생 및 파산




에 관한 법률 제43조 제1항에 의하여 주문과 같이 결정한다.

2016. 5. 13.

재판장    판사    김정만    

판사    심태규    

판사    차승환        

위 번역문은 원문과 상위없이
번역 되었음을 서약합니다

I swear that the attached translation is true
to original

2016년 06월 28일

June 28th, 2016

번역 행정사:

Signature: *Yun Ok Park*

등부 2016년 제 P 632

Registered No. 2016-P 632

## 증 명 서

## Certificate

위 번역문은 본인이 상기와 같이
원본과 상위없이 번역 하였기에
행정사법 제 20조 2항에 의거
번역사실 증명서에
서명 날인 하였다

The attached document was translated by me
and further certify that the translation
is accurate to the original and subscribed
my name in accordance with Paragraph 2,
Article 20 of Code of Korea Administrator

2016년 06월 28일
사무소에서 위 증명을 한다.

This is hereby confirmed on this 28th day
of June 2016 at the office.

번역행정사 박윤옥
비즈트랜스 번역행정사사무소

Certified Public Translator Yun-ok Park
Biztrans Certified public translator's office

대한민국 서울특별시 종로구
삼봉로 95, 102동 403호
(견지동, 대성스카이렉스)

102-403 (Gyeonji-dong, Daeseong Skyrex)
#95, Sambong-ro, Jongno-gu, Seoul, Korea 110-170

행정자치부
종로구청 인가
외국어번역행정자 박윤옥
자격증번호 : 1430108891
전화 : 02-733-1135

Certified by Ministry of
Government Administration and Home Affairs
Certified Public Translator  Yun-ok Park
(Commission No. : 14301088891)
T : 82-2-733-1135