# EXHIBIT E

**Registered No. 2016-P 629**

# CERTIFICATE



**CERTIFIED PUBLIC TRANSLATOR'S OFFICE**

**102-403 (Gyeonji-dong, Daeseong Skyrex) #95, Sambong-ro, Jongno-gu, Seoul, Korea 110-170**

**(Commisson No. 14301088891, Jongno-gu Office Register No. 2015-8)**

## Seoul Central District Court

## Bankruptcy Department No. 6

## DECISION

Case No. 2016 *Hoehap*100090 Rehabilitation

| Debtor | Toshiba Samsung Storage Technology Korea Corporation |
| --- | --- |
|  | 14th Fl. 102, Sinwon-ro 88 (Sin-dong, Digital Empire 2), Youngtong-gu, Suwon |
| Custodian | Cho, Dae Sung |

### Order



1. The custodian shall obtain the permission from this Court before performing an act that falls under any of the following Paras.

   (1) Disposing of, assigning or transferring ownership of assets that are subject to registration or recording (including real property, automobiles, heavy equipment, patent and other properties), or pledging as collateral such assets, properties or leasehold right;

   (2) Selling, assigning or transferring or pledging as collateral any assets, properties or leasehold right which value is KRW30 million or higher, except the sale of products and raw materials in the ordinary course of business which shall be separately reported to the Court every month via Monthly Report;

   (3) Acquiring any assets by transfer which value is KRW30 million or higher;

   (4) Spending on each expenditure item exceeding KRW30 million (however, any repayment to rehabilitation creditors and rehabilitation secured creditors in the amount less than KRW30 million shall be approved by the Court.), except taxes and dues including national tax, local tax, utility service (electricity, water, gas, telephone) charges, national pension premium, handicapped employment levy, vocational training levy, and development level, and public interest claims including health insurance premium, unemployment insurance premium, and workers' compensation insurance premium, which shall be separately reported to the Court every month;

   (5) Executing any contract or incurring any binding obligation including donation, sale, purchase, exchange, borrowing of funds, lease, employment, sub-contracting, delegation, and deposit placement;

   (6) Leasing assets including the borrowing of any funds for any purpose or in any manner;

   (7) Establishing checking account, receiving or issuing promissory notes or checks;

1

(8) Cancelling or terminating any contract pursuant to the provisions of Article 119;Article 119 of Debtor Rehabilitation and Bankruptcy Act ("DRB Act");

(9) Filing a lawsuit, appointing a legal representative, making a compromise or concluding any arbitration agreement, except the provisional seizure and provisional disposition of debtors' assets to recover claims and receivables, the status of which shall be reported to the Court every 3 month via Quarterly Report;

(10) Appointing key managerial positions, and determination of their remuneration;

(11) Relinquishing any rights;

(12) Withdrawing an objection to rehabilitation claims and rehabilitation security rights;

(13) Approving public-interest claims or rights of re-acquisition;

(14) Custodian's transaction with the Debtor for the benefit of himself or a third party;

(15) Dismissing employees for managerial issues; and

(16) Capital decrease, issuance of new shares or bonds, merger, dissolution, change of organization, distribution of profits or interest, and any other manners not belonging to the ordinary business

2. The court hereby delegate the services for rendering permissions ("Service") for the matters set forth in Paras (2) through (5), and Paras (7) through (10), to Kim Dong Il, Kim Gyu Hwan, and Jin Chan Hee, who are members of the Custodial Committee. Kim, Dong Il is authorized to provide the Service on his own. If Kim Dong Il is unable to perform the Service for any reason, Kim, Gyu Hwan shall provide the Service on his behalf. If Kim, Gyu Hwan is unable to perform the Service for any reason, Jin, Chan Hee shall provide the Service on his behalf. Provided, however, the permission for the following shall not be delegated:

(1) Acquisition of business of a third party under Para (3)

(2) Repayment of rehabilitation claims and rehabilitation secured rights under Para (4)

(3) Determination of initiating a lawsuit or appealing to a high court, appointment of legal representative, withdrawal of lawsuit or appeal, settlement, compromise, waiver of claims, filing of an objection to the court decision in lieu of mediation or acceptance of the compromise or the mediation as recommended by the court

(4) Appointment of officers and determination of their remunerations under Para (10)

3. The custodian shall submit an inventory of the Debtor's assets and balance sheet prescribed in Article 91 of DRB Act and Inspection Report prescribed in Article 92 of DRB Act by August 10, 2016.

4. The custodian shall prepare and submit the Monthly Report on the current state of the management of the Debtor's business and assets and other matters required by the Court by the 20th day of each month. However, the Quarterly Report shall be accompanied by the balance sheet and statement of profit/loss of the Debtor.

5. The custodian shall prepare and submit the annual financial statements, current statusstate of the Debtor and the Annual Report to the Court within 3 months from the end of each business year,-. However, the current status of the Debtor and the Annual Report to be submitted in starting from the year to which the date of decision to commence rehabilitation procedures belongs shall be submitted within 2 months from the commencement order.-

## Grounds

The court hereby issue an order as above pursuant to Articles 61, 18, 91, 92 and 93 of Debtor Rehabilitation and Bankruptcy Act.

Date: June 16, 2016 11:00 a.m.

Chief judge Kim Jung Man (seal)

Judge Shim Tae Gyu (seal)

Judge Cha Seung Hwan (seal)



3

# This is a transcript.

June 16, 2016

Seoul Central District Court

Court Secretary Kang Ho Sung (Seal) 

※ You can check the authenticity of this document either by referring to the document number on the computer monitors placed in the Customer Service Center of each court, or by inquiring the judges about the document number indicated below.

4

# 서 울 중 앙 지 방 법 원

## 제 6 파 산 부

### 결        정

사      건        2016회합100090  회생

채  무  자        도시바삼성스토리지테크놀러지코리아 주식회사
수원시 영통구 신원로 88, 102동 14층(신동, 디지털엠파이어2)

관  리  인        조대성



## 주    문

1. 관리인이 다음의 각 행위를 함에는 이 법원의 허가를 얻어야 한다.

   가. 부동산·자동차·중기·특허권 등 등기 또는 등록의 대상이 되는 일체의 재산에 대한 소유권의 양도, 담보권·임차권의 설정 기타 일체의 처분행위.

   나. 시가 3,000만 원 이상의 재산에 대한 소유권의 양도, 담보권·임차권의 설정 기타 일체의 처분행위. 다만, 계속적이고 정상적인 영업활동에 해당하는 상품, 제품, 원재료 등의 처분행위는 예외로 하나, 매월(월간보고서) 그 거래 내역을 보고해야 한다.

   다. 3,000만 원 이상의 재산의 양수.

   라. 항목당 3,000만 원 이상의 금원지출. 다만, 회생담보권 및 회생채권에 대한 변제는 3,000만 원 미만의 금원지출도 포함하고, 반면 국세, 지방세, 전기료, 수도료, 가스료, 전화료, 국민연금, 장애인고용분담금, 직업훈련분담금, 개발부담금 등 제세공과금과 건강보험료, 고용보험료, 산재보험료 중 공익채권에 해당하는 지출은 제외하나, 매월(월간보고서) 그 지출상황을 보고하여야 한다.

   마. 3,000만 원 이상의 지출이 예상되는 증여, 매매, 교환, 소비대차, 임대차, 고용, 도급, 위임, 임치 등 계약의 체결 또는 의무부담행위.

   바. 명목이나 방법 여하를 막론한 차재.

- 1 -

사. 어음·수표계좌의 설정, 어음·수표용지의 수령 및 발행행위.

아. 채무자 회생 및 파산에 관한 법률 제119조에 의한 계약의 해제 또는 해지.

자. 소의 제기, 소송대리인의 선임, 화해 기타 일체의 소송행위. 다만, 미수채권회수를 위하여 상대방의 물건 및 채권에 대하여 하는 가압류·가처분 신청행위는 제외하되, 다만 매 3개월(분기보고서) 그 가압류·가처분 상황을 법원에 보고하여야 한다.

차. 과장급 이상의 인사 및 보수결정.

카. 권리의 포기.

타. 회생담보권, 회생채권 등에 대한 이의의 철회.

파. 공익채권과 환취권의 승인.

하. 관리인의 자기 또는 제3자를 위한 채무자와의 거래.

거. 경영상 이유에 의한 근로자의 해고.

너. 자본의 감소, 신주나 사채의 발행, 합병, 해산, 채무자의 조직변경이나 계속 또는 이익이나 이자의 배당 기타 상무에 속하지 아니하는 행위.

2. 관리인이 이 법원의 허가를 얻어야 할 수 있는 위 각 목의 행위 중 '나'목 내지 '마'목, '사'목 내지 '차'목에 대한 허가사무를 이 법원 관리위원회 소속 관리위원 김동일, 김규환, 진찬희에게 위임한다. 위임받은 허가사무는 위 관리위원 중 김동일 관리위원이 단독으로 이를 처리하되, 김동일 관리위원이 유고가 있는 경우에는 김규환 관리위원이 이를 처리하고, 김규환 관리위원이 유고가 있는 경우에는 진찬희 관리위원이 이를 처리한다. 다만, 아래의 행위에 대한 허가사무는 위임하지 아니한다.

가. '다'목 중 제3자의 영업의 양수.

나. '라'목 중 회생담보권 및 회생채권의 변제.

다. '자'목 중 소 및 상소의 제기 여부의 결정, 소송대리인의 선임, 소 및 상소의 취하, 조정, 화해, 청구의 포기·인낙, 소송탈퇴, 조정을 갈음하는 결정에 대한 이의신청 여부 및 화해권고결정에 대한 이의신청 여부의 결정.

라. '차'목 중 임원의 인사 및 보수결정.

3. 채무자 회생 및 파산에 관한 법률 제91조의 규정에 의한 재산목록과 대차대조표의 제출기간, 제92조의 규정에 의한 조사보고서의 제출기간을 각 2016. 8. 10.까지로

등록자:심태규, 등록일시:2016.06.16 16:56, 출력자:최효종, 다운로드일시:2016.06.16 17:11

한다.

4. 관리인은 회생절차 개시결정일로부터 매월 채무자의 업무 및 재산의 관리상태 기타 부수사항에 관한 보고서(월간보고서)를 작성하여 다음 달 20일까지 이 법원에 제출하여야 한다. 다만, 매 3개월째의 보고서(분기보고서)에는 대차대조표 및 손익계산서 등본을 첨부하여야 한다.

5. 관리인은 회생절차 개시결정일로부터 매년 채무자의 결산보고서, 채무자 현황 및 연간보고서를 작성하여 매년 회계연도 종료일로부터 3월 이내에 이 법원에 제출하여야 한다. 다만 개시결정일이 속하는 당해 연도에 제출하여야 할 채무자 현황 및 연간보고서는 개시결정일로부터 2월 이내에 제출하여야 한다.

이    유

채무자 회생 및 파산에 관한 법률 제61조, 제18조, 제91조, 제92조, 제93조에 의하여 주문과 같이 결정한다.

2016.  6.  16.  11:00

재판장    판사        김정만

판사        심태규

판사        차승환

- 3 -

등록자:심태규, 등록일시:2016.06.16 16:56, 출력자:최효종, 다운로드일시:2016.06.16 17:11

# 등본입니다.

2016. 6. 16.

서울중앙지방법원 

법원사무관  강호성 

※ 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급번호조회 메뉴를
이용하거나, 담당 재판부에 대한 문의를 통하여 이 문서 하단에 표시된
발급번호를 조회하시면, 문서의 위,변조 여부를 확인하실 수 있습니다.

등록자:심태규, 등록일시:2016.06.16 16:56, 출력자:최효룡, 다운로드일시:2016.06.16 17:11

위 번역문은 원문과 상위없이
번역 되었음을 서약합니다

I swear that the attached translation is true
to original

2016년 06월 28일

June 28th, 2016

번역 행정사 :

Signature: *Yun Ok Park*

---

등부 2016년 제 P  629

Registered No. 2016-P  629

증 명 서

Certificate

위 번역문은 본인이 상기와 같이
원본과 상위없이 번역 하였기에
행정사법 제 20조 2항에 의거
번역사실 증명서에
서명 날인 하였다

The attached document was translated by me
and further certify that the translation
is accurate to the original and subscribed
my name in accordance with Paragraph 2,
Article 20 of Code of Korea Administrator

2016년 06월 28일
사무소에서 위 증명을 한다.

This is hereby confirmed on this 28th day
of June 2016 at the office.

번역행정사 박윤옥
비즈트랜스 번역행정사사무소

Certified Public Translator Yun-ok Park
Biztrans Certified public translator's office

대한민국 서울특별시 종로구
삼봉로 95, 102동 403호
(견지동, 대성스카이렉스)

102-403 (Gyeonji-dong, Daeseong Skyrex)
#95, Sambong-ro, Jongno-gu, Seoul, Korea 110-170

행정자치부
종로구청 인가
외국어번역행정사 박윤옥
자격증번호 : 1430108891
전화 : 02-733-1135

Certified by Ministry of
Government Administration and Home Affairs
Certified Public Translator  Yun-ok Park
(Commission No. : 14301088891)
T : 82-2-733-1135