# EXHIBIT F

**Registered No. 2016-P 682**

# CERTIFICATE



**CERTIFIED PUBLIC TRANSLATOR'S OFFICE**

**102-403 (Gyeonji-dong, Daeseong Skyrex) #95, Sambong-ro, Jongno-gu, Seoul, Korea 110-170**

**(Commisson No. 14301088891, Jongno-gu Office Register No. 2015-8)**

## Application for Commencement of the Rehabilitation Procedures

| | |
|---|---|
| Applicant and Debtor | Toshiba Samsung Storage Technology Korea Corporation |
| | 14th Fl. 102, Sinwon-ro 88 (Sin-dong, Digital Empire 2), Youngtong-gu, Suwon |
| | Representative director Lee Joo Hyung |
| Legal representative | Choi Hyo Jong |
| | 8th fl, 325 Bongeunsa-ro (Lime Tower, Nonhyeon-dong), Seoul |
| | Cell phone: 010-8650-2298 |
| | Tel: |
| | Fax: |
| | E:mail: hyojongc@naver.com |

**Purposes of the application**

We hereby request the court order that "the Rehabilitation Procedures be commenced for Debtor."

## 1. Information on Debtor

### A. Business objectives

Toshiba Samsung Storage Technology Korea Corporation (shortly TSST Korea Corp., and hereinafter referred to as "Debtor") is a stock company engaged in the business of research & development, manufacture, sale, export/import and provision of operation and maintenance technology service for optical disc devices ("ODD"), and the application equipment and related parts.

*See Appendix 1 (Corporate Registry) and Appendix 2 (Articles of Incorporation)*

### B. History

Debtor started business as CD-ROM R&D team in AV department of Samsung Electronics Co., Ltd. ("SEC") in March 1994 and was officially established as a joint venture company between SEC and Toshiba of Japan on January 29, 2004.

| | |
|---|---|
| March 1994 | Started up as CD-ROM R&D team in AV department of Samsung Electronics Co., Ltd. Released 2X CD-ROM (H/H) in December 1994 |

1

| July 1998 | Concluded contracts with the worldwide PC OEM customers (Dell, Compaq) |
| November 1999 | Ranked 2nd with 10.7% market share in the ODD industry |
| December 2000 | Achieved annual sales of US$1.5 billion |
| April 2003 | MOU concluded between Samsung Electronics and Toshiba for the joint venture of ODD business |
| January 2004 | TS Storage Technology Korea Co., Ltd incorporated[1] |
| March 2004 | Corporate name changed to Toshiba Samsung Storage Technology Korea Corporation |
| April 2004 | Started operation |
| May 2006 | Released the world first  DVD-Writer 18X with DVD-RAM 12X Writable released |
| November 2008 | Relocated the Head Office (Digital Empire 2, Sin-dong, Suwon) |
| March 2010 | Achieved annual sales of KRW2.1 trillion (for 2009) |
| December 2011 | Ranked 1st in the industry |
| April 2014 | Capital injection from SEC/Toshiba (KRW80 billion), and new equity investment by Optis (KRW5 billion or 49.9%)[2] |
| September 2014 | Acquired Hajen and established TSST Global, Inc  as a wholly-owned subsidiary |
| April 2015 | Established TSST Networks, Inc as a wholly-owned sub-subsidiary |
| April 2015 | Acquired KEAS as a wholly-owned sub-subsidiary |

## C.  Head office, Branches, Offices

Debtor is headquartered at 14th Fl. 102, Sinwon-ro 88 (Sin-dong, Digital Empire

---

[1] Debtor was incorporated as a wholly-owned subsidiary of Toshiba Samsung Storage Technology Corp., a Japanese corporation established as a joint venture company between duly incorporated in Japan as a joint venture company between Toshiba Corp. (50.1%) and SEC (49.9%).

[2] In 2014, Optis Co., Ltd acquired all of SEC's equity interest (49.9%) in Toshiba Samsung Storage Technology Corp., the parent company of Debtor

2), Youngtong-gu, Suwon. Debtor has no branch offices. Debtor's business registration number is 124-86-17441.

*See Appendix 3 (Business Registration Certificate).*

### D.   Capital Stock and Shareholders

(1) Total number of issued and outstanding shares

The total number of authorized shares to be issued by Debtor is 1,000,000,000 shares, out of which a total of 2,145,713 common shares (par value KRW5,000 per share) have been issued as of the date of this application. In addition, Debtor issued convertible bonds with the aggregated face value of KRW4,823,222,500 (for the conversion price of KRW5,000 per share) on July 29, 2015, which will mature on July 29, 2020. The period in which holders of convertible bonds are entitled to make a claim for conversion is from July 29, 2015 through July 28, 2029

(2) Shareholders

The shareholders of Debtor as of the date of this application consist of the following. *See Appendix 4 (Register of Shareholders)*

| Shareholders | Number of shares held | Amount (KRW) | Shareholding % |
|---|---|---|---|
| Toshiba Samsung Storage Technology Corp | 1,075,002 | 5,375,010,000 | 50.1 |
| Optis Co., Ltd. | 1,070,711 | 5,353,555,000 | 49.9 |
| Total | 2,145,713 | 10,728,565,000 | 100.0 |

(3) Unlisted Company



Debtor is not listed on the stock exchange market.

### E.  Officers, Employees, Organization Chart

As of the date of application, the following 5 persons[3] are registered as officers of Debtor.

---

[3] *The number of registered officers on the Corporate Registry presented as Evidence No.1 is seven, of which two registered directors (Whang In Wook and Lee Jae Soo) had resigned immediately prior to filing of this application.*

| Position | Name | Date of appointment | Duties |
|---|---|---|---|
| Representative director | Lee, Joo Hyung | Dec. 24, 2015 | CEO |
| Director (Non-standing) | Ji, Hyun Ki | Jun 26, 2015 | Non-standing (appointed by SEC) |
| Director (Non-standing) | Suzuki Hiroshi | Jun 26, 2015 | Non-standing (appointed by Toshiba) |
| Auditor | Sgihara Horiaki | Jun 26, 2015 | Non-standing (appointed by Toshiba) |
| Auditor | Huh, Gil Young | Jan 10, 2013 | Non-standing (appointed by SEC) |

As of the date of application, the total number of employees of Debtor is 274 who are assigned roles and responsibilities under the following organization chart.

Updated on 2016. 5. 1



4

Updated on 2016.05.01



## F. List of Affiliated Companies

The affiliated companies of Debtor are as follows. For detailed information, see Appendix 5 (Company Information).

| Company name | Relationship | Business lines | Remarks |
|---|---|---|---|
| Samsung Electronics Co., Ltd./ Toshiba Corporation | Grandparent companies[4] | Manufacture and sale of electronic products | |
| Toshiba Samsung Storage Technology Corp | Parent company (50.1%) | Manufacture and sale of ODD | joint venture between SEC and Toshiba |
| Optis Co., Ltd. | Parent company (49.1%) | Manufacture and sale of optical | Acquired equity interest in Debtor from SEC in Apr |

---

[4] *Toshiba Samsung Storage Technology Corp is a Japanese corporation incorporated as a JVC between SEC (49.9%) and Toshiba (50.1%).*

| | | products | 2014 |
|---|---|---|---|
| Hajen, Inc. | Subsidiary (100%) | Manufacture and sale of car audio products | Acquired in Sep 2014 |
| TSST Global, Inc | Subsidiary (100%) | Manufacture and sale of portable batteries | Established in Sep 2014 |
| TSST Networks, Inc | Sub-subsidiary (100%) | Manufacture and sale of IP cameras | Established in Apr 2015 |
| KEAS, Inc. | Sub-subsidiary (100%) | Manufacture and sale of Bluetooth speakers | Acquired in Apr 2014 |

## G. Litigation

No legal proceedings including provisional seizure or disposition remain against Debtor in the Korean court. However, there are 4 litigations pending in the US court for infringement of intellectual property rights and Debtor is involved in a total of 15 antitrust litigations in the US, Canada, EU and Taiwan. The list of such litigations is attached hereto as Appendix 6 (List of Litigations concerning infringement of intellectual property rights) and Appendix 7 (List of Antitrust litigations in foreign countries)

## H. Labor Union and Rules of Employment

As of the date of this application, Debtor has a labor union called "TSST Labor Union" which is organized under the Korean Confederation of Trade Unions, and acts as the sole representative of workers of Debtor. The labor union has membership of 176 workers out of a total of 274 employees.

*See Appendix 8 (Collective Bargaining) and Appendix 9 (Rules of Employment).*

## I. Main creditor bank

Creditor banks of Debtor include KEB Hana Bank (formerly KEB), Woori Bank, and Shinhan Bank, of which KEB Hand Bank is the main creditor bank.

## J. Working capital requirements

Debtor requires approximately KRW3billion as working capital per month including selling and general administrative expenses.

## K. Independent auditor and auditor's opinion.

Ernst & Young Hanyoung has served as an independent auditor of Debtor for the latest 3 years. The fiscal year of Debtor commences on April 1 and ends on March

6

31 of each year. The independent auditor expressed an unqualified opinion on the financial statements for the fiscal year ended on March 31, 2015 in its auditor's report dated July 1, 2015. *See Appendix 7 (Independent Auditor's Report).*

## 2. Business Status of Debtor

### A. Summary of the Business

Debtor was established as a joint venture company between Samsung Electronics ("SEC") of Korea and Toshiba of Japan, for the purpose of development, manufacture and sale of ODD and related parts. A significant portion of Debtor's products are sold to SEC and its affiliated companies.

### B. Business Status of Debtor

#### (1) ODD Market in general

ODD(Optical Disk Drive) is a disk drive that uses laser light or electromagnetic waves within or near the visible light spectrum as part of the process of reading or writing data to or from optical discs, and is commonly used in computers to read software and consumer media distributed on CD/DVD-ROM computer drivers to record discs for archival and data exchange purposes.

The first laser disc stored the video signal as an analog format. The first digitally recorded optical disc was a 5-inch audio compact disc (CD) in a read-only format (CD-R), which was commonly used throughout 1990's. As rewritable CD-RW, DVD-RW, BD[5]-RE media became widely available, floppy disk drives, were made obsolete and the vast majority of computers and much consumer entertainment hardware have optical writers which are cheap and have vastly higher capacity to handle the large files used since the days of floppy discs.

At the turn of the century, Debtor and the ODD industry as a whole enjoyed a great boom and reported huge profits in the latter part of 2000s thanks to the increasing demand for new PC including netbook and other electronic appliances incorporating ODD, development of next generation ODD supporting DVD, and the exits of Plextor, a leading developer and manufacturer of high-performance ODD, from the market for consumer CD and DVD products in 2007.



However, CD-ROM began to give way to high-capacity, small, and inexpensive USB flash drives in lab-top computers in the latter part of 2000. The global PC industry has been on a downward trend since 2000 as smartphones' penetration continues to grow. Tablets are replacing the need for a notebook for a number of tech-forward, mobile workers. And now large size smartphones (i-Pad) are taking the place of tablets. In addition, cloud computing and storage solutions provide users with various capabilities to store and process their data in third-party data centers. It relies on sharing of resources to achieve coherence and economy of scale, similar to a utility (like the electricity grid) over a network.

Although the global demand for optical storage disc market is declining as a result of

---

[5] *Blueray Disk*

rapid adoption of new technologies such as cloud storage, there remains a market for ODD as it offer a higher data reliability than USB memory. ODD is particularly preferred in installing OS (Operating System) as OS is not easy to boot from USB. More recently, external CD / DVD drives are commercially available and offered to consumers as an alternative to internal drives.

The global ODD manufacturers include Debtor, HLDS(Hitachi-LG Data Storage), a JVC between LG Electronics of Korea and Hitachi, and PLDS(Philips & Lite-ON Digital Solutions), a JVC between Lite-On of Taiwan and Philips of Netherlands. HLDS, the largest competitor of Debtor, suffered huge deficits and capital erosion in equity in 2015, reflecting the deepening ODD industry slump.

**(2) Performance of Debtor**

Debtor started its operation as CD-ROM R&D team in AV department of Samsung Electronics Co., Ltd.. in 1994 and enjoyed a significant growth in a short period of time. Debtor became ranked second in the market share and achieved sale revenue of USD1.5 billion in 2000, emerging as the global leader in the highly-competitive optical storage industry.

However, the profitability of the business did not grow as much as sales because, Debtor had to pay a substantial portion of its revenue to Toshiba as royalty for patents incorporated in the components of ODD developed by SEC's CD-ROM Business Division. In the meantime, Toshiba did not have the manufacturing facilities to manufacture ODD on its own.

Consequently, SEC and Toshiba agreed to establish a JVC called Toshiba Samsung Storage Technology Corp. in Japan at the shareholding ratio of 50.1% (Toshiba) and 49.9% (SEC), and to establish a wholly-owned subsidiary (Debtor) in Korea through the JVC on January 29, 2004, in order to improve cost-competitiveness without having to pay royalty.

Since its incorporation, Debtor has offered the most competitive optical storage products and total solutions to the market based on its source technology and global marketing capability. Debtor took advantage of its competitive technology and marketing capability, to enjoy an average annual growth of 20% and built a strong market base (70% market share) in a short period of time, During the business year from April 2009 to March 2010, Debtor achieved all-time high annual sales of KRW2.1 trillion.

After the peak in 2010, both the revenue and profit began to decline in 2010 as the global demand for optical storage disc market is declining as a result of rapid adoption of new technologies. During the business year from April 2012 to March 2013, the sales dropped below KRW 1 trillion to KRS996.8 billion with the operating loss of KRW75.8billion and a net loss of KRW 70.2 billion. After years of disappointing performance of Debtor, SEC (the largest shareholder of Debtor) decided to pull out of the ODD business in March 2014 by providing for the last time, KRW80 billion as working capital and selling all of its equity interest in Debtor. Under the withdrawal plan, SEC sold Toshiba Samsung Storage Technolgy Corp.'s 49.9% stake in Debtor that it owned at KRW5 billion to Optis Co., Ltd., a Korean contract manufacturer that made products for Debtor, By 2017, Optis will acquire the remaining 50.1% of Debtor, taking full control of the business.

During this process, a substantial portion of employees out of 250 who were "involuntarily" transferred to Debtor by SEC strongly protested against SEC's decision to sell Debtor to Optis. They staged a protest rally in front of the SEC head office building, requesting that they be re-transferred to SEC and filed a petition that they should be regarded as employees hired by SEC. However, the Seoul Central District Court ruled against the workers (SCDC 2014gahap530179) on June 25, 2015. The workers subsequently appealed to the Seoul High Court (SHC 2015na2038666). The High Court will make the decision on May 13, 2016.

As Debtor lost its status as a subsidiary of SEC in April 2014, Debtor had to stand on its own feet without any support from SEC. For this purpose, Debtor has established a plan to re-achieve an annual sale target of KRW1 trillion by 2020 and transform itself into an integrated electronic part supplier through M&A and product diversification.

As the first step to achieve such purpose, Debtor acquired Hajen, an automotive audio and speaker manufacturer in Korea, and established TSST Global as a wholly-owned subsidiary in October 2014 in order to enter into portable batteries and Bluetooth speaker businesses, which will serve as a new growth driver as these products become essential peripheral devices with the explosive growth of worldwide smartphone market. In April 2015, Debtor established TTST Networks and acquired KEAS to explore new growth opportunities.

**(3) New Products**

In addition to the existing ODD business, Debtor keeps exploring new business opportunities by commercializing new products including portable batters in 2014 and Tablet PC and BA (Balanced Armature) and BA-embedded earphones in 2016. Debtor is also undertaking R&D activities to develop and commercialize Pico Project, BA-embedded Bluetooth headset, automotive components including rear vision camera for vehicles.

**C. Major Customers**

As of the date of application, Debtor has about 100 customers. The details of transactions with customers will be provided at a later stage during the questioning procedures.

**D. Intellectual Property Rights**

The intellectual property rights including patent and trademark owned by Debtor as of the date of this application are as follows: (total 1568 patents and 85 trademarks)

| | Name and contents | Registration No, | Applicant | Date of registration |
|---|---|---|---|---|
| 1 | (Korea) Vibration absorption damper for ODD & 425 others | 10-0188959 | SEC | 1999-01-14 |
| 2 | (US) Pulse width control apparatus for Optical disk & 497 others | US 5574707 | Kabushiki Kaisha Toshiba | 1996-11-12 |

| 3 | (China)　　控制激光二极管功率的方法和设备 and 198 others | 001154013 | SEC | 2004-06-16 |
| 4 | (Japan) 光ピックアップ装置用のアクチュエーター and 199 others | JP 2718919 | SEC | 1997-11-14 |
| 5 | (Overseas　–　others)　ELECTRONIC EQUIPMENT AND DISC REPRODUCING DEVICE & 244 others | EP 0650166 | Kabushiki Kaisha Toshiba | 2000-01-05 |
| 6 | (Korea) TSST logo and 10 others | 40-1139075 | TSST Korea | 2015-10-28 |
| 7 | (Overseas) TruDirect and 73 others | US 3459113 | TSST Korea | 2008-07-01 |

## 3.  Assets, Liabilities, and Shareholders' Equity of Debtor

### A.  Assets, Liabilities, and Capital of Debtor

#### (1) Assets

As of the date of this application, the total assets of Debtor are KRW64,762,374,176. The following table shows the changes in the assets of Debtor for the last 5 years. The assets have decreased steadily over the last 5 years due to the declining sales.

*See Appendix 10 (Provisional financial statements for 2016), Appendix 11 (Independent Auditor's Report for the Financial Statements for 2014), and Appendix 12 (Independent Auditor's Report for the Financial Statements for 2013).*

| | | | | | (in Korean Won) |
|---|---|---|---|---|---|
| | 2016. 3. 31 | 2015. 3. 31 | 2014. 3. 31 | 2013. 3. 31 | 2012. 3. 31 |
| Current assets | 33,271,600,838 | 91,170,154,343 | 98,107,581,114 | 183,359,893,365 | 326,620,853,654 |
| Non-current assets | 31,490,773,338 | 56,257,655,939 | 65,360,526,068 | 44,169,213,531 | 49,223,140,697 |
| Total assets | 64,762,374,176 | 147,427,810,282 | 163,468,107,182 | 227,529,106,896 | 375,843,994,351 |

#### (2) Liabilities



As of the date of this application, the total liabilities of Debtor are KRW91,163,265,057. The following table shows the changes in the liabilities of Debtor for the last 5 years. See Appendix 10 (Provisional financial statements for 2016), Appendix 11 (Independent Auditor's Report for the Financial Statements for 2014), and Appendix 12 (Independent Auditor's Report for the Financial Statements for 2013).

| | | (in Korean Won) |
|---|---|---|
| | | |

|  | 2016. 3. 31 | 2015. 3. 31 | 2014. 3. 31 | 2013. 3. 31 | 2012. 3. 31 |
|---|---|---|---|---|---|
| Current liabilities | 86,649,662,302 | 120,015,246,988 | 131,612,069,899 | 169,475,545,943 | 234,871,656,558 |
| Non-current liabilities | 4,513,602,755 | 2,456,483,671 | 3,166,391,207 | 885,599,640 | 12,293,082,798 |
| Total liabilities | 91,163,265,057 | 122,471,730,659 | 134,778,461,106 | 170,361,145,583 | 247,164,739,356 |

### (3) Shareholders' Equity of Debtor

As of the date of this application, the total shareholders' equity of Debtor has been fully eroded at (-)26,400,890,881. The following table shows the changes in the shareholders' equity of Debtor for the last 5 years. See Appendix 10 (Provisional financial statements for 2016), Appendix 11 (Independent Auditor's Report for the Financial Statements for 2014), and Appendix 12 (Independent Auditor's Report for the Financial Statements for 2013).

|  |  |  |  |  | (in Korean Won) |
|---|---|---|---|---|---|
|  | 2016. 3. 31 | 2015. 3. 31 | 2014. 3. 31 | 2013. 3. 31 | 2012. 3. 31 |
| Shareholders' equity | (26,400,890,881) | 24,956,079,623 | 28,689,646,076 | 57,167,961,313 | 128,679,254,995 |

### B. Liabilities in excess of assets

The provisional financial statements of Debtor as of March 31, 2016 (Appendix 10) shows that the total liabilities (KRW 91,163,265,057) exceed total assets (KRW64,762,374,176, which may be even lower if reflecting the recoverability of trade receivables) by KRW 26,400,890,881.

Therefore, Debtor is presumed to have one of the grounds for filing an application for commencement of rehabilitation procedures, because "it is feared that bankruptcy may accrue to the debtor" as provided in Article 34(1)2 of Debtor Rehabilitation and Bankruptcy Act ("DRB Act") and "the total amount of its liabilities exceeds the total amount of its assets, such corporation may be declared bankrupt" as provided in Article 360(1) of DRB Act.

### C. Creditors and Amount of Claims

There are no payables secured against Debtor. The total liabilities of Debtor are KRW 91,163,265,057, which consist of rehabilitation claims in the amount of KRW 89,907,390,961

(KRW40,664,071,008 for trade payables, KRW 1,350,925,004 for payables – other, KRW 44,631,121,972 for accrued expenses, KRW 3,544,318 for withholdings, and KRW 3,257,728,659 for convertible bonds) and public-interest claims in the amount of KRW 1,255,874,096 (including accumulated retirement benefits and deposits received less retirement insurance deposits and transfer from national pension).

11

*See Appendix 10 (Provisional financial statements for 2016).*

In the meantime, there are no guarantee obligations (contingent liabilities) Debtor has offered jointly or severally for a third party, and there are no tax liabilities or payment default.

4. (Omitted)

5. **Statement of Income and Profit/Loss(profit and loss calculation)**

During the business year from April 2009 to March 2010, Debtor achieved all-time high annual sales of KRW2.1 trillion. After the peak in 2010, the sales revenue began to decline in 2010 as the ODD market began to show downtrend. Debtor has recorded net loss for 4 years in a row. Sales revenue for the latest fiscal year (from April 2015through March 2016) is KRW 382,728,216,914.

*See Appendix 10 (Provisional financial statements for 2016), Appendix 11 (Independent Auditor's Report for the Financial Statements for 2014), and Appendix 12 (Independent Auditor's Report for the Financial Statements for 2013).*

|  | | | | | (in millions of Korean Won) |
|---|---|---|---|---|---|
|  | 2016. 3. 31 | 2015. 3. 31 | 2014. 3. 31 | 2013. 3. 31 | 2012. 3. 31 |
| Sales | 382,728 | 554,508 | 814,761 | 996,825 | 1,468,473 |
| Net profit (loss) | (53,304) | (89,055) | (28,478) | (70,207) | 13,340 |

6. **Liquidation Value and Going Concern Value**

   A. **Assessment of liquidation value**

   The liquidation value of Debtor as of March 31, 2016 is internally assessed at KRW23 billion, based on the total assets of KRW63.7 billion and a loss of KRW41.7 billion for impairment loss on receivables and loss on disposal of assets when Debtor goes bankrupt if the application filed for commencing the rehabilitation procedures is dismissed.

   *See Appendix 14 (Assessment of Liquidation Value).*

   B. **Assessment of going concern value**

   The going concern value of Debtor is internally assessed at KRW125 billion, using the discounted cash flow (DCF) analysis to calculate the future cash flow projections and discounting them at an annual discount rate of 7.96%[6] to arrive at the present value estimate of KRW125 billion. .

   *See Appendix 15 (Assessment of Going Concern Value).*

---

[6] *Discount rate is based on yield on 3-year government bond (1.46%) plus risk premium (6.5%).*

Therefore the going concern value of Debtor exceeds the liquidation value by KRW102 billion.

## 7. Cause of the Financial Difficulties and Ground for Application

### A. Introduction

The financial difficulties faced by Debtor have been caused primarily by (1) sharp decline in the global ODD demand, (2) delay in shift to new business models, and (3) failure to build an efficient organizational structure through timely restructuring. Let us discuss each of these factors in more detail.

### B. Sharp decline in the global ODD demand

As explained above, the global demand for optical storage disc market has sharply declined as a result of rapid growth of smartphones and tablets.  In addition, the growth of cloud computing and USB storage solutions further decreased the demand for ODD. An increasing number of laptop computers no longer come with a built-in optical drive because digital can be just as convenient and allows for thinner, lighter computers. Such a weakening demand immediately gave negative impact on Debtor. Debtor had to cope with the slowing demand by lowering the selling prices to attract the customers. However, the price cut only resulted in the worsening profitability of the business.

### C. Delay in shift to new business models

The importance of storage media including ODD has been significantly reduced as a result of the rapid growth of downloadable contents market including iTunes Store and MelOn. Today USB memory and cloud is more widely used than optical drive, for transmission, storage and back-up. Under the circumstances, Debtor made every attempt to move into new growth market but the purpose of establishing Debtor as JVC and the decision-making process under the JVC had an inherited problem in actively pursuing the new growth opportunities beyond the ODD business.

In 2014, Debtor acquired or established Hajen, TSST Global Inc, TSST Networks Inc, KEAS

Inc. in an attempt to move into new growth businesses including premium earphone components (Balanced Armature), Pico Projector, vehicle accessories, tablet PC, portable batteries but could not make significant achievement in the market as the market entry came too late.

### D. Failure to build an efficient organizational structure through timely restructuring

Sales have fallen dramatically since 2011, With changing times and changing business conditions, restructuring was one of the options for Debtor to stay on track or to come out of difficult situations. Debtor had a typical high-cost and low-productive organizational structure with the employees' average service years exceeding 16 years). In 2014, Debtor decided to reduce the workforce by way of early retirement plan. However, Debtor had to pay a huge amount of special severance pay in an amount equal to 2.5 year wages to every single employee who

13

agreed to voluntarily leave the company. (maybe more than the amount other companies typically pay to retires who are selected on a quota basis for each position level) In spite of workforce reduction, Debtor still retain surplus workforce compared with its business size, so Debtor has failed to achieve the organizational efficiency as intended.

## 8. Necessity of and Justification for commencing Rehabilitation Procedures

### A. Necessity of commencing Rehabilitation Procedures

Debtor will be unable to conduct its business as usual if the creditors are allowed to exercise their rights on the total amount of the claims they hold at a time when Debtor is experiencing financial difficulties due to the declining global ODD market. It will not only drastically decrease the corporate value of Debtor but also adversely harm the asset value of the creditors as well as Debtor. Therefore, it is important to put Debtor's business back on tract as soon as possible under the Rehabilitation Procedures.

### B. Impact on vendors and employees

If Debtor goes out of business, there is a possibility of chain-reaction bankruptcy among the vendors and suppliers of Debtor as they won't be able to collect receivables from Debtor. If Debtor goes bankrupt, it will make the Korean economy even worse at a time when a number of companies ranging from shipping, shipbuilding to petrochemicals, steel and construction  - once Korea's growth engines —exposed to financial risks stemming from downturns and bad debts are about to face rigorous restructuring. It will certainly have adverse effect on the Korean economy including financial chaos, credit crunch, and massive job loss.

### C. Prevention of technology and know-how from being left idle

Debtor is one of the 3 largest ODD manufacturers in the world and possesses proprietary technology, technical expertise and business know-how that have been developed and accumulated over 10 years. Debtor's bankruptcy will negatively affect the overall computer and IT industries in Korea, and may damage the country's reputation as IT

powerhouse and affect the export shipment of IT products.

## 9. Rehabilitation Possibility and Future Survival Plan

### A. Introduction

Debtor has filed this application for Commencement of the Rehabilitation Procedures as a result of short-term cash flow bottleneck, but Debtor has a good chance for rehabilitation and normalization of business if a commercially and technically feasible restructuring plan is development and implemented under the supervision of the court as follows:

### B. Restructuring of the organization and workforce reduction

14

Debtor did not lay off an adequate number of employees in 2014 although it spent huge amount of severance pay. Under the Rehabilitation procedure to be supervised by the court, Debtor will continue to undergo a large-scale restructuring and maintain an optimal number of employees to improve operational efficiency and save cost. Debtor will reduce new hires, cut the operating expenses, wages and employee benefits, improve quality and maximize employee efficiency and productivity with the minimum number of multi-tasking employees. Debtor will also make concerted efforts to successfully complete the ongoing projects to keep our commitment to customers and maintain its reputation as a reliable business partner.

### C. Efficient operation of assets, sale of assets and recovery of trade receivables

Debtor will develop and implement a self-rescue plan, including improvement of operational efficiency of assets, and sale of highly value-added assets (subsidiaries) with the approval of the court, if necessary. Among the wholly-owned subsidiaries or sub-subsidiaries of Debtor are Hajen, Networks, TSST Global, KEAS. If Debtor sells these subsidiaries under the supervision of the court during the Rehabilitation Procedures, it will help the creditors recover a significant portion of their claims.

In addition, Debtor will try to recover the trade receivables and other receivables as quickly as possible to use the money as the operating fund or repayment of debts.

### D. Business restructuring to improve profitability

Debtor will shift its business model from the declining ODD market to new products to be developed using the core capability of subsidiaries, including camera module, optical engines for projectors, Balanced Armature drive unit used for premium earphones, all of which will provide an opportunity to sell in the global market. Debtor will reduce reliance on non-profitable business segments and keep pursuing new growth driver with greater growth potential and shift our focus to profitability.

### E. Business focus on cash flow

Debtor will make every effort and use every means possible to overcome the current crisis and concentrate our capability on successfully fulfilling the commitment to existing customers and developing new customers. We will immediately start implementing cost-saving initiatives and sell assets not used for business purpose, and recover receivables to improve financial structure and overcome the difficulties as quickly as possible.

We will make every effort to maintain quality performance, reduce the DSO for receivables, and reduce the borrowings to save the financing costs and stay focused on profit and good cash flow that will keep our business moving forward.

## 10. Appointment of Custodian

We will follow the court decision with respect to the appointment of a custodian.

## 11. Conclusion

We solicit your approval for commencement of the Rehabilitation Procedures taking into

account the situations described above, so we can overcome the financial difficulties as soon as possible.

● General Information of the Debtor

| | Contents | As of |
|---|---|---|
| Businesses (as stated in the corporate registry) | Research & development, manufacture, sale, export/import and provision of operation and maintenance technology service for optical disc devices ("ODD"), and the application equipment and related parts. | |
| Number of issued and outstanding shares (as stated in the corporate registry) | 2,145,713 shares | |
| Paid-in capital | KRW10,728,565,000 | |
| Total assets | KRW64,762,374,17 | 2016.03.31 |
| Total liabilities | KRW91,163,265,057 | 2016.03.31 |
| Sales revenue | KRW382,728,216,914 | |
| Listed on stock exchange | No | |
| Main creditor bank | KEB Hana (formerly KEB) | |

**Appendices**

1. Corporate registry

2. Articles of incorporation

3. Business registration certificate

4. Register of shareholders

5. Company Information

6. List of Litigations concerning infringement of intellectual property rights

16

7. List of Antitrust litigations in foreign countries

8. Collective bargaining

9. Rules of employment

10. Provisional financial statements for 2016

11. Independent Auditor's Report for the Financial Statements for 2015

12. Independent Auditor's Report for the Financial Statements for 2014

13. Independent Auditor's Report for the Financial Statements for 2013

14. Assessment of Liquidation Value

15. Assessment of Going Concern Value

16. Minutes of BOD Meeting (application of Procedures)

17. Power of Attorney

Date: May 12, 2016

Legal representative of the applicant

Attorney at law Choi Hyo Jong

**To: Seoul Central District Court**



**List of assets**

The list of assets is currently under preparation, and will be submitted immediately after application of the Rehabilitation Debtor



제출자:최효종, 제출일시:

# 회생절차 개시명령 신청서

신청인 겸 채무자     도시바삼성스토리지테크놀러지코리아 주식회사

수원시 영통구 신원로 88 (신동, 디지털엠파이어2) 102동 14층

대표이사 이주형

대 리 인       최효종

서울 강남구 봉은사로 325 (논현동, 라임타워) 8층

휴대전화번호: 010-8650-2298

전화번호:

팩스번호:

이메일주소: hyojongc@naver.com

## 신청취지

「채무자에 대하여 회생절차를 개시한다.」라는 결정을 구합니다.



제출자:최효종, 제출일시:

# 1. 채무자회사의 개요

## 가. 사업목적

채무자 도시바삼성스토리지테크놀러지코리아 주식회사(영문으로는 TSST Korea Co., Ltd라 칭하며, 이하 "채무회사"라 합니다)는 광디스크 드라이브(Optical Disk Drive; 이하 "ODD"라 합니다), 그 응용제품 및 주요 관련부품의 연구, 개발, 제조, 판매, 수출, 수입 및 유지관리 기술서비스의 제공업 등을 사업목적으로 하는 주식회사입니다(첨부서류 1. 등기사항전부증명서, 첨부서류 2. 정관 각 참조)

## 나. 연혁

채무자회사의 연혁을 요약하면 다음과 같습니다. 채무자회사는 1994. 3. 삼성전자(주)의 CD ROM 사업팀으로부터 출발하여, 2004. 1. 29. 삼성전자(주)와 일본의 전자업체인 도시바(Toshiba)와의 합작법인으로 정식 출범하였습니다.

| | |
|---|---|
| 1994.03 | 삼성전자 CD-ROM 사업팀 출범 ('94.12월 2배속 CD-ROM 첫 출하) |
| 1998.07 | 대형 PC업체 OEM 계약 체결 (DELL, Compaq) |
| 1999.11 | ODD 업계 시장점유율 2위 달성 |
| 2000.12 | 연매출 15억불 달성 |
| **2003.04** | **삼성전자 - 일본 도시바, ODD사업 합작 MOU 체결** |

제출자:최호중, 제출일시:

**2004.01**     **채무자회사(상호 : 티에스스토리지테크놀러지코리아 주식회사) 설립[1]**

2004. 3.      현재의 상호로 상호변경

2004. 4.      영업 개시

2006.05      세계 최초 18배속 DVD-Writer 출시

2008.11      사업장 이전 (수원 매탄동 삼성전자내 → 수원 신동 Digital Empire Ⅱ)

2010.03      최대 실적 달성 (매출 2.1조, 2009년 기준)

2011.12      사상 첫 업계 시장점유율 1위 달성

2014.04      삼성전자/도시바의 신규투자(800억원) 및 옵티스 지분 투자(50억원,

             49.9%[2])

2014.09      Hajen 인수 및 100% 자회사 TSST Global, Inc 설립

2015.04      100% 손자회사 TSST Networks, Inc 설립

2015.04      100% 손자회사 KEAS 인수


### 다. 본점, 지점, 사무소 현황

    채무자회사의 본점 소재지 및 주된 사무소는 수원시 영통구 신원로 88, 102동

14층(신동, 디지털엠파이어2)이며, 별도의 지점은 존재하지 않습니다. 채무자회사의

사업자등록번호는 124-86-17441입니다(첨부서류 3. 사업자등록증).


### 라. 자본금 및 주식소유 현황

---

1) 설립당시 채무자회사의 지분은 일본 법인 Toshiba Samsung Storage Technology Corp.이 100% 소유하였고, 이 일본 법인의 지분은 Toshiba Corp.가 50.1%, 삼성전자(주)가 49.9%로 구성되었습니다.
2) (주)옵티스는 2014년 삼성전자(주)로부터 채무자회사의 모회사인 일본 Toshiba Samsung Storage Technology Corp.의 49.9% 지분을 인수한 것입니다(후술).

제출자:최호종, 제출일시:

**(1) 주식의 총수**

채무자회사가 발행할 보통주는 1,000,000,000주이고, 신청일 현재 보통주 2,145,713주(액면금액 5,000원)가 발행되어 있습니다.

또한 채무자회사는 2015. 7. 29. 만기를 2020. 7. 29.로 하는 권면총액 4,823,222,500원 상당의 전환사채를 발행한 사실이 있는데(주당 전환가액 5,000원), 전환청구기한은 2017. 7. 30.부터 2020. 7. 28. 까지입니다.

**(2) 주식소유현황**

신청일 현재 채무자의 주주현황은 아래와 같습니다(첨부서류 4. 주주명부).

| 성 명 | 주식수 | 주식금액(원) | 지분율(%) |
|---|---|---|---|
| Toshiba Samsung Storage Technology Corp. | 1,075,002 | 5,375,010,000 | 50.1 |
| ㈜옵티스 | 1,070,711 | 5,353,555,000 | 49.9 |
| 합 계 | 2,145,713 | 10,728,565,000 | 100.0 |

**(3) 상장여부**

채무자회사는 비상장법인입니다.

## 마. 임원 및 종업원 현황 조직도

신청일 현재, 채무자회사의 등기임원으로는 대표이사 이주형, 감사 일본국인 스기하라히로아끼 등 5인[3]이 선임되어 있습니다.

| 직 위 | 성 명 | 취임일 | 담당업무 |
|---|---|---|---|
| 대표이사 | 이주형 | 2015. 12. 24. | CEO |
| 이사(비상무) | 지현기 | 2015. 6. 26. | 비상근(삼성 선임) |
| 이사(비상무) | 스즈끼히로시 | 2015. 6. 26. | 비상근(도시바 선임) |
| 감사 | 스기하라히로아끼 | 2014. 6. 26. | 비상근(도시바 선임) |
| 감사 | 허길영 | 2014. 1. 10. | 비상근(삼성 선임) |

신청일 현재 채무자회사의 임직원은 274명이며, 이들 임직원은 다음 조직도에 따라 업무배치되어 있습니다.



---

3) 법인등기부등본(소갑제1호증)상 등기임원은 7명이나, 이 중 등기이사 황인욱, 이재수는 신청일 직전 등기이사직을 사임하였습니다.



Updated on 2016. 5. 1

## 바. 계열회사 현황



채무자회사의 계열회사 현황은 아래 표와 같으며, 상세한 현황은 첨부 관계회사 현황을 참고하시기 바랍니다(첨부서류 5. 회사현황설명자료 제2면).

| 회사명 | 채무자회사와의 관계 | 업종 | 비고 |
|---|---|---|---|
| 삼성전자 / Toshiba Corporation | 조모회사4) | 전자제품 제조판매 | |
| Toshiba Samsung Storage | 모회사(50.1%) | ODD 제조판매 | 삼성전자와 도시바의 |

| Technology Corp. | | | 일본 합작법인 |
|---|---|---|---|
| 옵티스 | 모회사(49.9%) | 광학부품 제조판매 | 2014. 4. 삼성전자로부터 채무자회사 지분취득 |
| 하젠 | 자회사(100%) | 카오디오 제조판매 | 2014. 9. 인수 |
| TSST Global, Inc. | 자회사(100%) | 휴대용 배터리 제조판매 | 2014. 9. 설립 |
| TSST Networks, Inc. | 손자회사(100%) | IP카메라 제조판매 | 2015. 4. 설립 |
| KEAS, Inc. | 손자회사(100%) | 블루투스스피커 제조판매 | 2015. 4. 인수 |

## 사. 계속 중인 소송 및 가압류 등 현황

채무자회사가 현재 한국 법원에 계속 중인 소송이나 가압류, 가처분 등의 현황은 없습니다. 다만, 미국 법원에 4건의 특허 관련 소송, 미국, 캐나다, EU, 대만 등지의 법원에 15건의 반독점(Anti-Trust) 소송이 계류중인바, 그 내역은 첨부서류 6. 해외특허소송현황, 첨부서류 7. 해외반독점소송현황과 같습니다.

## 아. 노동조합 및 취업규칙



신청일 현재 채무자회사에는 전국민주노동조합총연맹 산하 "TSST 노동조합"이라는 유일한 교섭단체가 있고, 노동조합 가입인원은 176명(채무자회사의 총임직원은 274명입니다)입니다. 위 노동조합은 2014. 6. 체결된 단체협약 및 취업규칙 등

---

4) 일본 법인 Toshiba Samsung Storage Technology Corp의 지분을 삼성전자와 일본 도시바가 각각 49.9% : 50.1%의 비율로 소유하고 있습니다.

에 따라 운영되고 있습니다(첨부서류 8. 단체협약, 첨부서류 9. 취업규칙).

### 자. 주거래 금융기관

채무자회사의 주요 거래은행은 KEB하나은행(구 한국외환은행), 우리은행, 신한은행 등이 있습니다. 이 중 주거래 금융기관은 KEB하나은행입니다.

### 차. 운전자금 소요현황

최근 3개월을 기준으로 채무자회사의 판매비와 관리비 등을 고려한 월 평균 운전자금은 약 30억원입니다.

### 카. 외부감사법인 및 감사의견

채무자회사의 최근 3년간 외부감사법인은 한영회계법인입니다. 채무자회사의 결산기는 매년 3월 31일인바, 가장 최근의 감사의견(2015. 7. 1. 자)을 '적정'으로 받았습니다(첨부서류 11  2015. 7. 1. 자 감사보고서).

## 2. 채무자회사의 사업 현황 등

### 가. 사업의 개요

채무자회사는 각각 한국과 일본을 대표하는 전자기업인 삼성전자(주)와 도시바 (Toshiba)가 합작하여 설립한 법인으로서, ODD 및 관련 부품의 개발, 제조 및 판매 를 주된 사업으로 하고 있으며, 채무자회사의 매출 등 영업활동의 상당부분은 삼성 전자(주)와 그 계열회사 등을 통해 이루어지고 있습니다.

이하에서는 채무자회사를 중심으로 하여 사업현황을 간략히 말씀드리겠습니다.

**나. 채무자회사의 사업현황**

**(1) ODD 산업 일반**

ODD(Optical Disk Drive)는 레이저 등의 빛의 투과율과 반사율 변화를 이용해 정보를 저장하고 읽어내는 광학 데이터 재생장치로 주로 PC용 CD롬 드라이브, DVD 드라이브 등에 쓰입니다. 초기에는 아날로그 방식의 레이저디스크가 있었으 나 PC에 본격적으로 사용되게 된 것은 디지털 방식의 CD 시절부터입니다.

초기인 1990년대에는 읽기 기능만 가지고 있는 ODD(CD-R)가 대부분이었으나, 반복쓰기 기능이 있는 CD-RW, DVD-RW, BD[5]-RE 등의 ODD가 2000년대부터 보 급되면서 종전의 휴대용 데이터 저장장치인 플로피디스크를 대체하기 시작했습니 다.

---

5) Blueray Disk를 말합니다.

제출자:최효종, 제출일시:2016-12-13 00:00:47 접수:최종:2016-12-13 19:3

2000년대에 전세계적으로 넷북 등 새로운 PC수요의 증가 및 ODD를 내장한 가전제품 숫자가 증가하였고, DVD를 지원하는 차세대 ODD 등 고부가가치 제품이 새로운 시장을 형성하였으며, 2007년 세계적인 ODD 업체인 플렉스터가 규모의 경제 경쟁에서 밀려 사업을 중단하는 등의 결과로 2000년대 후반에 채무자회사를 비롯한 ODD업체들은 사상 최대의 수익을 내는 등 최고의 호황기를 보냈습니다.

그러나 2000년대 후반에 새로운 데이터 저장장치로 USB 메모리가 널리 보급되었고 이에 노트북 등 휴대용 PC에서 CD ROM을 잘 부착하지 않게 되었으며, 2010년대부터 널리 보급된 아이패드 등의 스마트폰 태블릿 시장이 커지면서 휴대용 PC시장 자체가 급속도로 위축되었습니다. 나아가 2010년대부터 휴대의 필요가 없는 데이터 저장장치인 클라우드(cloud) 기술이 발달하면서 ODD산업은 사양산업의 길을 걷게 되었습니다.

다만 아직 ODD는 USB 메모리에 비하면 데이터 안정성이 높은 편이어서 현재까지 계속 존재하고 있습니다. 특히 OS(Operating System)의 설치에서 USB 부팅이 쉽지 않기 때문에 ODD가 선호되고 있습니다. 최근에는 종전의 내장형 ODD 대신 외장형 ODD도 많이 생산되어 고객들의 선택적 수요에 따라 판매되고 있기도 합니다.

현재 세계적으로 ODD를 제조판매하고 있는 회사는 채무자회사, LG전자와 일본 히타치전자의 합작 법인인 HLDS(Hitachi-LG Data Storage), 대만 라이트온과 네덜란드 필립스전자의 합작 법인인 PLDS(Philips & Lite-ON Digital Solutions) 정도

만이 남아 있는 상태이며, 채무자회사의 최대경쟁회사인 HLDS도 2015년 자본잠식에 빠지는 등 ODD 업계 자체가 침체를 면치 못하는 상황입니다.

**(2) 채무자회사의 영업개황**

채무자회사는 1994년 삼성전자(주) 내 CD-ROM 사업부로 출범하여, 1999년에는 전세계 ODD 시장점유율 2위, 2000년에는 연매출 15억 달러를 달성하는 등 비약적인 성장을 기록하며 업계를 Leading하는 세계적인 광스토리지 업체로 발돋움하였으며, 세계 시장에서도 그 경쟁력을 인정받았습니다.

다만 당시 삼성전자(주) CD-ROM 사업부가 개발한 ODD 부품의 상당수는 일본 기업인 도시바에게 특허권이 존재하였는바, 매출의 상당액을 일본 도시바에게 특허 Royalty로 지급하여야 하여 수익성의 개선이 어려운 상황이었습니다(그 반면에 일본 도시바는 제품을 제조할 설비가 여의치 않았던 상황이었습니다).

이에 삼성전자(주)와 일본 도시바는 상호 협의를 통하여 특허 Royalty지급이 면제되는 합작법인을 세우기로 하고, 먼저 삼성전자(주)와 일본 도시바가 각각 49.9 : 50.1의 비율로 출자하여 Toshiba Samsung Storage Technology Corp.(일본 법인)을 설립한 후, 위 법인이 100%의 지분을 가지는 채무자회사를 한국에 설립하기로 약정하여, 2004. 1. 29. 채무자회사가 설립되게 되었습니다.

채무자회사는 설립 이후 보유한 Optical 원천 기술 및 Global 사업 역량을 바탕

으로 업계 최고의 경쟁력있는 광스토리지 제품과 Total Solution을 제공하였습니다. 강력한 사업역량을 기반으로 짧은 기간동안 연 20%의 성장률을 보이며, 국내에서는 무려 70%대의 시장점유율을 기록하고, 특히 2009년 4월 ~ 2010년 3월에는 사상 최대의 매출액인 2.1조원을 달성하며 성공적으로 사업을 전개하였습니다.

하지만 2010년 이후 세계적으로 점차 ODD시장이 축소되면서 채무자회사의 매출과 이익이 감소하기 시작했습니다. 2012년 4월 ~ 2013년 3월에는 매출 1조 원이 깨져 9,968억 원을 기록하는데 그쳤으며, 영업손실은 758억원, 당기순손실은 702억원에 달하게 되었습니다. 이에 채무자회사의 모태이자 사실상 최대주주인 삼성전자(주)는 더 이상 ODD시장에서 수익을 창출하기 어렵다고 판단하고 2014년 3월 채무자회사에 대하여 마지막으로 800억원의 운전자금을 지원하되, 채무자회사의 보유지분 매각을 결정했습니다.

이에 채무자회사에 ODD 부품을 공급하던 협력업체인 (주)옵티스는, 삼성전자가 보유하고 있던 Toshiba Samsung Storage Technology Corp.(일본 법인)의 채무자회사에 대한 지분 49.9%를 50억원에 사들이면서 사실상 채무자회사의 경영권까지 이전받았고, 오는 2017년까지 남은 50.1%의 지분까지 양수받기로 약정하였습니다.

이 때 2004년 채무자회사 설립당시 삼성전자의 묵시적 종용에 따라 삼성전자에서 채무자회사로 이적한 직원들 약 250명 중 상당수가 삼성전자의 옵티스에 대한 지분매각에 반발하였습니다. 직원들은 다시 친정인 삼성전자로 복귀하게 해달라고 삼성전자 사옥앞에서 시위를 하고 법원에 근로자지위확인소송까지 제기하였으나

2015. 6. 25. 1심(서울중앙지방법원 2014가합530179)에서 패소하고, 현재 항소심(서울고등법원 2015나2038666)이 진행 중입니다(2016. 5. 13. 판결선고예정).

이렇듯 2014. 4. 부터 삼성전자와의 연결고리가 끊어지게 되자, 채무자회사는 독자생존방안을 강구하여야 했습니다. 채무자회사는 다시금 2020년 매출 1조원 달성을 목표로 변신을 추진하고, 종합 전자부품 기업으로 방향을 설정하여 기업인수와 제품 다변화에 나섰습니다.

그 첫 행보로 채무자회사는 2014년 9월 국내 카오디오 및 스피커 업체인 하젠을 인수하고, 이어 2014년 10월에는 100% 자회사 TSST 글로벌을 설립하여 휴대형 배터리와 블루투스 스피커 신규사업을 진행하기로 하였습니다. 세계적인 스마트폰 보급에 따라 필수 주변기기가 되고 있는 배터리와 스피커로 신성장 기반을 다지기 위해서였습니다. 이어 2015년 4월에는 100% 손자회사 TSST 네트웍스 및 KEAS를 설립 및 인수하여 지속적으로 신성장사업 진출을 모색하고 있습니다.

**(3) 현재 진행 중인 주요 사업 내역**



채무자회사는 현재 기존의 ODD사업 이외에 2014년부터 휴대형 배터리 사업, 2016년부터는 Tablet PC사업과 프리미엄급 이어폰 부품 BA(Balanced Armature) 및 BA 내장 이어폰 사업을 시작하는 등 지속적으로 신성장동력을 발굴하고 있습니다. 또한 아직 시장에 출시되지는 않았지만 초소형 프로젝터(Pico Projector), BA 내장 블루투스 헤드셋, 차량용 후방 카메라 등의 자동차 전장 부품 사업 등 신성장 사업

에 대한 준비를 착실히 진행하고 있습니다.

### 다. 주요거래처 현황

채무자회사는 신청일 현재 약 100개의 협력업체와 거래관계를 지속하고 있으며, 주요 거래처의 구체적 현황에 대하여는 추후 심문시에 자료를 제출하도록 하겠습니다.

### 라. 특허현황

신청일 현재 채무자회사가 소유하고 있는 특허권, 상표권의 현황은 다음과 같습니다(특허권 총 1568건, 상표권 총 85건)



| 종류 | 제목 및 내용 | 등록번호 | 출원인 | 등록일자 |
|---|---|---|---|---|
| 1 | (국내) 광디스크 드라이브의 진동흡수 댐퍼 외 425건 | 10-0188959 | 삼성전자주식회사 | 1999-01-14 |
| 2 | (미국) Pulse width control apparatus for optical disk 외 497건 | US 5574707 | Kabushiki Kaisha Toshiba | 1996-11-12 |
| 3 | (중국) 控制激光二极管功率的方法和设備 外 198건 | CN 001154013 | 삼성전자주식회사 | 2004-06-16 |
| 4 | (일본) 光ピックアップ装置用のアクチュエーター 외 199건 | JP 2718919 | 삼성전자주식회사 | 1997-11-14 |
| 5 | (해외기타) ELECTRONIC EQUIPMENT AND DISC REPRODUCING DEVICE 외 244건 | EP 0650166 | Kabushiki Kaisha Toshiba | 2000-01-05 |
| 6 | (국내) TSST logo 외 10건 | 40-1139075 | 도시바삼성스토리지 테크놀러지코리아 | 2015-10-28 |

| 7 | (해외) TruDirect 외 73건 | US 3459113 | 주식회사<br>도시바삼성스토리지<br>테크놀러지코리아<br>주식회사 | 2008-07-01 |

## 3. 채무자회사의 자산, 부채 및 자본 현황 등

### 가. 채무자회사의 자산, 부채 및 자본 현황

#### (1) 자산현황

신청일 현재 채무자회사의 자산총액은 64,762,374,176원입니다. 최근 5년간의 자산현황은 아래와 같은바, 채무자회사의 자산규모는 매출부진 등을 이유로 5년간 지속적으로 감소하였습니다(첨부서류 10. 2016년 가결산자료, 첨부서류 11. 2015년 감사보고서, 첨부서류 12. 2014년 감사보고서, 첨부서류 13. 2013년 감사보고서).

(단위 : 원)

| 구 분 | 2016. 3. 31 | 2015. 3. 31 | 2014. 3. 31 | 2013. 3. 31 | 2012. 3. 31 |
|---|---|---|---|---|---|
| | 금액 | 금액 | 금액 | 금액 | 금액 |
| 유동자산 | 33,271,600,838 | 91,170,154,343 | 98,107,581,114 | 183,359,893,365 | 326,620,853,654 |
| 비유동자산 | 31,490,773,338 | 56,257,655,939 | 65,360,526,068 | 44,169,213,531 | 49,223,140,697 |
| 자산총액 | 64,762,374,176 | 147,427,810,282 | 163,468,107,182 | 227,529,106,896 | 375,843,994,351 |



**(2) 부채현황**

신청일 현재 채무자회사의 부채총액은 91,163,265,057원입니다. 최근 5년간의 부채현황은 아래와 같습니다(첨부서류 10. 2016년 가결산자료, 첨부서류 11. 2015년 감사보고서, 첨부서류 12. 2014년 감사보고서, 첨부서류 13. 2013년 감사보고서).

(단위 : 원)

| 구 분 | 2016. 3. 31 | 2015. 3. 31 | 2014. 3. 31 | 2013. 3. 31 | 2012. 3. 31 |
|---|---|---|---|---|---|
| | 금액 | 금액 | 금액 | 금액 | 금액 |
| 유동부채 | 86,649,662,302 | 120,015,246,988 | 131,612,069,899 | 169,475,545,943 | 234,871,656,558 |
| 비유동부채 | 4,513,602,755 | 2,456,483,671 | 3,166,391,207 | 885,599,640 | 12,293,082,798 |
| 부채총액 | 91,163,265,057 | 122,471,730,659 | 134,778,461,106 | 170,361,145,583 | 247,164,739,356 |

**(3) 자본현황**

신청일 현재 채무자회사의 자본은 (-)26,400,890,881원으로서 완전자본잠식(부채초과) 상태입니다. 최근 5년간의 자본변동현황은 아래와 같습니다(첨부서류 10. 2016년 가결산자료, 첨부서류 11. 2015년 감사보고서, 첨부서류 12. 2014년 감사보고서, 첨부서류 13. 2013년 감사보고서).

(단위 : 원)



| 구 분 | 2016. 3. 31 | 2015. 3. 31 | 2014. 3. 31 | 2013. 3. 31 | 2012. 3. 31 |
|---|---|---|---|---|---|
| | 금액 | 금액 | 금액 | 금액 | 금액 |
| 자본 | (26,400,890,881) | 24,956,079,623 | 28,689,646,076 | 57,167,961,313 | 128,679,254,995 |

## 나. 부채초과여부에 대한 검토

채무자회사의 2016. 3. 31. 현재 가결산 자료(첨부서류 10)에 의하면, 채무자회사의 자산총액은 64,762,374,176원(단, 채무자회사의 외상매출채권 현실화가능성을 평가하여 반영하게 될 경우 자산총액은 더 낮아질 것으로 예상됩니다), 부채총액은 91,163,265,057원으로서, 부채가 자산을 26,400,890,881원 초과하고 있습니다.

따라서, 채무자회사는 회생절차를 신청할 수 있는 사유 중 하나인 "파산의 원인이 있는 경우 - 부채의 총액이 자산의 총액을 초과하는 경우"[채무자 회생 및 파산에 관한 법률(이하 "채무자회생법") 제34조 제1항 제2호, 제306조 제1항]에 해당합니다.

## 다. 채권자와 채권액



채무자회사의 채무에 대하여 담보권이 설정된 채무는 없습니다. 한편 채무자회사의 부채총액은 91,163,265,057원인바, 이 중 채무자회사의 외상매입금 40,664,071,008원, 미지급금 1,350,925,004원, 미지급비용 44,631,121,972원, 예수금 3,544,318원, 전환사채 3,257,728,659원 합계 89,907,390,961원이 회생채권으로 계

제출자:최호중, 제출일시:

상되며, 퇴직급여충당부채와 예수보증금에서 퇴직보험예치금 및 미수금 퇴직전환금을 공제한 1,255,874,096원이 공익채권으로 계상됩니다(첨부서류 10. 2016년 가결산 자료).

한편 채무자회사가 제3자를 위하여 연대보증을 한 보증채무(우발부채)는 존재하지 않으며, 조세채무의 연체내역 역시 존재하지 않습니다.

## 5. 채무자회사의 매출 및 손익현황(손익계산서)

채무자회사는 2009. 4. ~ 2010. 3.에 약 2.1조원이라는 창사이래 최대매출액을 달성하였으나, 그 이후 세계적인 ODD 산업의 전반적인 부진에 따라 매출액이 현재까지 계속적으로 감소하였고, 4년연속 당기순손실을 기록하였습니다.  가장 최근의 결산기인 2015. 4. ~ 2016. 3. 의 매출은 382,728,216,914원입니다(첨부서류 10. 2016년 가결산자료, 첨부서류 11.  2015년 감사보고서, 첨부서류 12.  2014년 감사보고서, 첨부서류 13.  2013년 감사보고서).

(단위 : 백만원)

| 구    분 | 2016. 3. 31 | 2015. 3. 31 | 2014. 3. 31 | 2013. 3. 31 | 2012. 3. 31 |
|---|---|---|---|---|---|
| | 금액 | 금액 | 금액 | 금액 | 금액 |
| 매출액 | 382,728 | 554,508 | 814,761 | 996,825 | 1,468,473 |
| 당기순이익(손실) | (53,304) | (89,055) | (28,478) | (70,207) | 13,340 |



## 6. 채무자회사의 청산가치 및 계속기업가치

### 가. 청산가치의 산정

채무자회사가 자체적으로 산정해본 결과, 2016. 3. 31. 현재 채무자회사의 청산가치는 <u>약 230억 원</u>으로 평가되고 있습니다. 이는 2016. 3. 31. 현재 채무자회사의 총자산은 약 647억 원인데, 만일 채무자회사의 회생절차개시신청이 기각되어 파산되는 경우에는 채권회수손실 및 자산처분손실 등으로 약 417억 원의 손실이 발생함에 따른 것입니다(첨부서류 14. 청산가치산정조서).

### 나. 계속기업가치의 산정

채무자회사가 자체적으로 산정해 본 결과, 현재 채무자회사의 계속기업가치는 <u>약 1,250억 원</u>으로 산정되고 있습니다. 이는 채무자의 미래 영업현금흐름을 현재가치로 할인하는 현금흐름할인법에 의할 경우 연도별 할인율을 7.96%[6]라고 가정할 때 영업활동에 의한 현금흐름이 약 1,250억 원이 산정되기 때문입니다(첨부서류 15. 계속기업가치 산정조서)

따라서 채무자회사는 계속기업가치가 청산가치보다 약 1,020억 원을 초과하고 있습니다.

---

[6] 할인율은 3년 만기 국고채 수익률(1.46%)에 위험프리미엄(6.5%)를 가산하여 산정하였습니다.

제출자:최효종, 제출일시:2016.05.12 03:57, 블럭자:최효종, 다운로드일시:2016.05.12 15:59

## 7. 경제적 파탄에 이르게 된 사정 및 회생절차개시신청의 원인

### 가. 서론

채무자회사의 재무구조가 악화되어 파탄에 이르게 된 주요 원인은 ① 전세계적인 ODD 매출의 급격한 감소, ② 그에 따른 적기 신사업 전환의 지연, ③ 적시 구조조정을 통한 효율적인 조직체계 구축실패 등을 들 수 있습니다. 아래에서는 채무자회사가 재정적 파탄에 이르게 된 원인에 관하여 좀 더 구체적으로 말씀드리겠습니다.

### 나. 전세계적인 ODD 매출의 급격한 감소

전술한 바와 같이 2010년경부터는 스마트폰, 태블릿PC 등의 급격한 성장으로 인하여 전세계 PC 수요량이 당초 예측대비 현격히 감소하였고, 이는 채무자회사의 주된 생산품인 ODD 수요의 급격한 하락으로 이어졌습니다. 나아가 USB 메모리, 클라우드 데이터 저장의 확대로 인하여 PC에 내장형 ODD를 장착하는 경우 또한 현격히 감소하였고, 특히 무게와 이동성이 중요시되는 노트북은 내장 ODD를 아예 포함하지 않고 출시하는 경우가 많아졌습니다.



이러한 결과는 곧바로 채무자회사의 매출하락으로 이어졌습니다. 이에 채무자회사는 판매가격을 낮추어 구매수요를 확대하는 방식으로 대응할 수 밖에 없었으나, 이는 채무자회사의 적자구조를 더욱 심화시키게 하는 원인이 되었습니다.


**다. 신성장 사업으로의 전환 지연**


아이튠즈 스토어, 멜론 등 각종 다운로드 콘텐츠 시장의 확대로 인해 ODD 등의 저장매체의 중요성은 점차 줄어들었는바, 현재 데이터의 이동, 저장과 백업은 광학매체에서 USB메모리, 클라우드로 거의 판도가 넘어간 상황입니다. 이러한 상황에서 채무자회사는 ODD의 수익성저하를 절실히 인식하고 신성장 사업으로의 진출을 시도하였으나, 채무자회사의 최초 합작설립목적 및 그에 따른 의사결정구조상 기존의 ODD사업 이외에 새로운 신성장 사업의 추진이 구조적으로 차단되어 있어 그 시작이 지지부진할 수 밖에는 없었습니다.


채무자회사는 2014년부터 하젠, TSST Global Inc, TSST Networks Inc, KEAS Inc등의 회사를 인수하거나 새로이 설립하여 프리미엄급 이어폰 부품(Balanced Armature), 초소형 프로젝터(Pico Projector), 차량용 전장 부품, Tablet PC, 휴대형 배터리등의 신성장동력 사업에 진출하려는 노력을 하였으나 이미 적기를 놓친 신성장사업 진출시도는 시장에서 의미있는 성과를 내기 어려웠습니다.

### 라. 적시 구조조정을 통한 효율적인 조직체계 구축실패

채무자회사는 2011년 이후 매출이 급전직하하였는바, 그에 따라 축소된 사업규모에 맞게 적합한 구조조정을 통해 효율적인 조직체계 구축이 필요했던 상황이었습니다. 채무자회사의 인력구조는 역피라미드형의 전형적인 고비용 저효율의 인력구조(평균 근속연수 16년차 이상)였기 때문입니다.

그러나 채무자회사는 2014년 희망퇴직을 받는 과정에서 모든 퇴직대상직원을 대상으로 2년 6개월간의 임금에 해당하는 퇴직위로금을 지급하는 등 구조조정에 과다한 자금을 사용하였고(다른 기업들이 구조조정대상자를 직급별로 선별하여 일정한도의 퇴직위로금만을 지급하는 것과 비교됩니다), 그나마도 충분한 규모의 희망퇴직을 받지 못해 현재의 사업규모에 비해 과다한 인력이 회사에 잔존하고 있어 효율적인 조직체계 구축에 실패하고 있는 상황입니다.

## 8. 회생절차개시의 필요성과 당위성

### 가. 회생절차 개시의 불가피성

전세계적인 ODD 산업의 사양화 및 이에 따른 삼성전자의 ODD산업 철수 등으로 극심한 매출부진에 빠진 채무자회사의 현 상황에서 채권자들의 개별적인 권리행



21/26

사를 허용하게 된다면 채무자회사는 더 이상 정상적인 영업을 할 수 없으며, 이는 결국 채무자회사 기업가치의 급락을 가져와 채무자회사 뿐만 아니라 채권자들의 재산적 가치에도 심각한 침해를 가져올 수밖에 없습니다. 따라서, 채권자들의 권익을 보호하기 위해서는 채무자회사가 조속히 회생절차에 따라 경영정상화를 이루는 것이 급선무라고 할 수 있습니다.

### 나. 협력업체의 연쇄도산 우려 및 종업원들에게 미치는 영향

만일 채무자회사가 경영정상화를 이루지 못하게 파산에 이르게 된다면 채권자들인 협력업체들 역시 상당액의 채권을 회수하지 못하게 됨으로써 채무자회사와 함께 동반 부실기업으로 전락할 가능성도 배제하기 어렵습니다. 따라서 채무자회사가 파산에 이르게 되는 경우 현재 해운, 조선, 철강, 건설 등 그동안 한국경제를 이끌어온 중후장대산업의 전반적인 구조조정을 필요로 하는 현재의 경제상황에 커다란 심리적 위축을 가져옴으로써 다시금 금융혼란 및 신용경색, 실업자증가를 야기하는 부정적인 결과를 초래하게 될 것입니다.

### 다. 기술력 및 사업 노하우 사장 방지

채무자회사는 세계 3대 ODD업체 중 하나로서, 10여년간 키워온 독자적인 기술력과 사업노하우가 존재합니다. 따라서 채무자회사의 파산은 컴퓨터 등 IT산업 전반에도 악영향을 미쳐 내수가 침체될 우려도 크다고 할 것이고, IT 강국인 대한민국의 IT산업 수출에도 부정적인 영향을 주게 될 수 있습니다.



## 9. 채무자회사의 회생가능성 및 향후 생존전략 등

### 가. 서설

채무자회사는 비록 단기적인 자금난에 빠지게 되어 회생절차개시신청을 하게 되었지만, 아래와 같이 법원의 감독하에 적극적인 구조조정방안을 수립하여 실행하게 될 경우 충분히 회생하여 다시 성공적으로 시장에 복귀할 수 있을 것입니다.

### 나. 조직의 개편 및 인력의 감축운영

전술하였듯이 채무자회사는 2014년의 희망퇴직과정에서 과다한 자금을 사용하면서도 충분한 정도의 인력구조조정을 이루어내지 못하였습니다. 채무자회사는 귀원이 감독하는 회생절차 하에서 다시금 대대적인 조직개편을 통하여 회사운영에 필요한 최소한의 임직원만을 유지함으로써 인건비 부담을 줄이고 조직의 슬림화를 통한 경영합리화노력을 경주할 것입니다.

또한 경영정상화시까지 임금, 채용, 복지예산 등을 최대한 긴축적으로 운영하고, 향후에는 1인 다역화와 필수요원의 정예화를 통한 생산성 및 효율성 제고로 품질향상 및 비용절감을 도모하여 재무구조를 개선하는 데 모든 노력을 다할 것입니다. 아울러 전 임직원이 일치단결하여 현재 진행 중인 주요 프로젝트들을 성공적

23/26

으로 마무리하여 고객과의 약속을 지키고 회사의 인지도와 신뢰를 확보하는데 주력하겠습니다.

## 다. 보유자산의 효율적 운용, 주요자산의 매각 및 미수채권 회수

채무자회사는 보유자산을 효율적으로 운용하고, 현재 자산가치가 높다고 평가되는 주요자산(자회사)의 경우에는 필요한 경우 법원의 허가를 얻어 합병 또는 매각하는 등의 자구계획을 마련할 것입니다.   채무자회사는 하젠, TSST Networks, TSST Global, KEAS 등의 100% 자회사, 손자회사를 보유하고 있는바, 회생절차 진행과정에서 법원의 공정한 관리감독 하에 위 자회사들에 대한 합병, 매각 등의 정상적인 구조조정절차가 진행될 경우 채권자들의 채권회수율 제고에 긍정적인 기여를 할 것으로 전망됩니다.

또한 채무자회사는 향후 회사의 미수채권을 조기에 회수하여 변제자금 및 운영자금에 사용할 계획입니다.

## 라. 수익성 개선을 위한 사업구조의 재편

채무자회사는 현재 사양산업인 ODD 위주의 사업운영에서 과감히 방향을 전환하여 자회사들의 핵심 역량을 활용해 카메라 모듈과 프로젝터용 광엔진, 프리미엄 이어폰에 장착되는 모듈(Balanced Armature drive unit) 등을 자체 개발해 다시금 세

계 시장에 도전할 것입니다.  이와 같이 채무자회사는 종전의 수익성 없는 사업분야를 과감히 축소정리한후, 향후 성장가능성이 충만한 신성장동력을 찾아 수익성 위주의 효율경영을 영위할 계획입니다.

### 마. 현금흐름 중시의 경영체계 확립

채무자회사는 현재의 위기상황 극복을 위해 가능한 모든 방법을 동원하여 최선의 노력을 다할 것이며, 현재 진행 중인 사업의 완결 및 신규 거래처발굴을 위해 역량을 집중하도록 하겠습니다.  또한 전사적인 비용절감 노력과 함께 비업무용자산의 매각, 미수채권의 조기회수 등을 통한 재무구조의 개선을 빠른 시간 내에 시행하여 위기극복 및 재기의 발판을 마련하고자 합니다.

채무자회사는 회사의 모든 역량을 사업의 수행품질 유지확보에 집중할 수 있도록 최선의 노력을 다하도록 하겠습니다.  채무자회사는 매출채권과 미수금 회수기간을 단축하고, 차입금 감소를 통하여 금융비용을 절감해 나가는 등 현금흐름과 수익성을 중시하는 경영을 해 나갈 것입니다.

## 10. 관리인 선임에 대한 의견

관리인선임에 대하여는 귀원에서 결정하시는 바에 따르고자 합니다.

## 11. 결론

이상과 같은 사정을 고려하시어 재정적 파탄에 빠진 채무자회사가 조기에 경영
정상화를 달성할 수 있도록 채무자회사에 대한 회생절차개시결정을 내려주시기 바
랍니다.



제출자:최호종, 제출일시:

## ◈ 채무자회사의 현황

| 채무자현황 - ( )부분은 작성요령 | 내용 또는 금액 | 기준일 |
|---|---|---|
| 주업종(법인등기부상 업종 중 주업종기재) | 광디스크 드라이브, 그 응용제품 및 주요 관련 제품의 연구, 개발, 제조, 판매, 수출, 수입 및 유지관리 기술서비스의 제공업 | |
| 발행주식수(법인등기부상, 신청당시기준) | 2,145,713 | |
| 자본액(법인등기부상, 신청당시기준) | 10,728,565,000 | |
| 자산금액(신청당시 또는 마지막회계기준) | 64,762,374,176 | 2016.03.31 |
| 부채금액(신청당시 또는 마지막회계기준) | 91,163,265,057 | 2016.03.31 |
| 매출액(전년도 매출총액) | 382,728,216,914 | 2016.03.31 |
| 상장법인여부 | N | |
| 주거래은행(1곳만 기재) | KEB하나은행(구 외환은행) | |

# 첨부서류

1. 법인등기부등본

2. 정관

3. 사업자등록증

4. 주주명부

5. 회사현황설명자료

6. 해외특허소송 현황

7. 해외반독점 소송 현황

8. 단체협약

9. 취업규칙

10. 2016년 가결산자료

11. 2015년 감사보고서



12. 2014년 감사보고서

13. 2013년 감사보고서

14. 청산가치산정조서

15. 계속기업가치산정조서

16. 이사회의사록(회생신청)

17. 소송위임장

2016. 5. 12.

신청인 소송대리인

변호사 최효종

**서울중앙지방법원 귀중**



## 자산목록

현재 준비중이며, 회생절차개시신청 이후 곧바로 최대한 조속한 시일 내에 자산목록을 제출하
도록 하겠습니다.



위 번역문은 원문과 상위없이
번역 되었음을 서약합니다

I swear that the attached translation is true
to original

2016년 07월 04일

July 4th, 2016

번역 행정사:

Signature: *Yun Ok Park*

---

등부 2016년 제 P  682

Registered No. 2016-P  682

## 증 명 서

## Certificate

위 번역문은 본인이 상기와 같이
원본과 상위없이 번역 하였기에
행정사법 제 20조 2항에 의거
번역사실 증명서에
서명 날인 하였다

The attached document was translated by me
and further certify that the translation
is accurate to the original and subscribed
my name in accordance with Paragraph 2,
Article 20 of Code of Korea Administrator

2016년 07월 04일
사무소에서 위 증명을 한다.

This is hereby confirmed on this 4th day
of July 2016 at the office.

번역행정사 박윤옥
비즈트랜스 번역행정사사무소

Certified Public Translator Yun-ok Park
Biztrans Certified public translator's office

대한민국 서울특별시 종로구
삼봉로 95, 102동 403호
(견지동, 대성스카이렉스)

102-403 (Gyeonji-dong, Daeseong Skyrex)
#95, Sambong-ro, Jongno-gu, Seoul, Korea 110-170

행정자치부
종로구청 인가
외국어번역행정사 박윤옥
자격증번호 : 1430108891
전화 : 02-733-1135

Certified by Ministry of
Government Administration and Home Affairs
Certified Public Translator  Yun-ok Park
(Commission No. : 14301088891)
T : 82-2-733-1135