## Exhibit A

**Korean Commencement Order**

Registered No. 2016-P 630

# CERTIFICATE



**CERTIFIED PUBLIC TRANSLATOR'S OFFICE**
102-403 (Gyeonji-dong, Daeseong Skyrex) #95, Sambong-ro, Jongno-gu, Seoul, Korea 110-170
(Commisson No. 14301088891, Jongno-gu Office Register No. 2015-8)

# Seoul Central District Court

# Bankruptcy Department No. 6

## DECISION

Case No. 2016 *Hoehap*100090 Rehabilitation

| Applicant and Debtor | Toshiba Samsung Storage Technology Korea Corporation  14th Fl. 102, Sinwon-ro 88 (Sin-dong, Digital Empire 2), Youngtong-gu, Suwon  Representative director Lee, Joo Hyung |
|---|---|
| Legal representative | Choi, Hyo Jong, attorney at law |

**Order** 

1. The Rehabilitation Procedures be commenced for Debtor

2. Cho, Dae Sung (Resident registration number 630801-1173413, residing at                                                                      is hereby appointed as the custodian of Debtor.

3. The term of office of the custodian shall be 30 days from the date of authorization of the draft rehabilitation plan.

4. The list of rehabilitation creditors, secured rehabilitation creditors and shareholders shall be submitted from June 16, 2016 through June 30, 2016.

5. The list of rehabilitation claim, rehabilitation security right, and shares shall be reported to the court from July 1, 2016 through July 15, 2016.

6. The inspection period for rehabilitation claims and rehabilitation security rights shall be from July 16 through July 29, 2016.

7. The draft rehabilitation plan shall be submitted to the court by August 26, 2016

**Ground**

## 1. Fact recognized

Based on the record presented to the court and questioning of the representative of Debtor, it is recognized that:

A. Debtor was incorporated on January 29, 2014 to conduct the business of research & development, manufacture, sale, export/import and provision of operation and

maintenance technology service for optical disc devices ("ODD"), and the application equipment and related parts.

B. Debtor is a non-listed company with a total number of issued outstanding shares of 2,145,713 shares (with par value of KRW5,000) and paid-in capital of 10,728,565,000 KRW of which Toshiba Samsung Storage Technology Corporation, a Japanese corporation, owns 50.1% of its stock, while Optis owns the remaining 49.9%. The representative director of Optis Co., Ltd. concurrently serves as representative of Debtor.

C. The following table shows the assets, liabilities and profit/loss of Debtor for the last 5 years. As shown below, the total liabilities exceed the total assets as of the date of this application.

<assets and liabilities for the last 5 years>

|  |  |  |  |  | (in Korean Won) |
| --- | --- | --- | --- | --- | --- |
|  | 2016. 3. 31 | 2015. 3. 31 | 2014. 3. 31 | 2013. 3. 31 | 2012. 3. 31 |
| Current assets | 33,271,600,838 | 91,170,154,343 | 98,107,581,114 | 183,359,893,365 | 326,620,853,654 |
| Non-current assets | 31,490,773,338 | 56,257,655,939 | 65,360,526,068 | 44,169,213,531 | 49,223,140,697 |
| Total assets | 64,762,374,176 | 147,427,810,282 | 163,468,107,182 | 227,529,106,896 | 375,843,994,351 |
| Current liabilities | 86,649,662,302 | 120,015,246,988 | 131,612,069,899 | 169,475,545,943 | 234,871,656,558 |
| Non-current liabilities | 4,513,602,755 | 2,456,483,671 | 3,166,391,207 | 885,599,640 | 12,293,082,798 |
| Total liabilities | 91,163,265,057 | 122,471,730,659 | 134,778,461,106 | 170,361,145,583 | 247,164,739,356 |



<Sales and profit/loss for the last 5 years>

|  |  |  |  |  | (in millions of Korean Won) |
| --- | --- | --- | --- | --- | --- |
|  | 2016. 3. 31 | 2015. 3. 31 | 2014. 3. 31 | 2013. 3. 31 | 2012. 3. 31 |
| Sales | 382,728 | 554,508 | 814,761 | 996,825 | 1,468,473 |
| Net profit (loss) | (53,304) | (89,055) | (28,478) | (70,207) | 13,340 |

D. Debtor is experiencing financial difficulties due to lack of liquidity as a result of the sharp decline in the ODD market and failure to shift to new business models and to optimize the workforce.

2. **Judgment**

Based on the facts recognized above, Debtor has a reasonable ground to file an application with the court for commencing the rehabilitation procedures pursuant to Article 34 (1) of Debtor Rehabilitation and Bankruptcy Act ("DRB Act"), because it would be impossible for Debtor to repay its obligations as they become due and payable, without any serious hindrance to the continuation of its business; and it is feared that bankruptcy may accrue to the Debtor, and there is no ground to dismiss the application filed for Commencing Rehabilitation Procedure pursuant to Article 42 of DRB Act.

### 3. Conclusion

The court hereby authorizes the commencement of Rehabilitation Procedure for the Debtor, and appoints Cho, Dae Sung, a third party, as the custodian after hearing the opinions of the Custodial Committee pursuant to Article 74 of DRB Act, and further issues Orders with respect to the periods in which the list of rehabilitation creditors, secured rehabilitation creditors and shareholders shall be submitted and the list of rehabilitation claim, rehabilitation security right, and shares shall be reported and the rehabilitation claims and rehabilitation security rights entered therein shall be inspected, and the draft rehabilitation plan shall be submitted to the court as specified in Order in accordance with Article 50 (1) of DRB Act.

Date: June 16, 2016 11:00 a.m.

Chief judge Kim Jung Man (seal)

Judge Shim Tae Gyu (seal)

Judge Cha Seung Hwan (seal)



# This is the original Document.

June 16, 2016

Seoul Central District Court

Court Secretary Kang Ho Sung (Seal)



※ You can check the authenticity of this document either by referring to the document number on the computer monitors placed in the Customer Service Center of each court, or by inquiring the judges about the document number indicated below.

# 서 울 중 앙 지 방 법 원

## 제 6 파 산 부

## 결       정

| | |
|---|---|
| 사       건 | 2016회합100090 회생 |
| 신 청 인 겸 채 무 자 | 도시바삼성스토리지테크놀러지코리아 주식회사 수원시 영통구 신원로 88, 102동 14층(신동, 디지털엠파이어2) 대표이사 이주형 |
| 신청대리인 | 변호사  최효종 |

주       문 

1. 채무자에 대하여 회생절차를 개시한다.
2. 조대성[주민등록번호 : 630801-1173413, 주소 :

3. 관리인의 임기를 이 사건 회생계획안의 인가결정일로부터 30일까지로 한다.
4. 회생채권자, 회생담보권자 및 주주의 목록 제출기간을 2016. 6. 16.부터 2016. 6. 30.까지로 한다.
5. 회생채권, 회생담보권 및 주식의 신고기간을 2016. 7. 1.부터 2016. 7. 15.까지로 한다.
6. 회생채권, 회생담보권의 조사기간은 2016. 7. 16.부터 2016. 7. 29.까지로 한다.
7. 회생계획안의 제출기간을 2016. 8. 26.까지로 한다.

이       유

1. 인정사실

   이 사건 기록과 채무자의 대표자 심문결과에 의하면 다음 사실을 인정할 수 있다.

   가. 채무자는 2004. 1. 29. 광디스크 드라이브, 그 응용제품 및 주요 관련 부품의 연

등록자:심태규, 등록일시:2016.06.16 10:41, 출력자:최효종, 다운로드일시:2016.06.16 14:09

구, 개발, 제조, 판매, 수출입과 유지관리 기술서비스의 제공업 등을 목적으로 설립되어 광디스크드라이브 개발, 판매 및 수출입업을 주로 영위하고 있다.

나. 채무자는 비상장법인으로 발행주식수는 보통주 2,145,713주(1주당 금액 5,000원)이고, 납입자본금은 10,728,565,000원이며, 일본법인인 도시바삼성스토리지테크놀러지 주식회사가 위 주식의 50.1%, 주식회사 옵티스가 49.9%를 각 보유하고 있으며, 주식회사 옵티스의 대표이사가 채무자의 대표이사를 겸임하고 있다.

다. 채무자의 최근 5년간 자산·부채 현황과 매출·손익 현황은 아래 표 기재와 같고, 채무자는 신청일 기준으로 부채가 자산을 초과하고 있다.

<5년간 자산·부채 현황>                    (단위 : 원)

| 구 분 | 2016. 3. 31. | 2015. 3. 31. | 2014. 3. 31. | 2013. 3. 31. | 2012. 3. 31. |
|---|---|---|---|---|---|
| 유동자산 | 33,272,600,838 | 91,170,154,343 | 98,107,581,114 | 183,359,893,365 | 326,620,853,654 |
| 비유동자산 | 31,490,773,338 | 56,257,655,939 | 65,360,526,068 | 44,169,213,531 | 49,223,140,697 |
| 자산총액 | 64,763,374,176 | 147,427,810,282 | 163,468,107,182 | 227,529,106,896 | 375,843,994,351 |
| 유동부채 | 86,649,662,302 | 120,015,246,988 | 131,612,069,899 | 169,475,545,943 | 234,871,656,558 |
| 비유동부채 | 4,513,602,755 | 2,456,483,671 | 3,166,391,207 | 885,599,640 | 12,293,082,798 |
| 부채총액 | 91,163,265,057 | 122,471,730,659 | 134,778,461,106 | 170,361,145,583 | 247,164,739,356 |



<5년간 매출·손익 현황>                  (단위 : 백만 원)

| 구 분 | 2015. 4. 1.~ 2016. 3. 31 | 2015. 4. 1.~ 2016. 3. 31 | 2015. 4. 1.~ 2016. 3. 31 | 2015. 4. 1.~ 2016. 3. 31 | 2015. 4. 1.~ 2016. 3. 31 |
|---|---|---|---|---|---|
| 매출액 | 382,728 | 554,508 | 814,761 | 996,825 | 1,468,473 |
| 당기순이익 (당기손실) | (53,304) | (89,055) | (28,478) | (70,207) | 13,340 |

라. 채무자는 광디스크 드라이브 수요의 급격한 감소로 매출이 급감하고 영업손실이 발생하였고, 신사업 진출과 인력 구조조정의 진행이 부진하여 손실이 누적되면서 유동성 부족으로 재정적 파탄에 이르게 되었다.

2. 판단

위 인정사실에 의하면, 채무자는 사업의 계속에 현저한 지장을 초래하지 아니하고는 변제기에 있는 채무를 갚을 수 없는 상황에 처해 있을 뿐만 아니라, 채무자에 파산의 원인인 사실이 생길 염려가 있으므로, 채무자 회생 및 파산에 관한 법률(이하 '법'이라고 한다) 제34조 제1항에 정해진 회생절차 개시사유가 있고, 달리 법 제42조 각 호에

등록자:심태규, 등록일시:2016.06.16 10:41, 출력자:최효종, 다운로드일시:2016.06.16 14:09

정해진 회생절차 개시신청의 기각사유가 있음을 인정할 만한 자료가 없다.

3. 결론

그렇다면 이 사건 신청은 이유 있으므로 채무자에 대하여 회생절차를 개시하기로 하고, 제74조에 따라 관리위원회의 의견을 참작하여 제3자인 조대성을 관리인으로 선임하기로 하며, 회생채권자·회생담보권자·주주 목록의 제출기간, 회생채권·회생담보권·주식의 신고기간, 회생채권·회생담보권의 조사기간, 회생계획안 제출기간에 관하여는 법 제50조 제1항에 따라 주문과 같이 결정한다.

2016. 6. 16. 11:00

재판장    판사    김정만

판사    심태규

판사    차승환

- 3 -

# 정본입니다.

2016. 6. 16.

서울중앙지방법원



법원사무관  강호성 

> ※ 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급번호조회 메뉴를 이용하거나, 담당 재판부에 대한 문의를 통하여 이 문서 하단에 표시된 발급번호를 조회하시면, 문서의 위,변조 여부를 확인하실 수 있습니다.

등록자:심태규, 등록일시:2016.06.16 10:41, 출력자:최효종, 다운로드일시:2016.06.16 14:09

위 번역문은 원문과 상위없이 번역 되었음을 서약합니다

2016년 06월 28일

번역 행정사:

I swear that the attached translation is true to original

June 28th, 2016

Signature: *Yun Ok Park* 

등부 2016년 제 P 630

Registered No. 2016-P 630

## 증 명 서

## Certificate

위 번역문은 본인이 상기와 같이 원본과 상위없이 번역 하였기에 행정사법 제 20조 2항에 의거 번역사실 증명서에 서명 날인 하였다

The attached document was translated by me and further certify that the translation is accurate to the original and subscribed my name in accordance with Paragraph 2, Article 20 of Code of Korea Administrator

2016년 06월 28일
사무소에서 위 증명을 한다.

This is hereby confirmed on this 28th day of June 2016 at the office.

번역행정사 박윤옥
비즈트랜스 번역행정사사무소

대한민국 서울특별시 종로구
삼봉로 95, 102동 403호
(견지동, 대성스카이렉스)

행정자치부
종로구청 인가
외국어번역행정사 박윤옥
자격증번호 : 1430108891
전화 : 02-733-1135

Certified Public Translator Yun-ok Park
Biztrans Certified public translator's office

102-403 (Gyeonji-dong, Daeseong Skyrex)
#95, Sambong-ro, Jongno-gu, Seoul, Korea 110-170

Certified by Ministry of
Government Administration and Home Affairs
Certified Public Translator Yun-ok Park
(Commission No. : 14301088891)
T : 82-2-733-1135