**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 15 |
| ) | |
| TOSHIBA SAMSUNG STORAGE ) | Case No. 16-11602 (   ) |
| TECHNOLOGY KOREA CORPORATION, ) | |
| ) | **Re D.I. \_\_\_\_** |
| Debtor in a Foreign Proceeding.[1] ) | |
| ) | |

**ORDER (I) SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE
PURSUANT TO SECTIONS 1515 AND 105(a) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULES 2002 AND 9007, AND (II) SCHEDULING HEARING**

Upon the motion (the "Motion")[2] of Dae Sung Cho, the duly appointed foreign representative (the "Foreign Representative") of Toshiba Samsung Storage Technology Korea Corporation ("TSST-K" or the "Debtor"), for entry of an order pursuant to sections 1504, 1514, 1515 and 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), scheduling a hearing and specifying the form and manner of service of notice, all as more fully described in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012*; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. § 1410; and a hearing having been held to consider the relief requested in the Motion; and upon the Declaration in Support, and the Recognition and

---

[1] The last four digits of Toshiba Samsung Storage Technology Korea Corporation's Business Registration Number are 7441.  The Debtor's main corporate and mailing address is 88 Suwon-ro, Yeongtong-gu 14th Flr., Bldg #102, Digital Empire 2, Suwon-si, Gyoenggido, 443-734.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Relief Motion, filed contemporaneously with the Motion; and after due deliberation and good and sufficient cause appearing for approval of the Motion; it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. The Recognition Hearing Notice, substantially in the form attached hereto as **Exhibit 1**, is hereby approved.

3. Service of the Recognition Hearing Notice in accordance with this Order is hereby approved as adequate and sufficient notice on all interested parties.

4. Bankruptcy Rule 1011 shall not apply to the Petition seeking recognition of a foreign main proceeding and, therefore, the summons requirements in Bankruptcy Rule 1011(b) are inapplicable to the Petition and the Recognition and Relief Motion and any requirements under the Bankruptcy Code, the Bankruptcy Rules, or otherwise for notice thereof.

5. All notice requirements specified in section 1514 of the Bankruptcy Code are hereby waived or otherwise deemed inapplicable to this case.

6. A hearing on the Recognition and Relief Motion is scheduled for _____, 2016 at _____ (prevailing Eastern Time).

7. The Foreign Representative shall serve, or cause to be served, copies of the Recognition Hearing Notice and all exhibits thereto, which includes the Petition, the Recognition and Relief Motion (including the proposed Final Order) and the Provisional Order, by domestic or international U.S. mail, first-class postage prepaid, on the Notice Parties within five (5) business days of entry of this Order, or as soon thereafter as is reasonably practicable.

8. The Foreign Representative shall serve, or caused to be served, the Recognition Hearing Notice and any subsequent notices upon any party that files a notice of appearance in this chapter 15 case, within five (5) business days of the filing of such notice of

appearance, or as soon thereafter as is reasonably practicable, if such documents have not already been served on such party (or its counsel).

9. The Foreign Representative shall serve, or caused to be served, all pleadings filed by the Foreign Representative in this chapter 15 case on the Master Service List, including any party requesting to be added thereto, by domestic or international U.S. mail, first-class postage prepaid.

10. Responses or objections to the Petition and the Recognition and Relief Motion and the relief requested therein must be made pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules in writing and setting forth the basis therefore. Such responses must be filed with the Office of the Clerk of the Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon counsel for the Foreign Representative so as to be received by **July 19, 2016, at 4:00 p.m. (prevailing Eastern Time)** (the "Recognition Objection Deadline"). Notices to counsel for the Foreign Representative should be addressed to Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Flr., PO Box 1347, Wilmington, DE 19899-1347, Attention: Curtis S. Miller and Daniel B. Butz.

11. Notwithstanding any applicability of any Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12. The Foreign Representative is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

13. This Court shall retain jurisdiction with respect to any and all matters relating to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
_____, 2016

_____
UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

**Notice of Recognition Hearing**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| TOSHIBA SAMSUNG STORAGE | ) | Case No. 16-11602 (   ) |
| TECHNOLOGY KOREA CORPORATION, | ) | |
| | ) | |
| Debtor in a Foreign Proceeding.[1] | ) | |
| | ) | |

**NOTICE OF (I) FILING OF CHAPTER 15 PETITION, (II) MOTION OF FOREIGN REPRESENTATIVE FOR ENTRY OF PROVISIONAL AND FINAL ORDERS GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDING AND CERTAIN RELATED RELIEF, AND (III) HEARING ON VERIFIED PETITION SEEKING RECOGNITION OF FOREIGN PROCEEDING AND RELATED RELIEF**

**PLEASE TAKE NOTICE** that on July 5, 2016, Dae Sung Cho, the duly appointed foreign representative (the "Foreign Representative") of Toshiba Samsung Storage Technology Korea Corporation ("TSST-K" or the "Debtor") in connection with the pending proceeding (the "Korean Proceeding") filed under the Debtor Rehabilitation and Bankruptcy Act in the Seoul Central District Court in Seoul, Korea (the "Korean Court"), filed (i) a verified petition for recognition, with accompanying documentation (the "Petition") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under chapter 15 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), and (ii) the *Motion of Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Main Proceeding and Certain Related Relief Pursuant to Sections 362, 365, 1517, 1519, 1520, 1521, and 105(a) of the Bankruptcy Code* (the "Recognition and Relief Motion"), seeking recognition of the Korean Proceeding as a foreign main proceeding pursuant to section 1515 of the Bankruptcy Code and other related relief. A copy of the Petition is attached hereto as **Exhibit 1**. A copy of the Recognition and Relief Motion is attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that on _____, 2016, the Bankruptcy Court entered that certain order granting provisional, injunctive, and related relief pursuant to, among others, sections 105(a) and 1519 of the Bankruptcy Code [D.I. ___] (the "Provisional Order"). The Provisional Order, among other things, enjoins actions in the United States in contravention of the orders of the Korean Court in the Korean Proceeding from the entry of such Provisional Order through and including the date of the Recognition Hearing (as defined below). A copy of the Provisional Order is attached hereto as **Exhibit 3**.

**PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled for _____, 2016 at _____ **(ET)**, to consider the Petition and the relief requested

---

[1] The last four digits of Toshiba Samsung Storage Technology Korea Corporation's Business Registration Number are 7441. The Debtor's main corporate and mailing address is 88 Suwon-ro, Yeongtong-gu 14th Flr., Bldg #102, Digital Empire 2, Suwon-si, Gyoenggido ,443-734.

by the Foreign Representative in the Recognition and Relief Motion on a final basis (the "Recognition Hearing"), including recognition of the Korean Proceeding as a foreign main proceeding under chapter 15 of the Bankruptcy Code and giving full force and effect to orders entered in the Korean Proceeding, including the order entered on June 16, 2016 (the "Korean Commencement Order") and related relief and any objections or responses thereto. A copy of the Korean Commencement Order is attached to the Petition.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Petition and/or the Recognition and Relief Motion must be made pursuant to the Bankruptcy Code and the Local and Federal Rules of Bankruptcy Procedure, in writing and setting forth the basis therefore. Such objections or responses must be filed with the Office of the Clerk of the Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon counsel for the Foreign Representative so as to be received by **July 19, 2016 at 4:00 p.m. (ET)**. Notices to counsel for the Foreign Representative should be addressed to Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Flr., PO Box 1347, Wilmington, DE 19899-1347 Attention: Curtis S. Miller and Daniel B. Butz.

**PLEASE TAKE FURTHER NOTICE** that all parties wishing to appear at the Recognition Hearing by telephone must, in accordance with the *Instructions for Telephonic Appearances Effective April 5, 2005, revised April 27, 2009*, contact CourtCall, LLC via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) by no later than noon (prevailing Eastern Time) on _____, 2016 to register their telephonic appearances.

**PLEASE TAKE FURTHER NOTICE** that if no objection or response is timely filed and served as provided above, the Bankruptcy Court may grant the relief requested in the Petition and the Recognition and Relief Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court at the Recognition Hearing of the adjourned date or dates of the hearing.

Copies of the Petition, Recognition and Relief Motion and other filings in this case are presently available on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at https://ecf.deb.uscourts.gov (a PACER login and a password are required to retrieve a document).

Dated: Wilmington, Delaware  
       _____, 2016

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/* _____  
Curtis S. Miller (No. 4583)  
Daniel B. Butz (No. 4227)  
Tamara K. Minott (No. 5643)

2

        1201 N. Market St., 16th Flr.
PO Box 1347
Wilmington, DE 19899-1347
Telephone (302) 658-9200
Facsimile (302) 658-3989
cmiller@mnat.com
dbutz@mnat.com
tminott@mnat.com

*Attorneys for the Foreign Representative*

**<u>Exhibit 1</u>**

**Petition**

**[TO BE ATTACHED FOR SERVICE]**

**<u>Exhibit 2</u>**

**Recognition and Relief Motion**

**[TO BE ATTACHED FOR SERVICE]**

**Exhibit 3**

**Provisional Order**

**[TO BE ATTACHED FOR SERVICE]**