## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 15 |
| | ) |
| TOSHIBA SAMSUNG STORAGE | ) Case No. 16-11602 (CSS) |
| TECHNOLOGY KOREA CORPORATION, | ) |
| | ) |
| Debtor in a Foreign Proceeding. [1] | ) |
| | ) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### FIRST-DAY HEARING ON JULY 6, 2016 AT 9:00 A.M. (EASTERN TIME)[2]

1. **VOLUNTARY PETITION**

    a.  Toshiba Samsung Storage Technology Korea Corporation (D.I. 1, Filed 7/5/16).

**FIRST-DAY DECLARATIONS**

2.  Declaration Of Hyojong Choi In Support Of Verified Petition Under Chapter 15 For Recognition Of Foreign Main Proceeding (D.I. 3, Filed 7/5/16); and

3.  Declaration Of Dae Sung Cho In Support Of (I) Verified Chapter 15 Petition; (II) Motion Of Foreign Representative For Entry Of Provisional And Final Relief In Aid Of Foreign Main Proceeding; And (III) Certain Related Relief (D.I. 4, Filed 7/5/16).

    Status:  The First Day Declarations will be relied upon as evidentiary support for the first day matters listed below.

**FIRST-DAY MOTIONS**

4.  Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. 5, Filed 7/5/16).

    Status:  This matter is going forward.

---

[1] The last four digits of Toshiba Samsung Storage Technology Korea Corporation's Business Registration Number are 7441. The Debtor's main corporate and mailing address is 88 Suwon-ro, Yeongtong-gu 14th Flr., Bldg #102, Digital Empire2, Suwon-si, Gyoenggido,443-734.

[2] The hearing will be held before Judge Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

5.      Motion Of Foreign Representative For Entry Of An Order (I) Specifying Form And Manner Of Service Of Notice Pursuant To Sections 1515 And 105(a) Of The Bankruptcy Code And Bankruptcy Rules 2002 And 9007, And (II) Scheduling Hearing (D.I. 6, Filed 7/5/16).

<u>Status</u>: This matter is going forward.

Dated: Wilmington, Delaware      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        July 5, 2016

*/s/ Tamara K. Minott*
Curtis S. Miller (No. 4583)
Daniel B. Butz (No. 4227)
Tamara K. Minott (No. 5643)
1201 N. Market St., 16th Flr.
PO Box 1347
Wilmington, DE 19899-1347
Telephone (302) 658-9200
Facsimile (302) 658-3989
cmiller@mnat.com
dbutz@mnat.com
tminott@mnat.com

*Attorneys for the Foreign Representative*

10213284.1