IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 15 |
| ) | |
| TOSHIBA SAMSUNG STORAGE ) | Case No. 16-11602 (CSS) |
| TECHNOLOGY KOREA CORPORATION, ) | |
| ) | Re D.I. 5 |
| Debtor in a Foreign Proceeding.[1] ) | |
| ) | |

**ORDER (I) SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE
PURSUANT TO SECTIONS 1515 AND 105(a) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULES 2002 AND 9007, AND (II) SCHEDULING HEARING**

Upon the motion (the "Motion")[2] of Dae Sung Cho, the duly appointed foreign representative (the "Foreign Representative") of Toshiba Samsung Storage Technology Korea Corporation ("TSST-K" or the "Debtor"), for entry of an order pursuant to sections 1504, 1514, 1515 and 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), scheduling a hearing and specifying the form and manner of service of notice, all as more fully described in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012*; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. § 1410; and a hearing having been held to consider the relief requested in the Motion; and upon the Declaration in Support, and the Recognition and

---

[1] The last four digits of Toshiba Samsung Storage Technology Korea Corporation's Business Registration Number are 7441. The Debtor's main corporate and mailing address is 88 Suwon-ro, Yeongtong-gu 14th Flr., Bldg #102, Digital Empire 2, Suwon-si, Gyoenggido, 443-734.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Relief Motion, filed contemporaneously with the Motion; and after due deliberation and good and sufficient cause appearing for approval of the Motion; it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. The Recognition Hearing Notice, substantially in the form attached hereto as **Exhibit 1**, is hereby approved.

3. Service of the Recognition Hearing Notice in accordance with this Order is hereby approved as adequate and sufficient notice on all interested parties.

4. Bankruptcy Rule 1011 shall not apply to the Petition seeking recognition of a foreign main proceeding and, therefore, the summons requirements in Bankruptcy Rule 1011(b) are inapplicable to the Petition and the Recognition and Relief Motion and any requirements under the Bankruptcy Code, the Bankruptcy Rules, or otherwise for notice thereof.

5. All notice requirements specified in section 1514 of the Bankruptcy Code are hereby waived or otherwise deemed inapplicable to this case.

6. A hearing on the Recognition and Relief Motion is scheduled for _July 27_, 2016 at _10:00 a.m._ (prevailing Eastern Time).

7. The Foreign Representative shall serve, or cause to be served, copies of the Recognition Hearing Notice and all exhibits thereto, which includes the Petition, the Recognition and Relief Motion (including the proposed Final Order) and the Provisional Order, by domestic or international U.S. mail, first-class postage prepaid, on the Notice Parties within five (5) business days of entry of this Order, or as soon thereafter as is reasonably practicable.

8. The Foreign Representative shall serve, or caused to be served, the Recognition Hearing Notice and any subsequent notices upon any party that files a notice of appearance in this chapter 15 case, within five (5) business days of the filing of such notice of

appearance, or as soon thereafter as is reasonably practicable, if such documents have not already been served on such party (or its counsel).

9. The Foreign Representative shall serve, or caused to be served, all pleadings filed by the Foreign Representative in this chapter 15 case on the Master Service List, including any party requesting to be added thereto, by domestic or international U.S. mail, first-class postage prepaid.

10. Responses or objections to the Petition and the Recognition and Relief Motion and the relief requested therein must be made pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules in writing and setting forth the basis therefore. Such responses must be filed with the Office of the Clerk of the Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon counsel for the Foreign Representative so as to be received by **July 19, 2016, at 4:00 p.m. (prevailing Eastern Time) (the "Recognition Objection Deadline")**. Notices to counsel for the Foreign Representative should be addressed to Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Flr., PO Box 1347, Wilmington, DE 19899-1347, Attention: Curtis S. Miller and Daniel B. Butz.

11. Notwithstanding any applicability of any Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12. The Foreign Representative is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

13. This Court shall retain jurisdiction with respect to any and all matters relating to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
       July 6      , 2016

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE