IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Toshiba Samsung Storage Technology Korea Corporation, | : | Case No. 16-11602(CSS) |
| | : | |
| Debtor in a Foreign Proceeding. | : | Docket No.: 51 |
| | : | |

## ORDER

Upon consideration of the Motion of LG Electronics, Inc. and LG Electronics U.S.A., Inc. for Order Shortening Notice of Hearing on Their Motion for Relief from Provisional Stay and Any Subsequent Stay, Including the Automatic Stay [D.I. 51] filed on July 21, 2016 (the "Motion to Shorten"). The Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction over the Motion to Shorten under 28 U.S.C. § 1334; and (b) the Motion to Shorten is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having determined that the movant has not established sufficient cause to justify the relief requested in the Motion to Shorten.

IT IS HEREBY ORDERED that the Motion to Shorten is DENIED.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: July 22, 2016