IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| TOSHIBA SAMSUNG STORAGE | ) | Case No. 16-11602 (CSS) |
| TECHNOLOGY KOREA CORPORATION, | ) | |
| | ) | |
| Debtor in a Foreign Proceeding.[1] | ) | |
| | ) | RE: D.I. 5 |

## NOTICE OF FILING OF REVISED FINAL ORDER GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDING AND CERTAIN RELATED RELIEF

**PLEASE TAKE NOTICE** that on July 5, 2016, Dae Sung Cho, the duly appointed foreign representative (the "Foreign Representative") of Toshiba Samsung Storage Technology Korea Corporation ("TSST-K" or the "Debtor") in connection with the pending proceeding (the "Korean Proceeding") filed under the Debtor Rehabilitation and Bankruptcy Act in the Seoul Central District Court in Seoul, Korea (the "Korean Court"), filed the *Motion of Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Main Proceeding and Certain Related Relief Pursuant to Sections 362, 365, 1517, 1519, 1520, 1521, and 105(a) of the Bankruptcy Code* (D.I. 5) (the "Recognition and Relief Motion"), which is currently scheduled to be heard in connection with the final relief requested therein (the "Original Final Order") on July 27, 2016 at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a revised final order (the "Revised Final Order"), which address a request of the Office of the United States Trustee and adds a reference to a pending limited objection. Attached hereto as Exhibit B is a comparison of the Original Final Order to the Revised Final Order.

Dated: Wilmington, Delaware
July 26, 2016

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz*
Curtis S. Miller (No. 4583)
Daniel B. Butz (No. 4227)
Tamara K. Minott (No. 5643)
1201 N. Market St., 16th Flr.
PO Box 1347
Wilmington, DE 19899-1347
Telephone (302) 658-9200
Facsimile (302) 658-3989

---

[1] The last four digits of Toshiba Samsung Storage Technology Korea Corporation's Business Registration Number are 7441. The Debtor's main corporate and mailing address is 88 Suwon-ro, Yeongtong-gu 14th Flr., Bldg #102, Digital Empire 2, Suwon-si, Gyoenggido, 443-734.

cmiller@mnat.com
dbutz@mnat.com
tminott@mnat.com

*Attorneys for the Foreign Representative*