# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 15 |
| ) | |
| TOSHIBA SAMSUNG STORAGE ) | Case No. 16-11602 (CSS) |
| TECHNOLOGY KOREA CORPORATION, ) | |
| ) | |
| Debtor in a Foreign Proceeding. [1] ) | |
| ) | |

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 27, 2016 AT 10:00 A.M. (EASTERN TIME)[3]

## UNCONTESTED MATTER GOING FORWARD

1. Motion Of Foreign Representative For Leave To File Late Reply To Limited Objection Of Dell, Inc. And Dell Products L.P. To The Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. **60**, Filed 7/26/16).

    Objection Deadline: N/A

    Related Pleadings:

    (a) Foreign Representative's Omnibus (I) Objection To (A) Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The Automatic Stay, (B) Joinder By Acer America Corporation, Gateway, Inc., And Gateway U.S. Retail Inc. And (C) Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL; And (II) Reply To The Limited Objection Of Dell Inc. And Dell Products L.P. To The Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief

---

[1] The last four digits of Toshiba Samsung Storage Technology Korea Corporation's Business Registration Number are 7441. The Debtor's main corporate and mailing address is 88 Suwon-ro, Yeongtong-gu 14th Flr., Bldg #102, Digital Empire2, Suwon-si, Gyoenggido,443-734.

[2] **Modifications to the Notice of Agenda of Matters are indicated in bold type face.**

[3] The hearing will be held before Judge Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

|     |     |
| --- | --- |
|     | Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. **57**, Filed 7/26/16); |
| (b) | Declaration Of Dae Sung Cho In Support Of Foreign Representative's Omnibus (I) Objection To (A) Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The Automatic Stay, (B) Joinder By Acer America Corporation, Gateway, Inc., And Gateway U.S. Retail Inc. And (C) Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL; And (II) Reply To The Limited Objection Of Dell Inc. And Dell Products L.P. To The Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. **58**, Filed 7/26/16); |
| (c) | Declaration Of Hyojong Choi In Support Of Foreign Representative's Omnibus (I) Objection To (A) Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The Automatic Stay, (B) Joinder By Acer America Corporation, Gateway, Inc., And Gateway U.S. Retail Inc. And (C) Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL; And (II) Reply To The Limited Objection Of Dell Inc. And Dell Products L.P. To The Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. **59**, Filed 7/26/16); and |
| (d) | Foreign Representative's Fed. R. Civ. P. 44.1 Notice Of Application Of The Law Of The Republic Of Korea (D.I. **61**, Filed 7/26/16). |

<u>Responses Received</u>: None.

<u>Status</u>:  This matter is going forward.

**CONTESTED MATTERS GOING FORWARD**

2. Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. 5, Filed 7/5/16).

   Objection Deadline: July 19, 2016 at 4:00 p.m. (ET).

   Related Pleadings:

   (a) Notice Of (I) Filing Of Chapter 15 Petition, (II) Motion OF Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief, And (III) Hearing On Verified Petition Seeking Recognition Of Foreign Proceeding And Related Relief (D.I. 13, Filed 7/6/16);

   (b) Foreign Representative's Omnibus (I) Objection To (A) Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The Automatic Stay, (B) Joinder By Acer America Corporation, Gateway, Inc., And Gateway U.S. Retail Inc. And (C) Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL; And (II) Reply To The Limited Objection Of Dell Inc. And Dell Products L.P. To The Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. **57**, Filed 7/26/16);

   (c) Declaration Of Dae Sung Cho In Support Of Foreign Representative's Omnibus (I) Objection To (A) Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The Automatic Stay, (B) Joinder By Acer America Corporation, Gateway, Inc., And Gateway U.S. Retail Inc. And (C) Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL; And (II) Reply To The Limited Objection Of Dell Inc. And Dell Products L.P. To The Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. **58**, Filed 7/26/16);

    (d)    Declaration Of Hyojong Choi In Support Of Foreign Representative's Omnibus (I) Objection To (A) Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The Automatic Stay, (B) Joinder By Acer America Corporation, Gateway, Inc., And Gateway U.S. Retail Inc. And (C) Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL; And (II) Reply To The Limited Objection Of Dell Inc. And Dell Products L.P. To The Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. **59**, Filed 7/26/16);

    (e)    Foreign Representative's Fed. R. Civ. P. 44.1 Notice Of Application Of The Law Of The Republic Of Korea (D.I. **61**, Filed 7/26/16); **and**

    **(f)**    **Notice Of Filing Of Revised Final Order Granting Recognition Of Foreign Main Proceeding And Certain Related Relief (D.I. 62, Filed 7/26/16).**

Response Received:

    (a)    Limited Objection Of Dell Inc. And Dell Products L.P. To The Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. 28, Filed 7/18/16).

Status:  This matter is going forward.

3.    Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The Automatic Stay (D.I. 18, Filed 7/14/16).

Objection Deadline: July 26, 2016 at 12:00 p.m. (ET).

Related Pleadings:

    (a)    Motion Of Dell Inc. And Dell Products L.P. For Entry Of An Order Shortening Notice With Respect To The Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The Automatic Stay (D.I. 20, Filed 7/14/16); and

(b)  Order Shortening Notice With Respect To The Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The Automatic Stay (D.I. 22, Filed 7/15/16).

Responses Received:

(a)  Joinder By Acer America Corporation, Gateway, Inc., And Gateway U.S. Retail Inc. To Dell Inc. And Dell Products L.P.'s Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The Automatic Stay (D.I. 27, Filed 7/18/16);

(b)  Foreign Representative's Omnibus (I) Objection To (A) Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The Automatic Stay, (B) Joinder By Acer America Corporation, Gateway, Inc., And Gateway U.S. Retail Inc. And (C) Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL; And (II) Reply To The Limited Objection Of Dell Inc. And Dell Products L.P. To The Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. **57**, Filed 7/26/16);

(c)  Declaration Of Dae Sung Cho In Support Of Foreign Representative's Omnibus (I) Objection To (A) Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The Automatic Stay, (B) Joinder By Acer America Corporation, Gateway, Inc., And Gateway U.S. Retail Inc. And (C) Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL; And (II) Reply To The Limited Objection Of Dell Inc. And Dell Products L.P. To The Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. **58**, Filed 7/26/16);

(d)  Declaration Of Hyojong Choi In Support Of Foreign Representative's Omnibus (I) Objection To (A) Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The

        Automatic Stay, (B) Joinder By Acer America Corporation, Gateway, Inc., And Gateway U.S. Retail Inc. And (C) Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL; And (II) Reply To The Limited Objection Of Dell Inc. And Dell Products L.P. To The Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. **59**, Filed 7/26/16); and

    (e)    Foreign Representative's Fed. R. Civ. P. 44.1 Notice Of Application Of The Law Of The Republic Of Korea (D.I. **61**, Filed 7/26/16).

<u>Status</u>:  This matter is going forward.

4.    Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL (D.I. 41, Filed 7/19/16).

<u>Objection Deadline</u>: July 26, 2016 at 12:00 p.m. (ET).

<u>Related Pleadings</u>:

    (a)    Liquidating Trustees' Motion To Fix A Hearing Date And Shorten Notice On: Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL (D.I. 42, Filed 7/19/16);

    (b)    Order Scheduling Expedited Hearing Date And Shortening Notice Of: Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL (D.I. 46, Filed 7/20/16); and

    (c)    Notice Of Hearing On Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL (D.I. 47, Filed 7/20/16).

<u>Responses Received</u>:

    (a)    Foreign Representative's Omnibus (I) Objection To (A) Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016

        Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The Automatic Stay, (B) Joinder By Acer America Corporation, Gateway, Inc., And Gateway U.S. Retail Inc. And (C) Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL; And (II) Reply To The Limited Objection Of Dell Inc. And Dell Products L.P. To The Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. **57**, Filed 7/26/16);

(b)    Declaration Of Dae Sung Cho In Support Of Foreign Representative's Omnibus (I) Objection To (A) Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The Automatic Stay, (B) Joinder By Acer America Corporation, Gateway, Inc., And Gateway U.S. Retail Inc. And (C) Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL; And (II) Reply To The Limited Objection Of Dell Inc. And Dell Products L.P. To The Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. **58**, Filed 7/26/16);

(c)    Declaration Of Hyojong Choi In Support Of Foreign Representative's Omnibus (I) Objection To (A) Motion Of Dell Inc. And Dell Products L.P. For Relief From The Provisional Stay In The July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding Including The Automatic Stay, (B) Joinder By Acer America Corporation, Gateway, Inc., And Gateway U.S. Retail Inc. And (C) Motion Of Liquidating Trustees For Relief From The Provisional Stay In July 6, 2016 Order And Any Subsequent Stay That May Arise Upon Final Recognition Of A Foreign Proceeding, Including The Automatic Stay, Regarding Antitrust MDL; And (II) Reply To The Limited Objection Of Dell Inc. And Dell Products L.P. To The Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(a) Of The Bankruptcy Code (D.I. **59**, Filed 7/26/16); and

(d)    Foreign Representative's Fed. R. Civ. P. 44.1 Notice Of Application Of The Law Of The Republic Of Korea (D.I. **61**, Filed 7/26/16).

Status:  This matter is going forward.

Dated: Wilmington, Delaware
July 27, 2016

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　/s/ Daniel B. Butz　
Curtis S. Miller (No. 4583)
Daniel B. Butz (No. 4227)
Tamara K. Minott (No. 5643)
1201 N. Market St., 16th Flr.
PO Box 1347
Wilmington, DE 19899-1347
Telephone (302) 658-9200
Facsimile (302) 658-3989

*Attorneys for the Foreign Representative*