IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 15 |
| ) | |
| TOSHIBA SAMSUNG STORAGE ) | Case No. 16-11602 (CSS) |
| TECHNOLOGY KOREA CORPORATION, ) | |
| ) | |
| Debtor in a Foreign Proceeding.[1] ) | |
| ) | Re: D.I. __ |

**ORDER GRANTING MOTION OF FOREIGN REPRESENTATIVE FOR LEAVE TO FILE LATE REPLY TO LIMITED OBJECTION OF DELL, INC. AND DELL PRODUCTS L.P. TO THE MOTION OF FOREIGN REPRESENTATIVE FOR ENTRY OF PROVISIONAL AND FINAL ORDERS GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDING AND CERTAIN RELATED RELIEF PURSUANT TO SECTIONS 362, 365, 1517, 1519, 1520, 1521, AND 105(A) OF THE BANKRUPTCY CODE**

Upon consideration of the *Motion Of Foreign Representative For Leave To File Late Reply To Limited Objection Of Dell, Inc. And Dell Products L.P. To The Motion Of Foreign Representative For Entry Of Provisional And Final Orders Granting Recognition Of Foreign Main Proceeding And Certain Related Relief Pursuant To Sections 362, 365, 1517, 1519, 1520, 1521, And 105(A) Of The Bankruptcy Code* (the "Motion for Leave"),[2] it is hereby ORDERED that:

1. The Motion for Leave is granted.

2. The *Foreign Representative is* permitted to file the Reply.

Dated: 9-1, 27, 2016

HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of Toshiba Samsung Storage Technology Korea Corporation's Business Registration Number are 7441. The Debtor's main corporate and mailing address is 88 Suwon-ro, Yeongtong-gu 14th Flr., Bldg #102, Digital Empire 2, Suwon-si, Gyoenggido, 443-734.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed in the Motion for Leave.